**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Norden Crafts LTD** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3940497** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **502 Morse Ave, Suite K** <br> **Schaumburg, IL 60193-4580** <br> Number, Street, City, State & ZIP Code | **1042 Lighthouse Drive** <br> **Schaumburg, IL 60193** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.Nordencrafts.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Norden Crafts LTD**                                    Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

---

Debtor   **Norden Crafts LTD**
_____     Case number (if known) _____
Name

---

**11.** **Why is the case filed in** *this district?*   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Norden Crafts LTD** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 29, 2018**
                 MM / DD / YYYY

**X /s/ David W Stott**                                    **David W Stott**
Signature of authorized representative of debtor            Printed name

Title      **Owner**

---

**18. Signature of attorney**

**X /s/ Joseph P. Doyle**                        Date  **January 29, 2018**
Signature of attorney for debtor                        MM / DD / YYYY

**Joseph P. Doyle 6277393**
Printed name

**Law Office of Joseph P. Doyle LLC**
Firm name

**105 S. Roselle Road, Suite 203**
**Schaumburg, IL 60193**
Number, Street, City, State & ZIP Code

Contact phone   **847-985-1100**        Email address   **joe@fightbills.com**

**6277393 IL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Norden Crafts LTD**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 29, 2018**        X **/s/ David W Stott**
                                            Signature of individual signing on behalf of debtor

                                            **David W Stott**
                                            Printed name

                                            **Owner**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Norden Crafts LTD**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $       0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     25,150.62

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     25,150.62

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     0.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$     508,134.39

4.   **Total liabilities** ....................................................................................................
Lines 2 + 3a + 3b     $     508,134.39

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Norden Crafts LTD**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

   3.1.  **Checking account with BMO Harris**                                    2901                    $4,560.62

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                        $4,560.62
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

   7.1.  **Security Deposit with LandLord (502 Morse Avenue LLC ) - debtor is behind on his rent which whch won't end until April 2018**                    $3,750.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                        $3,750.00
      Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Norden Crafts LTD**                                    Case number *(If known)* _____
_____
Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less: _____ **16,000.00** - _____ **8,000.00** = .... _____ **$8,000.00**

face amount                doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                              **$8,000.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials Miscellaneous Crafts and sewing supplies - estimated as half of the purchase price. - See attached list of inventory - Wholesale value could be as high as $16,000.00 but to sell as is in a short amount of time you might be able to get $8,000.00** | | **$0.00** | Liquidation | **$8,000.00** |

20.      **Work in progress**

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

23.      **Total of Part 5.**                                                              **$8,000.00**
Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Norden Crafts LTD** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **3 Desks, 2 shelving units, 3 cutting tables (left at rental location) - (Total value is $200 to $300), phone system, 1 server and 1 work station (at residence) - (Total Value is $500.00)** | **$0.00** | Liquidation | **$800.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$800.00** |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Norden Crafts LTD**                                    Case number *(If known)* _____
        Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations **A customer list of approximately 400 customers.** | $0.00 | | $40.00 |
| 64. | Other intangibles, or intellectual property **doman name:  www.Nordencrafts.com** | $0.00 | | $0.00 |
| 65. | Goodwill **Debtor has about 400 clients worldwide and there are 2 other competitors that sell the same items that debtor sells and they overlap the same clients about 90% - therefore debtor believes that the goodwill of his business would be worth nothing.** | $0.00 | Liquidation | $0.00 |

| 66. | Total of Part 10. | | $40.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

| Debtor | **Norden Crafts LTD** | Case number *(If known)* | |
|--------|------------------------|--------------------------|--|
| | Name | | |

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**Net Operating Loss is $207,960 thru tax year 2016 and it should be more for tax year 2017**

Tax year **2016**                                                        **$0.00**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**There are appoximately 15 to 20 clients that owe about $8,000.00 that debtor never expects to collect on.**                              **$0.00**

Nature of claim
Amount requested                                    **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                   **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Norden Crafts LTD**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,560.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,750.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $40.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,150.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $25,150.62 |

12/21/2017 10:53:09AM                                                                                    Norden Crafts, Ltd.                                                                                    Page 1

**A/R Aged Trial Balance by Document Date (ARTBAL01)**

| | |
|---|---|
| From Customer Number | [009PG]  To  [UKWRM] |
| Account Type | [Open Item] |
| Age Transactions As Of | [1/1/2016] |
| Cutoff by Document Date | [12/21/2017] |
| Print Transactions In | [Detail by Document Date] |
| Transaction Types | [Invoice, Credit Note, Interest] |
| Include Contact/Phone/Credit Limit | [Yes] |
| Include Space For Comments | [No] |
| Include Only Customers Over Their Credit Limits | [No] |
| Include Zero-Balance Customers | [No] |
| Show Applied Details | [No] |
| Show Fully Paid Transactions | [No] |
| Sort Transactions by Transaction Type | [No] |

| Customer Number/Name/ Document Type/Number | Doc. Date | Due Date or Check/Recpt. No. | | | Current | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 010BM | BUSH MOUNTAIN STITCHERY & GIFT | Contact: | MAEANN & GARY BUSH | Phone: (774) 449-8090 | | | | | Credit Limit: | 2,000.00 |
| IN  IN211567 | 9/15/2017 | 10/15/2017 | | | 92.71 | | | | | 92.71 |
| IN  IN211714 | 10/4/2017 | 11/3/2017 | | | 30.77 | | | | | 30.77 |
| IT  INT000004873 | 10/6/2017 | 10/6/2017 | | | 3.20 | | | | | 3.20 |
| IN  IN211820 | 10/19/2017 | 11/18/2017 | | | 635.40 | | | | | 635.40 |
| IN  IN211907 | 10/27/2017 | 11/26/2017 | | | 122.90 | | | | | 122.90 |
| IN  IN211975 | 11/3/2017 | 12/3/2017 | | | 192.00 | | | | | 192.00 |
| IN  IN212019 | 11/8/2017 | 12/8/2017 | | | 214.02 | | | | | 214.02 |
| | | Customer Total: | | | 1,291.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,291.00 |
| 017RG | RED GATE STITCHERY | Contact: | SUSAN FITZGERALD | Phone: (774) 249-1113 | | | | | Credit Limit: | 1,000.00 |
| CR  CN005059 | 4/10/2017 | 4/10/2017 | | | -64.25 | | | | | -64.25 |
| | | Customer Total: | | | -64.25 | 0.00 | 0.00 | 0.00 | 0.00 | -64.25 |
| 026TH | TOWN-HO NEEDLEWORKS | Contact: | BARRY BARNES | Phone: (508) 896-3000 | | | | | Credit Limit: | 1,500.00 |
| IN  IN210724 | 7/6/2017 | 8/5/2017 | | | 8.10 | | | | | 8.10 |
| | | Customer Total: | | | 8.10 | 0.00 | 0.00 | 0.00 | 0.00 | 8.10 |
| 028HS | HOMESPUN SAMPLAR | Contact: | LINDA MCNALLY | Phone: (401) 732-2131 | | | | | Credit Limit: | 1,500.00 |
| IN  IN211498 | 9/6/2017 | 10/6/2017 | | | 21.47 | | | | | 21.47 |
| | | Customer Total: | | | 21.47 | 0.00 | 0.00 | 0.00 | 0.00 | 21.47 |
| 037AB | ABCROSS STITCH THERAPY | Contact: | MARIE WADE | Phone: (281) 205-7507 | | | | | Credit Limit: | 5,000.00 |
| CR  CN005033 | 1/26/2017 | 1/26/2017 | | | -6.50 | | | | | -6.50 |
| CR  CN005041 | 2/13/2017 | 2/13/2017 | | | -14.65 | | | | | -14.65 |
| | | Customer Total: | | | -21.15 | 0.00 | 0.00 | 0.00 | 0.00 | -21.15 |
| 040CW | CAMP WOOL | Contact: | LEANN HODGSON | Phone: (207) 985-0030 | | | | | Credit Limit: | 1,000.00 |

12/21/2017  10:53:09AM                                                                        Norden Crafts, Ltd.                                                                         Page 2
A/R Aged Trial Balance by Document Date (ARTBAL01)

| Customer Number/Name/<br>Document Type/Number | Doc. Date | Due Date or Check/Recpt. No. | Current | 1 to 30<br>Days | 31 to 60<br>Days | 61 to 90<br>Days | Over 90<br>Days | Total |
|---|---|---|---|---|---|---|---|---|
| IN  IN211915 | 10/30/2017 | 11/29/2017 | 584.63 | | | | | 584.63 |
| **Customer Total:** | | | 584.63 | 0.00 | 0.00 | 0.00 | 0.00 | 584.63 |
| **152BN    BEEHIVE NEEDLEARTS, LLC**    Contact:  JESSICA O'BRIEN    Phone: (412) 343-4630    Credit Limit: | | | | | | | | 1,000.00 |
| CR  CN005079 | 6/28/2017 | 6/28/2017 | -10.56 | | | | | -10.56 |
| **Customer Total:** | | | -10.56 | 0.00 | 0.00 | 0.00 | 0.00 | -10.56 |
| **175HP    HODGE PODGE**    Contact:  MARCIA JOHNSON    Phone: (717) 687-8951    Credit Limit: | | | | | | | | 1,000.00 |
| CR  CN005105 | 8/8/2017 | 8/8/2017 | -83.67 | | | | | -83.67 |
| **Customer Total:** | | | -83.67 | 0.00 | 0.00 | 0.00 | 0.00 | -83.67 |
| **180LA    LANDASPOT INC**    Contact:  ELENA NAREIKO    Phone: (347) 420-3209    Credit Limit: | | | | | | | | 750.00 |
| IN  IN212128 | 12/18/2017 | 12/18/2017 | 50.74 | | | | | 50.74 |
| **Customer Total:** | | | 50.74 | 0.00 | 0.00 | 0.00 | 0.00 | 50.74 |
| **188FA    THE FARMER'S ATTIC**    Contact:  LUCILLE GALGANO    Phone: (570) 965-2780    Credit Limit: | | | | | | | | 1,000.00 |
| CR  CN005131 | 10/30/2017 | 10/30/2017 | -0.95 | | | | | -0.95 |
| **Customer Total:** | | | -0.95 | 0.00 | 0.00 | 0.00 | 0.00 | -0.95 |
| **193FS    FIRESIDE STITCHERY**    Contact:  MARIA DESIMONE    Phone: (610) 889-9835    Credit Limit: | | | | | | | | 500.00 |
| IN  IN211800 | 10/17/2017 | 11/16/2017 | 66.90 | | | | | 66.90 |
| **Customer Total:** | | | 66.90 | 0.00 | 0.00 | 0.00 | 0.00 | 66.90 |
| **193SS    STRAWBERRY SAMPLER**    Contact:  BETH    Phone: (610) 459-8580    Credit Limit: | | | | | | | | 2,500.00 |
| IN  IN211279 | 8/23/2017 | 9/22/2017 | 184.32 | | | | | 184.32 |
| **Customer Total:** | | | 184.32 | 0.00 | 0.00 | 0.00 | 0.00 | 184.32 |
| **218SY    SALTY YARNS**    Contact:  SALLY RUTKA & SARAH    Phone: (410) 289-4667    Credit Limit: | | | | | | | | 500.00 |
| IN  IN211705 | 10/4/2017 | 11/3/2017 | 400.40 | | | | | 400.40 |
| **Customer Total:** | | | 400.40 | 0.00 | 0.00 | 0.00 | 0.00 | 400.40 |
| **296PC    PANDAS CROSSING**    Contact:  DONNA HUGHES    Phone: (864) 963-0600    Credit Limit: | | | | | | | | 1,000.00 |
| IN  IN210815 | 7/13/2017 | 8/12/2017 | 64.28 | | | | | 64.28 |
| IT  INT000004876 | 10/6/2017 | 10/6/2017 | 1.74 | | | | | 1.74 |
| **Customer Total:** | | | 66.02 | 0.00 | 0.00 | 0.00 | 0.00 | 66.02 |
| **301BC    BENT CREEK**    Contact:  MICHAEL NEWLIN    Phone: (770) 823-8330    Credit Limit: | | | | | | | | 1,500.00 |
| IN  IN199899 | 4/22/2015 | 5/22/2015 | | | | | 184.20 | 184.20 |
| IN  IN200682 | 6/11/2015 | 6/11/2015 | | | | | 155.40 | 155.40 |
| IT  INT000004592 | 7/27/2015 | 7/27/2015 | | | | | 9.53 | 9.53 |
| IT  INT000004607 | 9/18/2015 | 9/18/2015 | | | | | 8.87 | 8.87 |
| IT  INT000004630 | 10/27/2015 | 10/27/2015 | | | | 6.53 | | 6.53 |
| IT  INT000004647 | 12/8/2015 | 12/8/2015 | | 7.04 | | | | 7.04 |

12/21/2017  10:53:09AM                                                Norden Crafts, Ltd.                                                Page 3

A/R Aged Trial Balance by Document Date (ARTBAL01)

| Customer Number/Name/ | | | | | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 | |
|---|---|---|---|---|---|---|---|---|---|
| Document Type/Number | | Doc. Date | Due Date or Check/Recpt. No. | Current | Days | Days | Days | Days | Total |
| IN | IN204035 | 1/27/2016 | 1/27/2016 | 402.24 | | | | | 402.24 |
| IT | INT000004665 | 2/1/2016 | 2/1/2016 | 9.18 | | | | | 9.18 |
| IN | IN204444 | 2/29/2016 | 3/30/2016 | 9.24 | | | | | 9.24 |
| IT | INT000004684 | 3/14/2016 | 3/14/2016 | 16.31 | | | | | 16.31 |
| IT | INT000004703 | 5/2/2016 | 5/2/2016 | 18.02 | | | | | 18.02 |
| IT | INT000004722 | 6/14/2016 | 6/14/2016 | 15.90 | | | | | 15.90 |
| IT | INT000004734 | 7/14/2016 | 7/14/2016 | 11.08 | | | | | 11.08 |
| IN | IN206656 | 8/5/2016 | 9/4/2016 | 68.39 | | | | | 68.39 |
| IT | INT000004747 | 8/18/2016 | 8/18/2016 | 12.92 | | | | | 12.92 |
| IN | IN206997 | 8/30/2016 | 9/29/2016 | 229.24 | | | | | 229.24 |
| IT | INT000004764 | 9/19/2016 | 9/19/2016 | 11.83 | | | | | 11.83 |
| IN | IN207362 | 9/26/2016 | 10/26/2016 | 185.80 | | | | | 185.80 |
| IT | INT000004777 | 10/24/2016 | 10/24/2016 | 14.60 | | | | | 14.60 |
| IT | INT000004789 | 12/6/2016 | 12/6/2016 | 28.77 | | | | | 28.77 |
| IT | INT000004799 | 2/7/2017 | 2/7/2017 | 38.35 | | | | | 38.35 |
| IT | INT000004811 | 3/28/2017 | 3/28/2017 | 29.83 | | | | | 29.83 |
| IT | INT000004825 | 5/15/2017 | 5/15/2017 | 29.23 | | | | | 29.23 |
| IT | INT000004842 | 7/6/2017 | 7/6/2017 | 31.65 | | | | | 31.65 |
| IT | INT000004857 | 8/15/2017 | 8/15/2017 | 24.35 | | | | | 24.35 |
| IT | INT000004877 | 10/6/2017 | 10/6/2017 | 31.65 | | | | | 31.65 |
| | | **Customer Total:** | | 1,218.58 | 7.04 | 0.00 | 6.53 | 358.00 | 1,590.15 |
| 322AS | A STITCH IN TIME | **Contact:** | SUSAN PRITCHETT | | **Phone:** | (904) 731-4082 | | **Credit Limit:** | 1,000.00 |
| IN | IN211622 | 9/22/2017 | 10/22/2017 | 255.35 | | | | | 255.35 |
| IN | IN212129 | 12/21/2017 | 1/20/2018 | 1,011.95 | | | | | 1,011.95 |
| | | **Customer Total:** | | 1,267.30 | 0.00 | 0.00 | 0.00 | 0.00 | 1,267.30 |
| 331CS | THE CROSS STITCH STATION | **Contact:** | JANET EDGAR | | **Phone:** | (305) 629-8679 | | **Credit Limit:** | 1,500.00 |
| IN | IN211606 | 9/22/2017 | 10/22/2017 | 71.89 | | | | | 71.89 |
| | | **Customer Total:** | | 71.89 | 0.00 | 0.00 | 0.00 | 0.00 | 71.89 |
| 361TN | THE NEEDLE BUG | **Contact:** | LEIGH W. MILLER | | **Phone:** | (334) 270-0064 | | **Credit Limit:** | 1,000.00 |
| CR | CN005080 | 6/28/2017 | 6/28/2017 | -18.50 | | | | | -18.50 |
| | | **Customer Total:** | | -18.50 | 0.00 | 0.00 | 0.00 | 0.00 | -18.50 |
| 376SB | STITCHIN' BENEATH THE CROSS | **Contact:** | REGINA JOHNSON | | **Phone:** | (423) 483-2399 | | **Credit Limit:** | 750.00 |
| IN | IN212054 | 11/17/2017 | 11/17/2017 | 550.54 | | | | | 550.54 |
| | | **Customer Total:** | | 550.54 | 0.00 | 0.00 | 0.00 | 0.00 | 550.54 |
| 402BN | BETH'S NEEDLEPOINT NOOK | **Contact:** | ELIZABETH LEBHAR | | **Phone:** | (502) 244-0046 | | **Credit Limit:** | 1,000.00 |
| CR | CN004994 | 9/12/2016 | 9/12/2016 | -7.00 | | | | | -7.00 |

12/21/2017 10:53:09AM                                                                                                   Page 4
A/R Aged Trial Balance by Document Date (ARTBAL01)                    Norden Crafts, Ltd.

| Customer Number/Name/ Document Type/Number | Doc. Date | Due Date or Check/Recpt. No. | Current | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|---|---|
| **Customer Total:** | | | -7.00 | 0.00 | 0.00 | 0.00 | 0.00 | -7.00 |
| 402FT   FINISHING TOUCH | | Contact: SAUNDRA COX | | Phone: (502) 893-3112 | | | Credit Limit: | 2,500.00 |
| IN   IN211391 | 8/29/2017 | 9/28/2017 | 86.55 | | | | | 86.55 |
| **Customer Total:** | | | 86.55 | 0.00 | 0.00 | 0.00 | 0.00 | 86.55 |
| 405SN   THE STITCH NICHE | | Contact: AMY JONES | | Phone: (859) 277-2604 | | | Credit Limit: | 0.00 |
| IN   IN211312 | 8/24/2017 | 8/24/2017 | 72.55 | | | | | 72.55 |
| **Customer Total:** | | | 72.55 | 0.00 | 0.00 | 0.00 | 0.00 | 72.55 |
| 421JJ   J J COLLECTIBLES | | Contact: JENNIFER & MICHAEL MCCRAY | | Phone: (270) 651-3630 | | | Credit Limit: | 1,250.00 |
| IN   IN211623 | 9/25/2017 | 10/25/2017 | 247.59 | | | | | 247.59 |
| IN   IN211803 | 10/17/2017 | 11/16/2017 | 217.27 | | | | | 217.27 |
| IN   IN211845 | 10/24/2017 | 11/23/2017 | 461.22 | | | | | 461.22 |
| **Customer Total:** | | | 926.08 | 0.00 | 0.00 | 0.00 | 0.00 | 926.08 |
| 447LC   LITTLE CREEK NEEDLEWORKS | | Contact: PATTY BOONE | | Phone: (330) 232-5976 | | | Credit Limit: | 1,000.00 |
| IN   IN211611 | 9/22/2017 | 10/22/2017 | 82.91 | | | | | 82.91 |
| **Customer Total:** | | | 82.91 | 0.00 | 0.00 | 0.00 | 0.00 | 82.91 |
| 452KF   KEEPSAKES FRAMING | | Contact: BARBARA HILS | | Phone: (513) 563-6845 | | | Credit Limit: | 1,000.00 |
| IN   IN211541 | 9/12/2017 | 10/12/2017 | 41.65 | | | | | 41.65 |
| **Customer Total:** | | | 41.65 | 0.00 | 0.00 | 0.00 | 0.00 | 41.65 |
| 454SC   STITCHING COTTAGE | | Contact: SHERRIL MARLOW | | Phone: (937) 320-9055 | | | Credit Limit: | 500.00 |
| CR   CN004959 | 6/17/2016 | 6/17/2016 | -36.00 | | | | | -36.00 |
| **Customer Total:** | | | -36.00 | 0.00 | 0.00 | 0.00 | 0.00 | -36.00 |
| 462SN   STACY NASH PRIMITIVES | | Contact: STACY NASH | | Phone: (317) 538-2693 | | | Credit Limit: | 1,000.00 |
| IN   IN199201 | 3/6/2015 | 3/6/2015 | | | | | 848.00 | 848.00 |
| IT   INT000004846 | 7/6/2017 | 7/6/2017 | 21.75 | | | | | 21.75 |
| IT   INT000004861 | 8/15/2017 | 8/15/2017 | 16.73 | | | | | 16.73 |
| IT   INT000004880 | 10/6/2017 | 10/6/2017 | 21.75 | | | | | 21.75 |
| **Customer Total:** | | | 60.23 | 0.00 | 0.00 | 0.00 | 848.00 | 908.23 |
| 474FW   FANCY WORKS | | Contact: DIANNA STAPLETON | | Phone: (812) 935-6353 | | | Credit Limit: | 2,000.00 |
| IN   IN211336 | 8/25/2017 | 9/24/2017 | 20.00 | | | | | 20.00 |
| IN   IN212126 | 12/12/2017 | 12/12/2017 | 92.44 | | | | | 92.44 |
| **Customer Total:** | | | 112.44 | 0.00 | 0.00 | 0.00 | 0.00 | 112.44 |
| 477SF   STITCHES FROM THE HEART LLC | | Contact: SUSAN HEAD | | Phone: (812) 474-1015 EXT 2 | | | Credit Limit: | 1,000.00 |
| IN   IN211162 | 8/11/2017 | 9/10/2017 | 3.90 | | | | | 3.90 |
| **Customer Total:** | | | 3.90 | 0.00 | 0.00 | 0.00 | 0.00 | 3.90 |

12/21/2017  10:53:09AM

Norden Crafts, Ltd.

A/R Aged Trial Balance by Document Date (ARTBAL01)

| Customer Number/Name/ Document Type/Number | Doc. Date | Due Date or Check/Recpt. No. | | Current | 1  to  30 Days | 31  to  60 Days | 61  to  90 Days | Over  90 Days | Total |
|---|---|---|---|---|---|---|---|---|---|
| **483HS** | HOME SWEET HOME NEEDLEARTS | **Contact:** | JANET P BENNETT | | **Phone:** (248) 348-7743 | | | **Credit Limit:** | 2,000.00 |
| IT | INT000004804 | 2/7/2017 | 2/7/2017 | 3.07 | | | | | 3.07 |
| IN | IN210003 | 5/2/2017 | 6/1/2017 | 12.00 | | | | | 12.00 |
| IT | INT000004831 | 5/15/2017 | 5/15/2017 | 12.56 | | | | | 12.56 |
| IN | IN210223 | 5/24/2017 | 6/23/2017 | 129.50 | | | | | 129.50 |
| IN | IN210580 | 6/27/2017 | 7/27/2017 | 331.95 | | | | | 331.95 |
| IN | IN210957 | 7/24/2017 | 8/23/2017 | 12.50 | | | | | 12.50 |
| IT | INT000004862 | 8/15/2017 | 8/15/2017 | 3.82 | | | | | 3.82 |
| IN | IN211366 | 8/25/2017 | 9/24/2017 | 12.50 | | | | | 12.50 |
| IT | INT000004881 | 10/6/2017 | 10/6/2017 | 15.52 | | | | | 15.52 |
| IN | IN211831 | 10/20/2017 | 11/19/2017 | 294.38 | | | | | 294.38 |
| | **Customer Total:** | | | 827.80 | 0.00 | 0.00 | 0.00 | 0.00 | 827.80 |
| **486ST** | STITCH 'N TIME | **Contact:** | COLETTE RIEPENHOF | | **Phone:** (989) 781-5209 | | | **Credit Limit:** | 1,000.00 |
| IN | IN212127 | 12/12/2017 | 12/12/2017 | 242.99 | | | | | 242.99 |
| | **Customer Total:** | | | 242.99 | 0.00 | 0.00 | 0.00 | 0.00 | 242.99 |
| **487SW** | THE STITCHING WELL | **Contact:** | SHIRLEY | | **Phone:** (989) 684-0231 | | | **Credit Limit:** | 500.00 |
| IT | INT000004754 | 8/18/2016 | 8/18/2016 | 50.93 | | | | | 50.93 |
| IT | INT000004815 | 3/28/2017 | 3/28/2017 | 1.89 | | | | | 1.89 |
| IT | INT000004864 | 8/15/2017 | 8/15/2017 | 1.35 | | | | | 1.35 |
| IT | INT000004883 | 10/6/2017 | 10/6/2017 | 1.80 | | | | | 1.80 |
| IN | IN212121 | 12/11/2017 | 12/11/2017 | 294.08 | | | | | 294.08 |
| | **Customer Total:** | | | 350.05 | 0.00 | 0.00 | 0.00 | 0.00 | 350.05 |
| **490SB** | STITCHING BITS AND BOBS | **Contact:** | BOBBIE SANKATSING | | **Phone:** (269) 685-9418 | | | **Credit Limit:** | 3,000.00 |
| IN | IN211446 | 8/31/2017 | 9/30/2017 | 132.00 | | | | | 132.00 |
| IN | IN211585 | 9/19/2017 | 10/19/2017 | 716.43 | | | | | 716.43 |
| IN | IN211586 | 9/19/2017 | 10/19/2017 | 19.25 | | | | | 19.25 |
| IN | IN211677 | 9/29/2017 | 10/29/2017 | 234.00 | | | | | 234.00 |
| IN | IN211716 | 10/4/2017 | 11/3/2017 | 103.47 | | | | | 103.47 |
| IN | IN211920 | 10/31/2017 | 11/30/2017 | 477.78 | | | | | 477.78 |
| | **Customer Total:** | | | 1,682.93 | 0.00 | 0.00 | 0.00 | 0.00 | 1,682.93 |
| **492TS** | TIMELESS STITCHES | **Contact:** | DENISE E. DUDA | | **Phone:** (517) 423-0808 | | | **Credit Limit:** | 2,000.00 |
| IN | IN210939 | 7/24/2017 | 8/23/2017 | 86.89 | | | | | 86.89 |
| IN | IN211064 | 8/3/2017 | 9/2/2017 | 684.88 | | | | | 684.88 |
| IN | IN211164 | 8/11/2017 | 9/10/2017 | 38.25 | | | | | 38.25 |
| IN | IN211327 | 8/24/2017 | 9/23/2017 | 50.50 | | | | | 50.50 |
| IT | INT000004884 | 10/6/2017 | 10/6/2017 | 13.37 | | | | | 13.37 |
| IN | IN211935 | 11/1/2017 | 12/1/2017 | 10.02 | | | | | 10.02 |

12/21/2017 10:53:09AM
A/R Aged Trial Balance by Document Date (ARTBAL01)

Norden Crafts, Ltd.

Page 6

| Customer Number/Name/ Document Type/Number | Doc. Date | Due Date or Check/Recpt. No. | Current | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|---|---|
| **Customer Total:** | | | 883.91 | 0.00 | 0.00 | 0.00 | 0.00 | 883.91 |
| **497SB** STITCHES 'N BLOOMS | | **Contact:** | | **Phone:** (989) 354-3739 | | | **Credit Limit:** | 500.00 |
| CR CN005104 | 8/4/2017 | 8/4/2017 | -13.95 | | | | | -13.95 |
| **Customer Total:** | | | -13.95 | 0.00 | 0.00 | 0.00 | 0.00 | -13.95 |
| **503SF** STITCH 'N FRAME | | **Contact:** VICKI | | **Phone:** (515) 270-1066 | | | **Credit Limit:** | 500.00 |
| IN IN210479 | 6/21/2017 | 7/21/2017 | 6.55 | | | | | 6.55 |
| **Customer Total:** | | | 6.55 | 0.00 | 0.00 | 0.00 | 0.00 | 6.55 |
| **521NC** NEEDLE CASE GOODIES | | **Contact:** NANCY WAGNER | | **Phone:** (563) 422-7614 | | | **Credit Limit:** | 750.00 |
| CR CN005049 | 3/10/2017 | 3/10/2017 | -88.11 | | | | | -88.11 |
| **Customer Total:** | | | -88.11 | 0.00 | 0.00 | 0.00 | 0.00 | -88.11 |
| **522BA** THE BACKSTITCH | | **Contact:** KAREN JACKSON | | **Phone:** (319) 331-7420 - CELL | | | **Credit Limit:** | 1,000.00 |
| IN IN211501 | 9/6/2017 | 9/6/2017 | 120.55 | | | | | 120.55 |
| IN IN211595 | 9/19/2017 | 9/19/2017 | 16.27 | | | | | 16.27 |
| **Customer Total:** | | | 136.82 | 0.00 | 0.00 | 0.00 | 0.00 | 136.82 |
| **524VN** VILLAGE NEEDLEWORK | | **Contact:** JOAN & JULIA ACKERMAN | | **Phone:** (319) 362-3271 | | | **Credit Limit:** | 1,000.00 |
| IN IN211386 | 8/29/2017 | 9/28/2017 | 2.28 | | | | | 2.28 |
| **Customer Total:** | | | 2.28 | 0.00 | 0.00 | 0.00 | 0.00 | 2.28 |
| **543SB** THE STITCHING BEE | | **Contact:** KENDRA BUNTMAN | | **Phone:** (920) 434-6884 | | | **Credit Limit:** | 4,000.00 |
| IT INT000004832 | 5/15/2017 | 5/15/2017 | 3.01 | | | | | 3.01 |
| IN IN211175 | 8/11/2017 | 9/10/2017 | 7.00 | | | | | 7.00 |
| **Customer Total:** | | | 10.01 | 0.00 | 0.00 | 0.00 | 0.00 | 10.01 |
| **553AO** ADAM ORIGINAL | | **Contact:** INEZ | | **Phone:** (763) 286-6937 | | | **Credit Limit:** | 1,500.00 |
| IN IN211544 | 9/13/2017 | 10/13/2017 | 31.94 | | | | | 31.94 |
| **Customer Total:** | | | 31.94 | 0.00 | 0.00 | 0.00 | 0.00 | 31.94 |
| **597SG** SHERRIL GOLD DESIGNS | | **Contact:** SHERRIL GOLD | | **Phone:** (406) 596-0512 | | | **Credit Limit:** | 1,000.00 |
| IN IN211557 | 9/14/2017 | 9/14/2017 | 91.61 | | | | | 91.61 |
| **Customer Total:** | | | 91.61 | 0.00 | 0.00 | 0.00 | 0.00 | 91.61 |
| **600BC** THE BLACK CAT STITCHERY | | **Contact:** ERICA HEYL & PAULA HARRIS | | **Phone:** (224) 789-7224 | | | **Credit Limit:** | 1,000.00 |
| CR CN005089 | 7/7/2017 | 7/7/2017 | -34.00 | | | | | -34.00 |
| **Customer Total:** | | | -34.00 | 0.00 | 0.00 | 0.00 | 0.00 | -34.00 |
| **600NS** NORTH SHORE NEEDLEWORKS | | **Contact:** CAROL & JAKE JAKIMOW | | **Phone:** (847) 291-6550 | | | **Credit Limit:** | 2,000.00 |
| CR CN005128 | 10/13/2017 | 10/13/2017 | -17.40 | | | | | -17.40 |
| **Customer Total:** | | | -17.40 | 0.00 | 0.00 | 0.00 | 0.00 | -17.40 |

12/21/2017 10:53:09AM
A/R Aged Trial Balance by Document Date (ARTBAL01)

Norden Crafts, Ltd.

| Customer Number/Name/ | | | | | 1  to  30 | 31  to  60 | 61  to  90 | Over  90 | |
| Document Type/Number | Doc. Date | Due Date or Check/Recpt. No. | | Current | Days | Days | Days | Days | Total |
|---|---|---|---|---|---|---|---|---|---|
| **601TH** | TOMORROW'S HEIRLOOMS | **Contact:** PAM DOUDA | | | **Phone:** (630) 790-1660 | | | **Credit Limit:** | 15,000.00 |
| CR CN004986 | 8/26/2016 | 8/26/2016 | | -15.00 | | | | | -15.00 |
| | | **Customer Total:** | | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 |
| **617CN** | THE COUNTED NEEDLE | **Contact:** KELLY RIPPY | | | **Phone:** (309) 661-1550 | | | **Credit Limit:** | 1,000.00 |
| CR CN005067 | 5/8/2017 | 5/8/2017 | | -1.90 | | | | | -1.90 |
| | | **Customer Total:** | | -1.90 | 0.00 | 0.00 | 0.00 | 0.00 | -1.90 |
| **620SS** | STITCHER'S STATION | **Contact:** PAT | | | **Phone:** (217) 532-5984 | | | **Credit Limit:** | 500.00 |
| IN IN210632 | 6/28/2017 | 6/28/2017 | | 44.68 | | | | | 44.68 |
| IT INT000004865 | 8/15/2017 | 8/15/2017 | | 1.06 | | | | | 1.06 |
| IT INT000004885 | 10/6/2017 | 10/6/2017 | | 1.15 | | | | | 1.15 |
| | | **Customer Total:** | | 46.89 | 0.00 | 0.00 | 0.00 | 0.00 | 46.89 |
| **655CT** | COTTAGE THREADS | **Contact:** KALIMA ISHAYA | | | **Phone:** (573) 261-9922 | | | **Credit Limit:** | 1,000.00 |
| IN IN211371 | 8/28/2017 | 9/27/2017 | | 172.78 | | | | | 172.78 |
| IN IN211725 | 10/5/2017 | 11/4/2017 | | 47.32 | | | | | 47.32 |
| IN IN211755 | 10/11/2017 | 11/10/2017 | | 83.78 | | | | | 83.78 |
| IN IN212123 | 12/11/2017 | 12/11/2017 | | 101.26 | | | | | 101.26 |
| | | **Customer Total:** | | 405.14 | 0.00 | 0.00 | 0.00 | 0.00 | 405.14 |
| **656CS** | CECILIA'S SAMPLERS | **Contact:** MARGARET IRVIN | | | **Phone:** (417) 336-5016 | | | **Credit Limit:** | 1,000.00 |
| CR CN004891 | 1/27/2016 | 1/27/2016 | | -5.60 | | | | | -5.60 |
| CR CN005073 | 5/30/2017 | 5/30/2017 | | -18.00 | | | | | -18.00 |
| | | **Customer Total:** | | -23.60 | 0.00 | 0.00 | 0.00 | 0.00 | -23.60 |
| **672HD** | HEARTS DESIRE | **Contact:** DEBBIE DORSEY | | | **Phone:** (316) 681-3369 | | | **Credit Limit:** | 1,500.00 |
| IN IN211910 | 10/27/2017 | 11/26/2017 | | 91.08 | | | | | 91.08 |
| | | **Customer Total:** | | 91.08 | 0.00 | 0.00 | 0.00 | 0.00 | 91.08 |
| **681VN** | VILLAGE NEEDLEWORKS | **Contact:** MARY DE SOUZA | | | **Phone:** (402) 391-1191 | | | **Credit Limit:** | 1,000.00 |
| CR CN005127 | 10/11/2017 | 10/11/2017 | | -11.62 | | | | | -11.62 |
| | | **Customer Total:** | | -11.62 | 0.00 | 0.00 | 0.00 | 0.00 | -11.62 |
| **750TT** | THREADS THAT BIND | **Contact:** SUSANNE CIMINO | | | **Phone:** (972) 599-3500 | | | **Credit Limit:** | 1,000.00 |
| CR CN005042 | 2/13/2017 | 2/13/2017 | | -66.00 | | | | | -66.00 |
| | | **Customer Total:** | | -66.00 | 0.00 | 0.00 | 0.00 | 0.00 | -66.00 |
| **752CS** | CREATIVE STITCHES & GIFTS | **Contact:** CINDY ANDERSON & VALERIE CARLIN | | | **Phone:** (214) 361-2610 | | | **Credit Limit:** | 1,000.00 |
| IN IN209471 | 3/13/2017 | 3/13/2017 | | 280.84 | | | | | 280.84 |
| IT INT000004867 | 8/15/2017 | 8/15/2017 | | 5.54 | | | | | 5.54 |
| IT INT000004886 | 10/6/2017 | 10/6/2017 | | 7.20 | | | | | 7.20 |
| | | **Customer Total:** | | 293.58 | 0.00 | 0.00 | 0.00 | 0.00 | 293.58 |

12/21/2017 10:53:09AM

Norden Crafts, Ltd.

**A/R Aged Trial Balance by Document Date (ARTBAL01)**

| Customer Number/Name/ Document Type/Number | Doc. Date | Due Date or Check/Recpt. No. | Contact: | Current | Phone: | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Over 90 Days | Credit Limit: | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 760FS   FANCY STITCHES | | | GAYLE ANDERSON | | (817) 641-4761 | | | | | | 500.00 |
| IN   IN212120 | 12/11/2017 | 12/11/2017 | | 40.16 | | | | | | | 40.16 |
| Customer Total: | | | | 40.16 | | 0.00 | 0.00 | 0.00 | 0.00 | | 40.16 |
| 775LS   LITTLE STITCHES | | | ANITA DIAMOND | | (281) 993-1870 | | | | | | 750.00 |
| CR   CN004987 | 8/26/2016 | 8/26/2016 | | -36.90 | | | | | | | -36.90 |
| Customer Total: | | | | -36.90 | | 0.00 | 0.00 | 0.00 | 0.00 | | -36.90 |
| 780TW   THE TINSMITH'S WIFE | | | WENDY SOLBERG | | (830) 995-5539 | | | | | | 1,000.00 |
| CR   CN004965 | 7/12/2016 | 7/12/2016 | | -29.00 | | | | | | | -29.00 |
| Customer Total: | | | | -29.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | -29.00 |
| 785JS   JUDY'S STITCHERY NOOK | | | JUDY BRADY | | (956) 421-2654 | | | | | | 500.00 |
| CR   CN004909 | 3/10/2016 | 3/10/2016 | | -7.75 | | | | | | | -7.75 |
| Customer Total: | | | | -7.75 | | 0.00 | 0.00 | 0.00 | 0.00 | | -7.75 |
| 802BE   A STITCHING SHOP | | | CHRISTINE HAUSE | | (303) 727-8500 | | | | | | 1,000.00 |
| CR   CN005103 | 8/3/2017 | 8/3/2017 | | -13.10 | | | | | | | -13.10 |
| Customer Total: | | | | -13.10 | | 0.00 | 0.00 | 0.00 | 0.00 | | -13.10 |
| 803GW   GYPSY WOOLS | | | BARB DAY | | (303) 442-1884 | | | | | | 1,000.00 |
| IT   INT000004868 | 8/15/2017 | 8/15/2017 | | 1.28 | | | | | | | 1.28 |
| Customer Total: | | | | 1.28 | | 0.00 | 0.00 | 0.00 | 0.00 | | 1.28 |
| 850FA   FAMILY ARTS NEEDLEWORK SHOP | | | JULIE ELDER | | (602) 277-0694 | | | | | | 500.00 |
| IT   INT000004835 | 5/15/2017 | 5/15/2017 | | 2.24 | | | | | | | 2.24 |
| IT   INT000004851 | 7/6/2017 | 7/6/2017 | | 2.42 | | | | | | | 2.42 |
| Customer Total: | | | | 4.66 | | 0.00 | 0.00 | 0.00 | 0.00 | | 4.66 |
| 852OT   OLD TOWN NEEDLEWORK | | | JANICE | | (480) 990-2270 | | | | | | 1,000.00 |
| CR   CN004971 | 7/22/2016 | 7/22/2016 | | -45.00 | | | | | | | -45.00 |
| Customer Total: | | | | -45.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | -45.00 |
| 857TW   THE WEST | | | Carol | | (520) 299-1044 | | | | | | 1,000.00 |
| IN   IN211726 | 10/5/2017 | 11/4/2017 | | 14.77 | | | | | | | 14.77 |
| Customer Total: | | | | 14.77 | | 0.00 | 0.00 | 0.00 | 0.00 | | 14.77 |
| 907BC   CYNTHIA HARRIS/BEACH COTTAGE | | | CYNTHIA HARRIS | | (310) 561-0541 | | | | | | 1,000.00 |
| IN   IN212122 | 12/11/2017 | 12/11/2017 | | 68.02 | | | | | | | 68.02 |
| Customer Total: | | | | 68.02 | | 0.00 | 0.00 | 0.00 | 0.00 | | 68.02 |
| 910NI   NEEDLE IN A HAYSTACK | | | FRANCES RAMIREZ | | (818) 248-7686 | | | | | | 500.00 |
| IN   IN211546 | 9/13/2017 | 10/13/2017 | | 64.55 | | | | | | | 64.55 |

12/21/2017  10:53:09AM                                                    Norden Crafts, Ltd.                                                              Page 9
A/R Aged Trial Balance by Document Date (ARTBAL01)

| Customer Number/Name/ Document Type/Number | Doc. Date | Due Date or Check/Recpt. No. | Current | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|---|---|
| **Customer Total:** | | | 64.55 | 0.00 | 0.00 | 0.00 | 0.00 | 64.55 |
| **928NE**  NEEDLEPOINTS LTD | | **Contact:**  DIANA HARDNER | | **Phone:**  (714) 894-5242 | | | **Credit Limit:** | 500.00 |
| IN  IN205989 | 6/16/2016 | 7/16/2016 | 167.71 | | | | | 167.71 |
| IT  INT000004761 | 8/18/2016 | 8/18/2016 | 4.34 | | | | | 4.34 |
| IT  INT000004774 | 9/19/2016 | 9/19/2016 | 4.21 | | | | | 4.21 |
| IT  INT000004784 | 10/24/2016 | 10/24/2016 | 4.61 | | | | | 4.61 |
| IT  INT000004796 | 12/6/2016 | 12/6/2016 | 3.55 | | | | | 3.55 |
| IT  INT000004808 | 2/7/2017 | 2/7/2017 | 5.21 | | | | | 5.21 |
| IT  INT000004820 | 3/28/2017 | 3/28/2017 | 4.05 | | | | | 4.05 |
| IT  INT000004836 | 5/15/2017 | 5/15/2017 | 3.97 | | | | | 3.97 |
| IT  INT000004852 | 7/6/2017 | 7/6/2017 | 4.30 | | | | | 4.30 |
| IT  INT000004870 | 8/15/2017 | 8/15/2017 | 3.31 | | | | | 3.31 |
| IT  INT000004887 | 10/6/2017 | 10/6/2017 | 4.30 | | | | | 4.30 |
| **Customer Total:** | | | 209.56 | 0.00 | 0.00 | 0.00 | 0.00 | 209.56 |
| **930BT**  BEAD TIME | | **Contact:**  BILLIE FRANKEL & MICHELE SHOESMITH | **Phone:**  (805) 482-5256 | | | | **Credit Limit:** | 1,000.00 |
| IT  INT000004729 | 6/14/2016 | 6/14/2016 | 14.67 | | | | | 14.67 |
| **Customer Total:** | | | 14.67 | 0.00 | 0.00 | 0.00 | 0.00 | 14.67 |
| **9400W**  OLD WORLD DESIGNS | | **Contact:**  LINDA MENDENHALL | | **Phone:**  (650) 321-3494 | | | **Credit Limit:** | 750.00 |
| IT  INT000004888 | 10/6/2017 | 10/6/2017 | 2.28 | | | | | 2.28 |
| IN  IN211859 | 10/25/2017 | 11/24/2017 | 70.59 | | | | | 70.59 |
| **Customer Total:** | | | 72.87 | 0.00 | 0.00 | 0.00 | 0.00 | 72.87 |
| **945NI**  NEEDLE IN A HAYSTACK | | **Contact:**  DEBI ANDERSEN - MANAGER | | **Phone:**  (510) 522-0404 | | | **Credit Limit:** | 4,000.00 |
| IN  IN211971 | 11/3/2017 | 11/3/2017 | 191.28 | | | | | 191.28 |
| IN  IN212016 | 11/8/2017 | 12/8/2017 | 973.79 | | | | | 973.79 |
| **Customer Total:** | | | 1,165.07 | 0.00 | 0.00 | 0.00 | 0.00 | 1,165.07 |
| **953ES**  ELEGANT STITCH | | **Contact:**  LOIS MOURISKI | | **Phone:**  (209) 529-6393 | | | **Credit Limit:** | 10,000.00 |
| CR  CN004921 | 4/7/2016 | 4/7/2016 | -18.00 | | | | | -18.00 |
| IN  IN211414 | 8/29/2017 | 9/28/2017 | 0.10 | | | | | 0.10 |
| **Customer Total:** | | | -17.90 | 0.00 | 0.00 | 0.00 | 0.00 | -17.90 |
| **972AT**  ACORNS & THREADS | | **Contact:**  JEANNINE CHENEY | | **Phone:**  (503) 292-4457 | | | **Credit Limit:** | 4,000.00 |
| IN  IN211778 | 10/12/2017 | 11/11/2017 | 299.47 | | | | | 299.47 |
| IN  IN211900 | 10/26/2017 | 11/25/2017 | 790.90 | | | | | 790.90 |
| IN  IN211948 | 11/1/2017 | 12/1/2017 | 6.86 | | | | | 6.86 |
| **Customer Total:** | | | 1,097.23 | 0.00 | 0.00 | 0.00 | 0.00 | 1,097.23 |
| **972NC**  THE NEEDLEART CLOSET | | **Contact:**  KAREN SPIVAK | | **Phone:**  (503) 288-3992 | | | **Credit Limit:** | 1,000.00 |

12/21/2017 10:53:09AM

Norden Crafts, Ltd.

A/R Aged Trial Balance by Document Date (ARTBAL01)

| Customer Number/Name/ Document Type/Number | Doc. Date | Due Date or Check/Recpt. No. | Current | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|---|---|
| IN   IN212119 | 12/11/2017 | 12/11/2017 | 60.47 | | | | | 60.47 |
| **Customer Total:** | | | 60.47 | 0.00 | 0.00 | 0.00 | 0.00 | 60.47 |
| 975UL   UNIQUE LEE YOURS   Contact: LEE E FARMER   Phone: (541) 476-6229   Credit Limit: 1,000.00 | | | | | | | | |
| IT   INT000004763 | 8/18/2016 | 8/18/2016 | 11.05 | | | | | 11.05 |
| **Customer Total:** | | | 11.05 | 0.00 | 0.00 | 0.00 | 0.00 | 11.05 |
| 982HD   HEIRLOOM DESIGN   Contact: DONNELLE ANDERSON   Phone: (360) 661-1680   Credit Limit: 1,000.00 | | | | | | | | |
| IN   IN211115 | 8/9/2017 | 9/8/2017 | 108.10 | | | | | 108.10 |
| **Customer Total:** | | | 108.10 | 0.00 | 0.00 | 0.00 | 0.00 | 108.10 |
| AUSSP   LINEN AND THREADS   Contact: KAREN KIRK   Phone: (424) 195-929   Credit Limit: 1,000.00 | | | | | | | | |
| IN   IN212124 | 12/11/2017 | 12/11/2017 | 239.00 | | | | | 239.00 |
| **Customer Total:** | | | 239.00 | 0.00 | 0.00 | 0.00 | 0.00 | 239.00 |
| CANJD   JEANETTE DOUGLAS DESIGNS   Contact: JEANETTE DOUGLAS   Phone:   Credit Limit: 1,000.00 | | | | | | | | |
| IN   IN207151 | 9/9/2016 | 10/9/2016 | 69.03 | | | | | 69.03 |
| IT   INT000004797 | 12/6/2016 | 12/6/2016 | 1.97 | | | | | 1.97 |
| IT   INT000004809 | 2/7/2017 | 2/7/2017 | 2.14 | | | | | 2.14 |
| IT   INT000004822 | 3/28/2017 | 3/28/2017 | 1.67 | | | | | 1.67 |
| IT   INT000004837 | 5/15/2017 | 5/15/2017 | 1.63 | | | | | 1.63 |
| IT   INT000004853 | 7/6/2017 | 7/6/2017 | 1.77 | | | | | 1.77 |
| IT   INT000004871 | 8/15/2017 | 8/15/2017 | 1.36 | | | | | 1.36 |
| IT   INT000004889 | 10/6/2017 | 10/6/2017 | 1.77 | | | | | 1.77 |
| **Customer Total:** | | | 81.34 | 0.00 | 0.00 | 0.00 | 0.00 | 81.34 |
| CANSC   STITCHING CORNER BY NYGABE LT Contact: BETTY WHITFORD   Phone: (403) 932-3390   Credit Limit: 500.00 | | | | | | | | |
| CR   CN005039 | 2/10/2017 | 2/10/2017 | -37.75 | | | | | -37.75 |
| **Customer Total:** | | | -37.75 | 0.00 | 0.00 | 0.00 | 0.00 | -37.75 |
| CANTR   TRADITIONAL STITCHES   Contact: JANICE SPENCER   Phone: (403) 208-9650 | | | | | | | | |
| IN   IN212125 | 12/11/2017 | 12/11/2017 | 586.36 | | | | | 586.36 |
| **Customer Total:** | | | 586.36 | 0.00 | 0.00 | 0.00 | 0.00 | 586.36 |
| FRAMA   MANGUIFRAIS, LTD   Contact: OLGA PRITCHETT   Phone: (480) 650-4723   Credit Limit: 1,000.00 | | | | | | | | |
| IN   IN210104 | 5/16/2017 | 5/16/2017 | 153.00 | | | | | 153.00 |
| IT   INT000004854 | 7/6/2017 | 7/6/2017 | 3.85 | | | | | 3.85 |
| IT   INT000004872 | 8/15/2017 | 8/15/2017 | 3.02 | | | | | 3.02 |
| IT   INT000004890 | 10/6/2017 | 10/6/2017 | 3.92 | | | | | 3.92 |
| **Customer Total:** | | | 163.79 | 0.00 | 0.00 | 0.00 | 0.00 | 163.79 |

12/21/2017  10:53:09AM                                                    Norden Crafts, Ltd.                                                    Page 11

A/R Aged Trial Balance by Document Date (ARTBAL01)

| Customer Number/Name/ Document Type/Number | Doc. Date | Due Date or Check/Recpt. No. | Current | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|---|---|
| **Report Total:** | | | 15,573.67 | 7.04 | 0.00 | 6.53 | 1,206.00 | 16,793.24 |
| | | | 92.74% | 0.04% | 0.00% | 0.04% | 7.18% | 100.00% |

CR: Credit Note        DB: Debit Note            IN: Invoice          IT: Interest Charge        PI: Prepayment              UC: Unapplied Cash              MC: Miscellaneous Receipt
AD: Adjustment      CF: Applied Credit (from)    CT: Applied Credit (to)    DF: Applied Debit (from)    DT: Applied Debit (to)    ED: Earned Discount Taken
GL: Gain or Loss (multicurrency ledgers)          PY: Receipt              WO: Write-Off              RD: Rounding              RF: Refund

**78 customers printed**

12/21/2017  11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| | |
|---|---|
| Use | [Location Detail Costs] |
| Print | [Items by Location]  In  [Summary] |
| Include | [Only Positive] Quantities |
| Include | [Only Positive] Costs |
| From Account Set | [INV]  To  [INV] |
| From Location | [1]  To  [1] |
| From Item Number | [AAN-0001]  To  [ZE-9281-54014] |

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| ACC-0091 (S) NORDEN LIMITED EDITION - DOUBLE CANDY | 1.0000 EA | 6.80 |
| ACC-0142 (S) MONSTER BLACK CHEVRON MAGNET | 1.0000 EA | 6.30 |
| ACC-0143 (S) MONSTER PINK CHEVRON MAGNET | 1.0000 EA | 6.30 |
| ACC-0144 (S) OLIVE MAGNET - MONSTER | 4.0000 EA | 25.20 |
| ACC-0148 (S) US FLAG ON POLE - LIMITED EDITION NORDEN | 2.0000 EA | 18.00 |
| ACC-0149 (S) US FLAG HEART - LIMITED EDITION NORDEN | 2.0000 EA | 18.00 |
| ACC-0150 (S) GHOSTY AND PUMPKIN - LIMITED EDITION | 7.0000 EA | 63.00 |
| ACC-C064 (S) POLITICO DONKEY MAGNET | 1.0000 EA | 6.30 |
| ACC-LC012 (S) I HEART QUILTING NEEDLE/SCISSOR CASE | 1.0000 EA | 4.20 |
| ACC-SC011 (S) I HEART CROSS-STITCH BEAD/NEEDLE CASE | 1.0000 EA | 5.60 |
| ADV-CH93541 FOLDAWAY TRUNK ORGANIZER - MACBETH | 1.0000 EA | 10.50 |
| ADV-CH93542 SPINNING CRAFT TOTE - MACBETH | 1.0000 EA | 11.25 |
| ADV-TH92910 TIM HOLTZ POCKET WATCH | 1.0000 EA | 3.37 |
| ADV-TH93063 BURLAP PANELS - 4X6 PREASSEMBLED (2 | 8.0000 EA | 22.84 |
| ADV-TH93065 ASSEMBLAGE ALARM CLOCK TIM HOLTZ | 4.0000 EA | 15.00 |
| ADV-TH93204 TEXTURED SURFACES - 2 PK | 26.0000 EA | 62.40 |
| ANC-14400-05 5" EMBROIDERY HOOP - PINK 6/BOX | 1.0000 BOX | 5.28 |
| ANC-4130-1029 ANCHOR MARLITT #1029 (D) | 1.0000 BOX | 7.70 |
| ANC-4317-0001 ANCHOR #5 PEARL METALLIC #0001 | 1.0000 BOX | 9.00 |
| ANC-4317-0150 ANCHOR #5 PEARL METALLIC #0150 | 1.0000 BOX | 9.00 |
| ANC-4583-0008 ANCHOR #3 PEARL #8 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0013 ANCHOR #3 PEARL #13 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0076 ANCHOR #3 PEARL #76 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0096 ANCHOR #3 PEARL #96 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0205 ANCHOR #3 PEARL #205 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0214 ANCHOR #3 PEARL #214 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0240 ANCHOR #3 PEARL #240 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0243 ANCHOR #3 PEARL #243 (D) | 1.0000 BOX | 6.72 |

12/21/2017  11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | | Valuation | |
|---|---|---|---|---|
| | | | Most Recent Cost | |
| ANC-4583-0244 ANCHOR #3 PEARL #244 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0255 ANCHOR #3 PEARL #255 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0260 ANCHOR #3 PEARL #260 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0267 ANCHOR #3 PEARL #267 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0268 ANCHOR #3 PEARL #268 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0278 ANCHOR #3 PEARL #278 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0279 ANCHOR #3 PEARL #279 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0280 ANCHOR #3 PEARL #280 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0281 ANCHOR #3 PEARL #281 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0306 ANCHOR #3 PEARL #306 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0308 ANCHOR #3 PEARL #308 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0310 ANCHOR #3 PEARL #310 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0328 ANCHOR #3 PEARL #328 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0335 ANCHOR #3 PEARL #335 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0336 ANCHOR #3 PEARL #336 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0337 ANCHOR #3 PEARL #337 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0338 ANCHOR #3 PEARL #338 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0340 ANCHOR #3 PEARL #340 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0341 ANCHOR #3 PEARL #341 (D) | 3.0000 BOX | | 20.16 | |
| ANC-4583-0342 ANCHOR #3 PEARL #342 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0343 ANCHOR #3 PEARL #343 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0360 ANCHOR #3 PEARL #360 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0366 ANCHOR #3 PEARL #366 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0368 ANCHOR #3 PEARL #368 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0369 ANCHOR #3 PEARL #369 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0371 ANCHOR #3 PEARL #371 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0373 ANCHOR #3 PEARL #373 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0374 ANCHOR #3 PEARL #374 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0375 ANCHOR #3 PEARL #375 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0376 ANCHOR #3 PEARL #376 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0381 ANCHOR #3 PEARL #381 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0386 ANCHOR #3 PEARL #386 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0393 ANCHOR #3 PEARL #393 (D) | 2.0000 BOX | | 13.44 | |
| ANC-4583-0830 ANCHOR #3 PEARL #830 (D) | 1.0000 BOX | | 6.72 | |
| ANC-4583-0832 ANCHOR #3 PEARL #832 (D) | 1.0000 BOX | | 6.72 | |

12/21/2017  11:53:38AM

Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| ANC-4583-0842 ANCHOR #3 PEARL #842 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0844 ANCHOR #3 PEARL #844 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0846 ANCHOR #3 PEARL #846 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0848 ANCHOR #3 PEARL #848 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0850 ANCHOR #3 PEARL #850 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0854 ANCHOR #3 PEARL #854 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0856 ANCHOR #3 PEARL #856 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0859 ANCHOR #3 PEARL #859 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0868 ANCHOR #3 PEARL #868 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0869 ANCHOR #3 PEARL #869 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0875 ANCHOR #3 PEARL #875 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0883 ANCHOR #3 PEARL #883 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0885 ANCHOR #3 PEARL #885 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0887 ANCHOR #3 PEARL #887 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0888 ANCHOR #3 PEARL #888 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0889 ANCHOR #3 PEARL #889 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0893 ANCHOR #3 PEARL #893 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0894 ANCHOR #3 PEARL #894 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0905 ANCHOR #3 PEARL #905 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0921 ANCHOR #3 PEARL #921 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0924 ANCHOR #3 PEARL #924 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0939 ANCHOR #3 PEARL #939 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0942 ANCHOR #3 PEARL #942 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0944 ANCHOR #3 PEARL #944 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0945 ANCHOR #3 PEARL #945 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0956 ANCHOR #3 PEARL #956 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0968 ANCHOR #3 PEARL #968 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-0969 ANCHOR #3 PEARL #969 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-0978 ANCHOR #3 PEARL #978 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-1016 ANCHOR #3 PEARL #1016 (D) | 1.0000 BOX | 6.72 |
| ANC-4583-1028 ANCHOR #3 PEARL #1028 (D) | 2.0000 BOX | 13.44 |
| ANC-4583-1037 ANCHOR #3 PEARL #1037 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-0008 #5 PEARL #8 | 1.0000 BOX | 6.72 |
| ANC-4585-0024 #5 PEARL #24 | 1.0000 BOX | 6.72 |
| ANC-4585-0028 #5 PEARL #28 | 1.0000 BOX | 6.72 |

12/21/2017  11:53:38AM
Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| ANC-4585-0069 #5 PEARL #69 | 1.0000 BOX | 6.72 |
| ANC-4585-0077 #5 PEARL #77 | 1.0000 BOX | 6.72 |
| ANC-4585-0112 #5 PEARL #112 | 3.0000 BOX | 20.16 |
| ANC-4585-0279 #5 PEARL #279 (D) | 2.0000 BOX | 13.44 |
| ANC-4585-0291 #5 PEARL #291 | 1.0000 BOX | 6.72 |
| ANC-4585-0310 #5 PEARL #310 | 2.0000 BOX | 13.44 |
| ANC-4585-0326 #5 PEARL #326 | 2.0000 BOX | 13.44 |
| ANC-4585-0332 #5 PEARL #332 | 1.0000 BOX | 6.72 |
| ANC-4585-0336 #5 PEARL #336 | 1.0000 BOX | 6.72 |
| ANC-4585-0338 #5 PEARL #338 | 1.0000 BOX | 6.72 |
| ANC-4585-0340 #5 PEARL #340 | 1.0000 BOX | 6.72 |
| ANC-4585-0366 #5 PEARL #366 | 1.0000 BOX | 6.72 |
| ANC-4585-0370 #5 PEARL #370 | 3.0000 BOX | 20.16 |
| ANC-4585-0376 #5 PEARL #376 | 3.0000 BOX | 20.16 |
| ANC-4585-0410 #5 PEARL #410 | 1.0000 BOX | 6.72 |
| ANC-4585-0778 #5 PEARL #778 | 2.0000 BOX | 13.44 |
| ANC-4585-0830 #5 PEARL #830 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-0853 #5 PEARL #853 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-0854 #5 PEARL #854 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-0858 #5 PEARL #858 | 2.0000 BOX | 13.44 |
| ANC-4585-0868 #5 PEARL #868 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-0888 #5 PEARL #888 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-0893 #5 PEARL #893 | 1.0000 BOX | 6.72 |
| ANC-4585-0898 #5 PEARL #898 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-0907 #5 PEARL #907 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-0945 #5 PEARL #945 (D) | 2.0000 BOX | 13.44 |
| ANC-4585-0956 #5 PEARL #956 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-0968 #5 PEARL #968 | 1.0000 BOX | 6.72 |
| ANC-4585-0972 #5 PEARL #972 | 2.0000 BOX | 13.44 |
| ANC-4585-0976 #5 PEARL #976 | 3.0000 BOX | 20.16 |
| ANC-4585-0978 #5 PEARL #978 | 1.0000 BOX | 6.72 |
| ANC-4585-1016 #5 PEARL #1016 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1202 #5 PEARL #1202 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1203 #5 PEARL #1203 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1204 #5 PEARL #1204 (D) | 1.0000 BOX | 6.72 |

12/21/2017  11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| ANC-4585-1206 #5 PEARL #1206 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1207 #5 PEARL #1207 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1209 #5 PEARL #1209 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1210 #5 PEARL #1210 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1211 #5 PEARL #1211 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1212 #5 PEARL #1212 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1213 #5 PEARL #1213 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1214 #5 PEARL #1214 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1215 #5 PEARL #1215 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1216 #5 PEARL #1216 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1217 #5 PEARL #1217 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1219 #5 PEARL #1219 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1220 #5 PEARL #1220 (D) | 1.0000 BOX | 6.72 |
| ANC-4585-1243 #5 PEARL #1243 (D) | 1.0000 BOX | 6.72 |
| ANC-4598-0006 #8 PEARL #6 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0009 #8 PEARL #9 | 1.0000 BOX | 9.50 |
| ANC-4598-0010 #8 PEARL #10 | 2.0000 BOX | 19.00 |
| ANC-4598-0011 #8 PEARL #11 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0023 #8 PEARL #23 (D) | 2.0000 BOX | 19.00 |
| ANC-4598-0024 #8 PEARL #24 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0026 #8 PEARL #26 (D) | 2.0000 BOX | 19.00 |
| ANC-4598-0027 #8 PEARL #27 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0028 #8 PEARL #28 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0040 #8 PEARL #40 (D) | 2.0000 BOX | 19.00 |
| ANC-4598-0041 #8 PEARL #41 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0044 #8 PEARL #44 | 1.0000 BOX | 9.50 |
| ANC-4598-0052 #8 PEARL #52 (D) | 2.0000 BOX | 19.00 |
| ANC-4598-0054 #8 PEARL #54 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0068 #8 PEARL #68 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0076 #8 PEARL #76 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0096 #8 PEARL #96 | 1.0000 BOX | 9.50 |
| ANC-4598-0129 #8 PEARL #129 | 1.0000 BOX | 9.50 |
| ANC-4598-0130 #8 PEARL #130 | 1.0000 BOX | 9.50 |
| ANC-4598-0131 #8 PEARL #131 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0162 #8 PEARL #162 (D) | 2.0000 BOX | 19.00 |

12/21/2017 11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| ANC-4598-0205 #8 PEARL #205 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0214 #8 PEARL #214 | 1.0000 BOX | 9.50 |
| ANC-4598-0226 #8 PEARL #226 (D) | 2.0000 BOX | 19.00 |
| ANC-4598-0229 #8 PEARL #229 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0238 #8 PEARL #238 (D) | 2.0000 BOX | 19.00 |
| ANC-4598-0242 #8 PEARL #242 | 1.0000 BOX | 9.50 |
| ANC-4598-0243 #8 PEARL #243 (D) | 3.0000 BOX | 28.50 |
| ANC-4598-0245 #8 PEARL #245 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0265 #8 PEARL #265 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0266 #8 PEARL #266 | 1.0000 BOX | 9.50 |
| ANC-4598-0290 #8 PEARL #290 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0297 #8 PEARL #297 (D) | 2.0000 BOX | 19.00 |
| ANC-4598-0347 #8 PEARL #347 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0362 #8 PEARL #362 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0365 #8 PEARL #365 (D) | 2.0000 BOX | 19.00 |
| ANC-4598-0778 #8 PEARL #778 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0779 #8 PEARL #779 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0848 #8 PEARL #848 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0869 #8 PEARL #869 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0870 #8 PEARL #870 (D) | 2.0000 BOX | 19.00 |
| ANC-4598-0893 #8 PEARL #893 | 2.0000 BOX | 19.00 |
| ANC-4598-0894 #8 PEARL #894 | 1.0000 BOX | 9.50 |
| ANC-4598-0895 #8 PEARL #895 | 2.0000 BOX | 19.00 |
| ANC-4598-0933 #8 PEARL #933 | 1.0000 BOX | 9.50 |
| ANC-4598-0941 #8 PEARL #941 (D) | 2.0000 BOX | 19.00 |
| ANC-4598-0969 #8 PEARL #969 | 1.0000 BOX | 9.50 |
| ANC-4598-0977 #8 PEARL #977 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-0979 #8 PEARL #979 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-1011 #8 PEARL #1011 | 2.0000 BOX | 19.00 |
| ANC-4598-1202 #8 PEARL #1202 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-1204 #8 PEARL #1204 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-1207 #8 PEARL #1207 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-1209 #8 PEARL #1209 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-1211 #8 PEARL #1211 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-1213 #8 PEARL #1213 (D) | 1.0000 BOX | 9.50 |

12/21/2017  11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| ANC-4598-1217 #8 PEARL #1217 (D) | 1.0000 BOX | 9.50 |
| ANC-4598-1220 #8 PEARL #1220 (D) | 1.0000 BOX | 9.50 |
| ANC-4635-0103 ANCHOR FLOSS #103 (D-I) | 1.0000 BOX | 2.76 |
| ANC-4640-0300 GOLD METALLIC EMBROIDERY THREAD | 1.0000 EA | 6.47 |
| ANC-4640-0301 SILVER METALLIC EMBROIDERY THREAD | 1.0000 EA | 6.47 |
| ANC-77635 METALLIC ASSORTMENT (D-I) | 1.0000 EA | 46.40 |
| ANC-SA3 12/PK FLOSS INVENTORY CARDS (D-I) | 6.0000 EA | 3.60 |
| BHN-10122 BOHIN #10 BEADING NEEDLES - 25/PK (D) | 2.0000 EA | 7.28 |
| BHN-10125 BOHIN #13 BEADING NEEDLES - 25/PK (D) | 1.0000 EA | 4.87 |
| BHN-24301 BOHIN STORK GIAKARTA 4.5" | 7.0000 EA | 50.39 |
| BHN-81980 BOHIN EASY NEEDLE THREADER SZ 1 TO 11 | 14.0000 EA | 95.00 |
| BHN-91473 BOHIN EXTRA FINE CHALK PENCIL | 1.0000 EA | 4.16 |
| BHN-91476 BOHIN EXTRA FINE CHALK PENCIL REFILL - | 4.0000 EA | 9.38 |
| BHN-98264 BOHIN EPOXY FLAT BLADES 4 1/3" SCISSORS | 3.0000 EA | 34.11 |
| BHN-98265 BOHIN EPOXY FLAT BLADES 4 1/3" SCISSORS | 3.0000 EA | 30.02 |
| BHN-98308 BOHIN THREAD CUTTER WAVE LIME/ORANGE | 1.0000 EA | 6.47 |
| BHN-98461 LINT GLOVE - 9.5"X5.5" | 1.0000 EA | 3.70 |
| BHN-98464 BOHIN LEATHER THIMBLE - SIZE LARGE | 3.0000 EA | 15.71 |
| BHN-98465 BOHIN LEATHER THIMBLE - SIZE X-LARGE | 8.0000 EA | 41.89 |
| BKS-P008 CREWEL YULE-HARDCOVER-MONICA FERRIS (D) | 1.0000 EA | 9.98 |
| BNR-ACA1 AC ADAPTER FOR BEAM N READ LIGHT | 1.0000 EA | 4.73 |
| CLO-3011-00 CLOVER SINGLE PT 9" #0 KNITTING NEEDLE (D) | 1.0000 EA | 1.57 |
| CLO-3018-19 CLOVER JUMBO SINGLE PT 10" #19 KNITTING | 8.0000 EA | 38.48 |
| CLO-6182 CLOVER 1-3/16" D RINGS - ANTIQUE GOLD (D) | 2.0000 EA | 2.10 |
| CNC-1000RW #0 - 10" SINGLE POINT ROSEWOOD KNITTING | 2.0000 EA | 11.98 |
| CNC-1010RW #1 - 10" SINGLE POINT ROSEWOOD KNITTING | 2.0000 EA | 11.98 |
| CNC-1015RW #1.5 - 10" SINGLE POINT ROSEWOOD | 6.0000 EA | 35.94 |
| CNC-1025RW #2.5 - 10" SINGLE POINT ROSEWOOD | 2.0000 EA | 11.98 |
| CNC-1055RW #5.5 - 10" SINGLE POINT ROSEWOOD | 4.0000 EA | 23.96 |
| CNC-1304I #4 - 13" SINGLE POINT BAMBOO KNITTING | 1.0000 EA | 1.75 |
| CNC-1308I #8 - 13" SINGLE POINT BAMBOO KNITTING | 1.0000 EA | 1.84 |
| CNC-1309I #9 - 13" SINGLE POINT BAMBOO KNITTING | 4.0000 EA | 8.00 |
| CNC-13105I #10.5 - 13" SINGLE POINT BAMBOO KNITTING | 4.0000 EA | 8.00 |
| CNC-1311I #11 - 13" SINGLE POINT BAMBOO KNITTING | 3.0000 EA | 8.13 |
| CNC-1313I #13 - 13" SINGLE POINT BAMBOO KNITTING | 2.0000 EA | 5.42 |

12/21/2017  11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Most Recent Cost | Valuation |
|---|---|---|---|
| CNC-1315I #15 - 13" SINGLE POINT BAMBOO KNITTING | 3.0000 EA | 8.13 | |
| CNC-1317I #17 - 13" SINGLE POINT BAMBOO KNITTING | 5.0000 EA | 23.15 | |
| CNC-1400RW #0 - 14" SINGLE POINT ROSEWOOD KNITTING | 7.0000 EA | 41.93 | |
| CNC-14100RW #10 - 14" SINGLE POINT ROSEWOOD | 2.0000 EA | 12.76 | |
| CNC-14105RW #10.5 - 14" SINGLE POINT ROSEWOOD | 3.0000 EA | 20.25 | |
| CNC-141075R #10.75 - 14" SINGLE POINT ROSEWOOD | 3.0000 EA | 20.25 | |
| CNC-1410RW #1 - 14" SINGLE POINT ROSEWOOD KNITTING | 4.0000 EA | 23.96 | |
| CNC-1415RW #1.5 - 14" SINGLE POINT ROSEWOOD | 8.0000 EA | 47.92 | |
| CNC-14190RW #19 - 14" SINGLE POINT ROSEWOOD | 2.0000 EA | 15.00 | |
| CNC-1425RW #2.5 - 14" SINGLE POINT ROSEWOOD | 2.0000 EA | 11.98 | |
| CNC-1430RW #3 - 14" SINGLE POINT ROSEWOOD KNITTING | 1.0000 EA | 5.99 | |
| CNC-14350RW #35 - 14" SINGLE POINT ROSEWOOD | 2.0000 EA | 20.86 | |
| CNC-1455RW #5.5 - 14" SINGLE POINT ROSEWOOD | 3.0000 EA | 17.97 | |
| CNC-1460RW #6 - 14" SINGLE POINT ROSEWOOD KNITTING | 1.0000 EA | 5.99 | |
| CNC-1490RW #9 - 14" SINGLE POINT ROSEWOOD KNITTING | 3.0000 EA | 19.14 | |
| CNC-9105I #10.5 - 9" SINGLE POINT BAMBOO KNITTING | 2.0000 EA | 3.16 | |
| CNC-915I #15 - 9" SINGLE POINT BAMBOO KNITTING | 4.0000 EA | 9.80 | |
| CNC-917I #17 - 9" SINGLE POINT BAMBOO KNITTING | 1.0000 EA | 4.63 | |
| CNC-935I #35 - 9" SINGLE POINT HARDWOOD KNITTING | 4.0000 EA | 21.32 | |
| CNC-DP100RW #10 - 8" DOUBLE POINT ROSEWOOD | 8.0000 EA | 61.84 | |
| CNC-DP1075R #10.75 - 8" DOUBLE POINT ROSEWOOD | 3.0000 EA | 23.19 | |
| CNC-DP130RW #13 - 8" DOUBLE POINT ROSEWOOD | 1.0000 EA | 7.73 | |
| CNC-DP15RW #1.5 - 8" DOUBLE POINT ROSEWOOD | 10.0000 EA | 73.50 | |
| CNC-DP30RW #3 - 8" DOUBLE POINT ROSEWOOD KNITTING | 1.0000 EA | 7.35 | |
| CNC-DP50RW #5 - 8" DOUBLE POINT ROSEWOOD KNITTING | 2.0000 EA | 14.70 | |
| CNC-DP55RW #5.5 - 8" DOUBLE POINT ROSEWOOD | 5.0000 EA | 36.75 | |
| CNC-DP80RW #8 - 8" DOUBLE POINT ROSEWOOD KNITTING | 1.0000 EA | 7.35 | |
| CNC-DP90RW #9 - 8" DOUBLE POINT ROSEWOOD KNITTING | 1.0000 EA | 7.73 | |
| CNC-RW1603 #3 - 16" CIRCULAR ROSEWOOD KNITTING | 2.0000 EA | 29.36 | |
| CNC-RW16105 #10.5 - 16" CIRCULAR ROSEWOOD KNITTING | 2.0000 EA | 30.90 | |
| CNC-RW1611 #11 - 16" CIRCULAR ROSEWOOD KNITTING | 4.0000 EA | 64.80 | |
| CNC-RW1613 #13 - 16" CIRCULAR ROSEWOOD KNITTING | 4.0000 EA | 64.80 | |
| CNC-RW24105 #10.5 - 24" CIRCULAR ROSEWOOD KNITTING | 3.0000 EA | 46.35 | |
| CNC-RW3203 #3 - 32" CIRCULAR ROSEWOOD KNITTING | 1.0000 EA | 14.68 | |
| CNC-RW3215 #15 - 32" CIRCULAR ROSEWOOD KNITTING | 1.0000 EA | 16.20 | |

12/21/2017  11:53:38AM
Norden Crafts, Ltd.
I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| CRA-CL406 LED MAGNIFIER GLASSES (D) | 1.0000 EA | 7.00 |
| CRA-CL444 THE DUBLIN - OPTIONAL PROJECT TRAY | 4.0000 EA | 28.00 |
| CRA-CL451 THE YORK MAGNIFIER LIGHT | 1.0000 EA | 34.65 |
| DAY-U13624 DAYLIGHT (S) 13 WATT PL TUBE 4 PIN (D-I) | 2.0000 EA | 14.70 |
| DAY-U61003 DAYLIGHT (S) ULTRA SLIM SWING ARM LENS - | 3.0000 EA | 27.30 |
| DAY-UN1310 DAYLIGHT - LED SMART LAMP R10 - WHITE | 3.0000 EA | 42.00 |
| DAY-UN91221 DAYLIGHT - STARMAG - PROF LED NECK MAG | 3.0000 EA | 43.05 |
| DMC-117-0125 DMC FLOSS #125 (D-I) | 1.0000 BOX | 3.11 |
| DMC-117-0317 DMC FLOSS #317 | 1.0000 BOX | 3.65 |
| DMC-117-3371 DMC FLOSS #3371 | 1.0000 BOX | 3.65 |
| DMC-237-50E DISPLAY UNIT COTTON MACHINE EMB THRD | 2.0000 EA | 85.00 |
| DMC-417-4210 COLOR VARIATIONS FLOSS #4210 | 1.0000 BOX | 2.95 |
| DMC-487-7127 TAPESTRY WOOL LARGE SKEIN #7127 (D) | 1.0000 BOX | 6.98 |
| DMC-487-7408 TAPESTRY WOOL LARGE SKEIN #7408 (D) | 3.0000 BOX | 20.94 |
| DMC-487-7422 TAPESTRY WOOL LARGE SKEIN #7422 (D) | 2.0000 BOX | 13.96 |
| DMC-487-7461 TAPESTRY WOOL LARGE SKEIN #7461 (D) | 4.0000 BOX | 27.92 |
| DMC-487-7746 TAPESTRY WOOL LARGE SKEIN #7746 (D) | 3.0000 BOX | 20.94 |
| DMC-GC003A STITCHBOW STORAGE BINDER (D-I) | 1.0000 EA | 2.79 |
| DMC-U1335L STITCHBOW MINI NDLWRK BAG INSERTS 6/PK | 2.0000 BOX | 7.35 |
| DMC-U1545 NEEDLEWORK ON GO - TRAVEL PORTFOLIO (D) | 1.0000 EA | 9.66 |
| ESM-0004 (S) 11x8 23/2100 BK (BBD-100 LIGHT YOUR WAY) | 1.0000 EA | 21.95 |
| ESM-5A5A-04 5 X 5 BLACK FRAME | 1.0000 EA | 3.04 |
| ESM-PL66-27 6 X 6 RAISIN - PINELINE FRAME (D-I) | 1.0000 EA | 6.80 |
| GHI-21402 CLOSE LOOK LIGHTED MAGNIFIER 1/PKG | 1.0000 EA | 7.69 |
| GHI-21501 2 IN 1 RETRACTABLE SEAM RIPPER (D-I) | 1.0000 EA | 3.50 |
| GLI-0502 COLORWASH SILK #502 PASSION | 1.0000 EA | 1.30 |
| GLI-0504 COLORWASH SILK #504 VIOLET GARDEN | 1.0000 EA | 1.30 |
| GLI-0506 COLORWASH SILK #506 MEDITERRANEAN | 1.0000 EA | 1.38 |
| GLI-0509 COLORWASH SILK #509 TWILIGHT | 3.0000 EA | 4.14 |
| GLI-0510 COLORWASH SILK #510 CARIBBEAN | 1.0000 EA | 1.30 |
| GLI-0520 COLORWASH SILK #520 TOUCH OF MINT | 5.0000 EA | 6.50 |
| GLI-0522 COLORWASH SILK #522 JADE | 3.0000 EA | 3.90 |
| GLI-0526 COLORWASH SILK #526 SEAFOAM | 3.0000 EA | 4.14 |
| GLI-0530 COLORWASH SILK #530 LEMON & LIME | 2.0000 EA | 2.76 |
| GLI-0535 COLORWASH SILK #535 PUSSY WILLOW | 4.0000 EA | 5.20 |

12/21/2017  11:53:38AM

Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| GLI-0538 COLORWASH SILK #538 PEACH MELBA | 1.0000 EA | 1.38 |
| GLI-0540 COLORWASH SILK #540 CAMEO | 1.0000 EA | 1.38 |
| GLI-0542 COLORWASH SILK #542 CORAL BLUSH | 1.0000 EA | 1.38 |
| GLI-0546 COLORWASH SILK #546 STRAWBERRY SHERBERT | 1.0000 EA | 1.38 |
| GLI-0547 COLORWASH SILK #547 PARFAIT | 3.0000 EA | 4.14 |
| GLI-0548 COLORWASH SILK #548 AFRICAN SUNSET | 4.0000 EA | 5.20 |
| GLI-0550 COLORWASH SILK #550 FLAME | 1.0000 EA | 1.38 |
| GLI-0552 COLORWASH SILK #552 CHERRY | 2.0000 EA | 2.76 |
| GLI-0554 COLORWASH SILK #554 COTTON CANDY | 1.0000 EA | 1.38 |
| GLI-0558 COLORWASH SILK #558 ICE | 2.0000 EA | 2.76 |
| GLI-0566 COLORWASH SILK #566 MARDI GRAS | 4.0000 EA | 5.20 |
| GLI-0568 COLORWASH SILK #568 TERRA COTTA | 3.0000 EA | 3.90 |
| GLI-0570 COLORWASH SILK #570 PEBBLES | 3.0000 EA | 3.90 |
| GLI-0572 COLORWASH SILK #572 ANTIQUE ROSE | 1.0000 EA | 1.38 |
| GLI-0574 COLORWASH SILK #574 ORANGE BLOSSOM | 3.0000 EA | 3.90 |
| GLI-0576 COLORWASH SILK #576 OPAL | 2.0000 EA | 2.76 |
| GLI-0580 COLORWASH SILK #580 CAFE AU LAIT | 2.0000 EA | 2.60 |
| GLI-0581 COLORWASH SILK #581 GOBI SAND | 2.0000 EA | 2.60 |
| GLI-0583 COLORWASH SILK #583 ROSE QUARTZ | 1.0000 EA | 1.38 |
| GLI-0585 COLORWASH SILK #585 FIESTA | 2.0000 EA | 2.76 |
| GLI-0589 COLORWASH SILK #589 CLOVE | 2.0000 EA | 2.60 |
| GLI-0593 COLORWASH SILK #593 GRAYSTONE | 2.0000 EA | 2.76 |
| GLI-0597 COLORWASH SILK #597 PUMPKIN PATCH | 2.0000 EA | 2.60 |
| GLI-HA5X THERGONOMIC HAND AIDS - GLOVE - EXTRA | 5.0000 EA | 28.15 |
| GLT-04R0081 GLORIANA 4 MM SILK RIBBON - HYDRANGEA | 3.0000 EA | 7.32 |
| GLT-04R0096 GLORIANA 4 MM SILK RIBBON - SUMMER | 1.0000 EA | 2.36 |
| GLT-CH0229 GLORIANA SILK CHENILLE - #0229 GOLDEN | 1.0000 EA | 3.49 |
| GLT-CHE002 GLORIANA SILK CHENILLE PACK - RED, WHITE | 1.0000 EA | 3.38 |
| GLT-FL0162 GLORIANA FLORIMELL SILK FLOSS - #162 | 1.0000 EA | 2.78 |
| GLT-LUM0103 GLORIANA LUMINESCENCE #0103 INDIA INK | 1.0000 EA | 2.18 |
| GLT-PPR0079 GLORIANA PRINCESS PERLE - MONET'S POND | 2.0000 EA | 4.88 |
| GLT-TS0049 GLORIANA TUDOR SILK - #049 WOOD POND 5YD | 1.0000 EA | 1.95 |
| GLT-TS0186 GLORIANA TUDOR SILK - #186 BIRCH BROWN | 1.0000 EA | 1.95 |
| GNG-0272-1013 GINGHER - 4" LAUREN EMBROIDERY | 2.0000 EA | 34.00 |
| GNG-0282-1006 GINGHER - 5" SAWYER KNIFE EDGE SEWING | 3.0000 EA | 57.39 |

12/21/2017 11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| GNG-0282-1008 GINGHER - 5" LAUREN KNIFE EDGE SEWING | 1.0000 EA | 19.13 |
| HCD-0201S SMALL STARS BURGUNDY 8/PKG | 4.0000 EA | 3.76 |
| HCD-B261-3CEC 12/PKG CRI-FLIP FLOP SERIES | 43.0000 EA | 37.84 |
| HCD-B268-1CE 2/PKG CRI-TWO FAMILIARS | 1.0000 EA | 0.30 |
| HCD-LT303 LINEN THREAD 30/3 (MED) WOODEN SPOOL | 2.0000 EA | 3.50 |
| HE-MN29 WONDROUS JOY (CS) | 19.0000 EA | 39.90 |
| HE-MN30 CANDY CANE CUTIE W/EMBELLISHMENT (CS) | 24.0000 EA | 63.12 |
| HKS-EB15 15" EXTENDER BAR SET | 9.0000 EA | 58.23 |
| JAB-7054 JAB #7054 (SO) AST-JINGLES & JACK (D-I) | 1.0000 EA | 1.76 |
| JAB-JP207 JAB #JP207 - HOD - BLOCK PARTY - VINO | 8.0000 EA | 49.60 |
| KC-BB13 BABY BASE W/13" SCROLL FRAME | 1.0000 EA | 32.25 |
| KC-DO09 9" STANDARD DOWEL PAIR ONLY | 1.0000 EA | 4.88 |
| KC-LB30 LARGE BASE W/30" SCROLL FRAME | 1.0000 EA | 41.25 |
| KC-MSF18 MINI SCROLL FRAME 18" (SO) | 1.0000 EA | 12.00 |
| KC-MSFSP1 MINI SCROLL 10" SIDE BARS PAIR ONLY (SO) | 3.0000 EA | 18.00 |
| KC-PA07 (S) 7" STANDARD PIVOT ARM PAIR ONLY (SO) | 7.0000 EA | 21.00 |
| KC-SF30 30" STANDARD SCROLL FRAME (SO) | 1.0000 EA | 17.50 |
| KC-ZF13 Z-FRAME LARGE BASE W/13" SCROLL FRAME | 1.0000 EA | 27.75 |
| KRA-0001 A CELEBRATION OF STITCHING | 14.0000 EA | 14.00 |
| KR-K04-00009 #4 VF BRAID #009 EMERALD 11M BULK | 3.0000 EA | 3.17 |
| KR-K04-00023 #4 VF BRAID #023 LILAC 11M BULK | 1.0000 EA | 1.06 |
| KR-K04-00031 #4 VF BRAID #031 CRIMSON 11M BULK | 5.0000 EA | 5.29 |
| KR-K04-00043 #4 VF BRAID #043 CONFET GREEN 11M BULK | 2.0000 EA | 2.12 |
| KR-K04-0007L #4 VF BRAID #07L POWER PINK 11M BULK | 2.0000 EA | 1.98 |
| KR-K04-0102C #4 VF BRAID #102C VTCN GLD CORD 11M | 2.0000 EA | 2.12 |
| KR-K04-0104C #4 VF BRAID #104C COL GLD CORD 11M BULK | 4.0000 EA | 3.72 |
| KR-K04-012HL #4 VF BRAID #012HL PURPLE 11M BULK | 5.0000 EA | 5.30 |
| KR-K04-03215 #4 VF BRAID #3215 PERIDOT 11M BULK | 5.0000 EA | 5.29 |
| KR-K04-04012 #4 VF BRAID #4012 STORMY WEATHER 11M | 5.0000 EA | 4.83 |
| KR-K04-05515 #4 VF BRAID #5515 CLEMENTINE 11M BULK | 1.0000 EA | 1.06 |
| KR-K04-202HL #4 VF BRAID #202HL AZTEC GOLD 11M BULK | 1.0000 EA | 1.06 |
| KR-K08-00006 #8 F BRAID #006 BLUE 10M BULK (D-I) | 1.0000 EA | 1.19 |
| KR-K08-00008 #8 F BRAID #008 GREEN 10M BULK (D-I) | 4.0000 EA | 4.76 |
| KR-K08-00018 #8 F BRAID #018 NAVY 10M BULK (D-I) | 2.0000 EA | 2.38 |
| KR-K08-00044 #8 F BRAID #044 CON BLUE 10M BULK (D-I) | 1.0000 EA | 1.14 |

12/21/2017  11:53:38AM

Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| KR-K08-0005C #8 F BRAID (S) #005C BLACK CORD 10M BULK | 1.0000 EA | 1.05 |
| KR-K08-0026V #8 F BRAID #026V VIN AMETHYST 10M BULK | 1.0000 EA | 1.19 |
| KR-K08-0031L #8 F BRAID #031L BERRY RED 10M BULK (D-I) | 2.0000 EA | 2.38 |
| KR-K08-0051F #8 F BRAID #051F TANGERINE 10M BULK (D-I) | 1.0000 EA | 1.19 |
| KR-K08-0215C #8 F BRAID #215C ANT CPPR CORD 10M BULK | 1.0000 EA | 1.14 |
| KR-K08-03508 #8 F BRAID (S) #3508 RHUMBA GREEN 10M | 5.0000 EA | 5.43 |
| KR-K08-04006 #8 F BRAID (S) #4006 ROSEHIP 10M BULK (D-I) | 1.0000 EA | 1.05 |
| KR-K08-04012 #8 F BRAID #4012 STORMY WEATHER 10M | 5.0000 EA | 5.95 |
| KR-K08-05008 #8 F BRAID (S) #5008 LEPRECHAUN 10M BULK | 3.0000 EA | 3.15 |
| KR-K08-09100 #8 F BRAID #9100 SUNLIGHT 10M BULK (D-I) | 5.0000 EA | 5.95 |
| KR-K12-03240 #12 T BRAID (S) #3240 OPAL 10M BULK (D) | 3.0000 EA | 4.53 |
| KR-K16-09300 #16 M BRAID (S) #9300 ORCHID 10M BULK (D-I) | 1.0000 EA | 1.40 |
| KR-KATASR KREINIK METALLIC THREAD COLOR RING | 8.0000 EA | 53.69 |
| KR-KBF-008HL BLND FILMNT #008HL GREEN 50M BULK (D-I) | 6.0000 EA | 3.58 |
| KR-KBKSG A STITCHER'S GUIDE TO SILK THREAD (SO) | 1.0000 EA | 3.73 |
| KR-KCR-0001C CORD #001C SILVER 50M BULK (D-I) | 5.0000 EA | 2.98 |
| KR-KCR-0002C CORD #002C GOLD 50M BULK (D-I) | 1.0000 EA | 0.60 |
| KR-KCR-0005C CORD #005C BLACK 50M BULK (D-I) | 4.0000 EA | 2.28 |
| KR-KCR-0012C CORD #012C PURPLE 50M BULK (D-I) | 1.0000 EA | 0.60 |
| KR-KCR-0021C CORD #021C COPPER 50M BULK (D-I) | 3.0000 EA | 1.71 |
| KR-KCR-0104C CORD #104C COLONIAL GOLD 50M BULK (D-I) | 2.0000 EA | 1.19 |
| KR-KCR-0205C CORD #205C ANTIQUE GOLD 50M BULK (D-I) | 5.0000 EA | 2.98 |
| KR-KJR610-0002J 1/16" RIBBON #002J JAPAN GLD 10M BULK | 2.0000 EA | 3.04 |
| KR-KMCC KREINIK METALLIC THREAD COLOR CARD | 1.0000 EA | 7.00 |
| KR-KMCR KREINIK METALLIC THREAD CLR CHART 50/PKG | 4.0000 EA | 22.51 |
| KR-KMPM-00304 MILKPAINT #0304 MED CORALBELLS  5M | 1.0000 EA | 1.03 |
| KR-KMPM-00904 MILKPAINT #0904 MED CINNAMON 5M BULK | 1.0000 EA | 0.99 |
| KR-KSCR KREINIK MORI, SERICA & BELLA CLR CHT 50/ | 1.0000 EA | 5.63 |
| KR-KSG40-0001 40CT SILK GAUZE IVORY - 1YD | 0.3000 YD | 12.38 |
| KR-KSMM-01033 SILK MORI #1033 LT PINK 5M BULK | 1.0000 EA | 0.99 |
| KR-KSMM-02013 SILK MORI #2013 LT GOLD 5M BULK | 1.0000 EA | 0.99 |
| KR-KSMM-02015 SILK MORI #2015 MED DK GOLD 5M BULK | 1.0000 EA | 0.99 |
| KR-KSMM-03013 SILK MORI #3013 LT CORAL 5M BULK | 1.0000 EA | 0.98 |
| KR-KSMM-06124 SILK MORI #6124 MED DSTY LAVNDR 5M | 1.0000 EA | 1.03 |
| KR-KSMM-07124 SILK MORI #7124 CREAM 5M BULK | 1.0000 EA | 1.07 |

12/21/2017  11:53:38AM

Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| KR-KSMM-07126 SILK MORI #7126 ECRU 5M BULK | 2.0000 EA | 1.99 |
| KR-KSMM-09032 SILK MORI #9032 LTS NEU FLESH 5M BULK | 1.0000 EA | 0.98 |
| KR-KSS-04203 SILK SERICA #4203 LT SAGE 10M (D-I) | 8.0000 EA | 8.28 |
| KR-KTIS006 ACID FREE TISSUE PAPER 6 SHEETS/PKG | 2.0000 EA | 3.32 |
| KR-LACE KREINIK SHOELACES - ASSORTED STYLES | 68.0000 EA | 255.00 |
| KR-TOR40-1202 TORSADE 4.0 MM #1202 PURPLE/GOLD 1M | 1.0000 EA | 4.31 |
| LA-30-569 NORTHERN CROSS LINEN 30C NATURAL | 4.2000 YD | 47.56 |
| LA-30-570 NORTHERN CROSS LINEN 30C OFF WHITE | 0.1000 YD | 1.17 |
| LA-30-571 NORTHERN CROSS LINEN 30C CREAM | 0.2000 YD | 2.33 |
| LA-35-569 NORTHERN CROSS LINEN 35C NATURAL | 10.8000 YD | 122.47 |
| LA-35-571 NORTHERN CROSS LINEN 35C CREAM (D-I) | 2.0000 YD | 26.11 |
| LDC-EC005 VANILLA - EYELASH CHENILLE - LADY DOT | 7.0000 EA | 14.70 |
| LDC-EC011 SIZZLE - EYELASH CHENILLE - LADY DOT | 11.0000 EA | 23.10 |
| LDC-EC012 SNOW - EYELASH CHENILLE - LADY DOT | 8.0000 EA | 16.80 |
| LDC-EC017 LICORICE - EYELASH CHENILLE - LADY DOT | 8.0000 EA | 16.80 |
| LDC-EC028 ALGAE - EYELASH CHENILLE - LADY DOT | 7.0000 EA | 14.70 |
| LDC-J004 THUNDER CLOUDS - JUMBO CHENILLE - LADY DOT | 5.0000 EA | 10.50 |
| LDC-J005 VANILLA - JUMBO CHENILLE - LADY DOT CREATES | 1.0000 EA | 2.10 |
| LDC-J021 (S) BLACK PEARL - JUMBO CHENILLE - LADY DOT | 1.0000 EA | 2.10 |
| LDC-J022 (S) CREAMSICLE - JUMBO CHENILLE - LADY DOT | 4.0000 EA | 8.40 |
| LDC-J025 (S) CARIBE - JUMBO CHENILLE - LADY DOT | 6.0000 EA | 12.60 |
| LDC-P008 MOTHER LODE - POM POMS - LADY DOT CREATES | 4.0000 EA | 8.40 |
| LDC-P010 RAINY - POM POMS - LADY DOT CREATES | 1.0000 EA | 2.10 |
| LDC-P019 (S) CHICKIE - POM POMS - LADY DOT CREATES | 6.0000 EA | 12.60 |
| LDC-P022 (S) CREAMSICLE - POM POMS - LADY DOT | 23.0000 EA | 48.30 |
| LDC-R001 (S) WIZARD - 9/16" RIBBON - LADY DOT CREATES | 6.0000 EA | 12.60 |
| LDC-R002 (S) SEQUOIA - 9/16" RIBBON - LADY DOT CREATES | 9.0000 EA | 18.90 |
| LDC-R003 (S) UNION - 9/16" RIBBON - LADY DOT CREATES | 5.0000 EA | 10.50 |
| LDC-R004 (S) THUNDER CLOUD - 9/16" RIBBON - LADY DOT | 5.0000 EA | 10.50 |
| LDC-R005 (S) VANILLA - 9/16" RIBBON - LADY DOT CREATES | 4.0000 EA | 8.40 |
| LDC-R006 VINTAGE - 9/16" RIBBON - LADY DOT CREATES | 2.0000 EA | 4.20 |
| LDC-R007 (S) WITCHIE - 9/16" RIBBON - LADY DOT CREATES | 7.0000 EA | 14.70 |
| LDC-R008 (S) MOTHER LODE - 9/16" RIBBON - LADY DOT | 11.0000 EA | 23.10 |
| LDC-R009 (S) PEONY - 9/16" RIBBON - LADY DOT CREATES | 9.0000 EA | 18.90 |
| LDC-R010 (S) RAINY - 9/16" RIBBON - LADY DOT CREATES | 6.0000 EA | 12.60 |

12/21/2017 11:53:38AM

Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| LDC-R012 (S) SNOW - 9/16" RIBBON - LADY DOT CREATES | 7.0000 EA | 14.70 |
| LDC-R013 (S) BALLERINA - 9/16" RIBBON - LADY DOT | 8.0000 EA | 16.80 |
| LDC-R014 (S) BEAR - 9/16" RIBBON - LADY DOT CREATES | 6.0000 EA | 12.60 |
| LDC-R015 (S) ANEMONE - 9/16" RIBBON - LADY DOT | 10.0000 EA | 21.00 |
| LDC-R017 (S) LICORICE - 9/16" RIBBON - LADY DOT CREATES | 5.0000 EA | 10.50 |
| LDC-R019 (S) CHICKIE - 9/16" RIBBON - LADY DOT CREATES | 9.0000 EA | 18.90 |
| LDC-R020 (S) LUSH LAWN - 9/16" RIBBON - LADY DOT | 11.0000 EA | 23.10 |
| LDC-R021 (S) BLACK PEARL - 9/16" RIBBON - LADY DOT | 9.0000 EA | 18.90 |
| LDC-R022 (S) CREAMSICLE - 9/16" RIBBON - LADY DOT | 9.0000 EA | 18.90 |
| LDC-R023 (S) CHIANTI - 9/16" RIBBON - LADY DOT CREATES | 7.0000 EA | 14.70 |
| LDC-R024 (S) TOAST - 9/16" RIBBON - LADY DOT CREATES | 6.0000 EA | 12.60 |
| LDC-R025 (S) CARIBE - 9/16" RIBBON - LADY DOT CREATES | 8.0000 EA | 16.80 |
| LDC-R026 (S) ROBIN EGG - 9/16" RIBBON - LADY DOT | 10.0000 EA | 21.00 |
| LDC-RA005 VANILLA - RICK RACK - LADY DOT CREATES (D-I) | 3.0000 EA | 6.30 |
| LDC-RA006 VINTAGE - RICK RACK - LADY DOT CREATES (D-I) | 1.0000 EA | 2.10 |
| LDC-RA007 (S) WITCHIE - RICK RACK - LADY DOT CREATES | 5.0000 EA | 10.50 |
| LDC-RA008 MOTHER LODE - RICK RACK - LADY DOT | 9.0000 EA | 18.90 |
| LDC-RA009 PEONY - RICK RACK - LADY DOT CREATES | 4.0000 EA | 8.40 |
| LDC-RA014 BEAR - RICK RACK - LADY DOT CREATES | 9.0000 EA | 18.90 |
| LDC-RA015 (S) ANEMONE - RICK RACK - LADY DOT CREATES | 19.0000 EA | 39.90 |
| LDC-RA017 LICORICE - RICK RACK - LADY DOT CREATES | 5.0000 EA | 10.50 |
| LDC-RA018 (S) MOSSY - RICK RACK - LADY DOT CREATES | 3.0000 EA | 6.30 |
| LDC-RA028 (S) ALGAE - RICK RACK - LADY DOT CREATES | 14.0000 EA | 29.40 |
| LDC-RA14029 1/4" RICK RACK - BIRDS NEST | 4.0000 EA | 8.40 |
| LDC-TT005 VANILLA - TWILL TAPE - LADY DOT CREATES (D-I) | 2.0000 EA | 4.20 |
| LDC-TT006 VINTAGE - TWILL TAPE - LADY DOT CREATES | 1.0000 EA | 2.10 |
| LDC-TT012 SNOW - TWILL TAPE - LADY DOT CREATES | 3.0000 EA | 6.30 |
| LDC-TT017 LICORICE - TWILL TAPE - LADY DOT CREATES | 2.0000 EA | 4.20 |
| LDC-W008 (S) BUTTON GREAT WALL WAXER - LADY DOT | 1.0000 EA | 2.25 |
| LDC-W024 BIG PUMPKIN WAXER - LADY DOT CREATES (D-I) | 1.0000 EA | 2.25 |
| LDC-W026 (S) QUILT BLOCK WAXER - LADY DOT CREATES | 2.0000 EA | 4.50 |
| LDC-W027 (S) STAR FISH WAXER - LADY DOT CREATES | 2.0000 EA | 3.76 |
| LDC-W028 (S) OPEN DOOR WAXER - LADY DOT CREATES | 11.0000 EA | 22.66 |
| LDC-W033 FLUTTER BY WAXER - LADY DOT CREATES (D-I) | 2.0000 EA | 4.80 |
| LDC-W034 ASHES WAXER - LADY DOT CREATES (D-I) | 42.0000 EA | 113.40 |

12/21/2017  11:53:38AN
Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| LDC-W035 (S) BUZZ WAXER - LADY DOT CREATES | 14.0000 EA | 33.60 |
| LDC-W037 (S) DRAGONFLY WAXER - LADY DOT CREATES | 1.0000 EA | 2.40 |
| LDC-W038 CALLING CARD WAXER - LADY DOT CREATES | 1.0000 EA | 2.40 |
| MI-1002-01BKM (D-I) 6/PKG 23KT GOLD PLATE BOOKMARK | 3.0000 EA | 22.05 |
| MI-1002-01BOO STICK - JUDY'S BOO BOO | 13.0000 EA | 19.24 |
| MI-1002-01TIP SCISSOR TIP PROTECTORS - YELLOW - | 6.0000 EA | 37.43 |
| MI-1002-03MAG LITTLE SQUARE MAGNETS (3/8" OR 9MM) - 1 | 3.0000 EA | 2.10 |
| MI-1002-CO715 OPTICAID CLIP-ON #715 +5D/2.25X | 1.0000 EA | 11.40 |
| MI-1006-SF11C QSNAP 11 CLAMP PAIR | 1.0000 EA | 1.28 |
| MI-1006-SF17C QSNAP 17 CLAMP PAIR | 1.0000 EA | 1.30 |
| MI-1006-SF17P QSNAP 17 SPARE PAIR (D-I) | 1.0000 EA | 3.75 |
| MI-1006-SF20C QSNAP 20 CLAMP PAIR FOR 20" EXTENSION | 1.0000 EA | 1.50 |
| MI-1006-SF6C QSNAP 6 CLAMP PAIR | 9.0000 EA | 9.79 |
| MI-1006-SF8 QSNAP 8 X 8 FRAME | 2.0000 EA | 10.44 |
| MI-1006-SF8P QSNAP 8 SPARE PAIR | 2.0000 EA | 5.28 |
| MI-1015-ST856 WHO GIVES A STITCH - WINE GLASS (D-I) | 1.0000 EA | 5.93 |
| MI-1020-016 (D) GEL CUSHIONED SCISSOR FINGER RINGS - | 5.0000 EA | 6.90 |
| MI-1021-007 (D) JANE BOSTOCKE...THE REST OF THE STORY | 2.0000 EA | 17.50 |
| MI-1024-0005 MESH BAG - 5.5 x 8 (#645) | 1.0000 EA | 0.89 |
| MI-1026-FIX20 #20 STITCH FIXER (D-I) | 2.0000 EA | 7.00 |
| MI-1028-0002 5x3 FLOSS-A-WAY BAGS 100/PKG ECONO PACK | 8.0000 EA | 20.77 |
| MI-1030-0006 6" EMBROIDERY HOOP 6 COLORS/BOX (D-I) | 1.0000 EA | 6.12 |
| MI-1030-0008 8" EMBROIDERY HOOP 6 COLORS/BOX | 4.0000 EA | 24.48 |
| MI-1031-0004 WEAVERS CLOTH - NATURAL | 0.8000 YD | 2.80 |
| MI-1035-0001 CTR #1 - 1 STRAND PUNCHNEEDLE - BLUE | 1.0000 EA | 8.10 |
| MI-1035-0006 CTR #6 - 6 STRAND PUNCHNEEDLE - BLACK | 4.0000 EA | 32.40 |
| MI-1035-FNH10 (D) CTR #10 NEEDLE FELTING HANDLE/TOOL | 15.0000 EA | 252.90 |
| MI-1037-0007 SONORAN BORDERS - THREADS OF | 5.0000 EA | 55.90 |
| MI-1038-TB02 TACKY BOB - HOLIDAY COLLECTION - | 17.0000 EA | 65.45 |
| MI-1038-TB04 TACKY BOB - HOLIDAY COLLECTION - | 2.0000 EA | 7.00 |
| MI-1043-TTB1 BLACK DISPLAY TREE | 2.0000 EA | 70.40 |
| MI-1045-FN38 #38 FOSTER FELTING NEEDLE BULK | 32.0000 EA | 4.94 |
| MI-1045-FN40 #40 FOSTER FELTING NEEDLE BULK | 821.0000 EA | 133.41 |
| MI-1046-FNP38 #38 FOSTER FELTING NEEDLE 12/PKG | 1.0000 EA | 2.86 |
| MI-1047-0003 (S) HEART THREAD PALETTE (D) | 1.0000 EA | 4.50 |

12/21/2017  11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | | Valuation |
|---|---|---|---|
| | | Most Recent Cost | |
| MI-YT4-3502 STITCHERS LOTION - APRICOT/HONEY - 4 OZ | 1.0000 EA | 3.00 | |
| NE-4606-22TAP BOX-12 PKS #22 TAPESTRY NEEDLES | 2.0000 EA | 21.00 | |
| NE-4606-28TAP BOX-12 PKS #28 TAPESTRY NEEDLES | 1.0000 EA | 10.50 | |
| NE-4607-18TAP 25/PK #18 GOLD TAPESTRY NEEDLES | 1.0000 EA | 15.40 | |
| NE-4609-16TAP 1000/PK #16 TAPESTRY NEEDLES | 1.4950 EA | 123.19 | |
| NE-4616-12BEA BOX-12 PKS-#12 SHORT BEADTAPESTRY | 1.0000 BOX | 16.80 | |
| NE-4620-24TAP BOX-12 PKS-#24 PETITE TAPESTRY NEEDLES | 1.0000 EA | 14.28 | |
| NE-4620-26TAP BOX-12 PKS-#26 PETITE TAPESTRY NEEDLES | 2.0000 EA | 28.56 | |
| NE-4626-08CRW 1000/PK #8 CREWEL NEEDLES (SO) | 1.0000 EA | 20.80 | |
| NE-4635-10BEA BOX 12 PKS - #10 BEADING NEEDLES REG | 1.0000 EA | 12.48 | |
| NE-CBBN-735B BULLION TAPESTRY NEEDLE 3.5"-5"-7"/PKG | 5.0000 EA | 10.50 | |
| NE-CNEH12 12" WOOD EMBROIDERY HOOP 6/BOX | 1.0000 BOX | 9.87 | |
| NE-CNQH14 14" WOOD QUILTING ROUND HOOP 6/BOX | 1.0000 BOX | 12.08 | |
| NE-CNT36 FELTING TOOL W/3 FELTING NEEDLES SET/3 | 1.0000 EA | 5.99 | |
| NE-JJ107-010 BOX 12 PKS - #10 BEADING NEEDLES | 2.0000 EA | 26.20 | |
| NE-JJ150-039 BOX 12 PKS - #3/9 MILLINERS/STRAW | 2.0000 EA | 20.16 | |
| NE-MA188-022 #22 MARY ARDEN CHENILLE NEEDLES - 6/BX | 2.0000 EA | 9.24 | |
| NE-MA198-084 #18/24 MARY ARDEN TAPESTRY NEEDLES - | 1.0000 EA | 3.57 | |
| NE-MA199-022 #22 MARY ARDEN PETITE TAPESTRY | 1.0000 EA | 6.72 | |
| NE-MA199-026 #26 MARY ARDEN PETITE TAPESTRY | 2.0000 EA | 13.44 | |
| NNW-0009 I'M PINING FIR YOU - PINE TREE WAXER | 1.0000 EA | 1.08 | |
| NOR-KIT01 COUNTRY STITCHES - FORGET ME NOT LIMITED | 19.0000 EA | 229.33 | |
| NOR-KIT03 SCARLETT HOUSE - HANNAH'S BROWNSTONE | 15.0000 EA | 289.05 | |
| NOR-KIT05 CHESSIE & ME - 1801 HOUSE - LIMITED EDITION | 259.0000 EA | 2,310.28 | |
| NOR-KIT06 STACY NASH - CHERRY HOLLOW FARM - LIMITED | 106.0000 EA | 1,628.16 | |
| NOR-KT03 BAT KITTY! - PRAIRIE MOON | 26.0000 EA | 217.10 | |
| OTS-BK04 (D-I)BRACELET KIT - RED/AB W/GOLD THRD | 1.0000 EA | 5.95 | |
| OTS-GB01 GARDEN BOUQUET - BRIDAL BLOOMS BEADS | 1.0000 EA | 1.75 | |
| OTS-GB04 GARDEN BOUQUET - WINTER GLORIES BEADS | 1.0000 EA | 1.75 | |
| OTS-LC13 PINK LITTLE CHARMER BEADS (D) | 1.0000 EA | 1.40 | |
| PC-0002 PRECUT SALE - B PRICING | 30.0000 EA | 84.00 | |
| PC-0003 PRECUT SALE - C PRICING | 59.0000 EA | 206.50 | |
| PC-1007 11CT AIDA PRECUT | 11.0000 EA | 19.25 | |
| PC-1198 18CT FLOBA PRECUT | 4.0000 EA | 11.68 | |
| PC-3217 EDINBOROUGH PRECUT | 6.0000 EA | 25.50 | |

12/21/2017  11:53:38AM

**Norden Crafts, Ltd.**

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| PC-3270 28CT LUGANA PRECUT | 6.0000 EA | 16.02 |
| PC-3281 CASHEL PRECUT | 12.0000 EA | 48.96 |
| PC-3348 NEW CASTLE PRECUT | 13.0000 EA | 56.29 |
| PC-3604 DUBLIN PRECUT | 9.0000 EA | 33.03 |
| PC-3609 BELFAST PRECUT | 22.0000 EA | 89.76 |
| PC-3706 14CT AIDA PRECUT | 44.0000 EA | 88.00 |
| PC-3770 DAVOSA PRECUT | 7.0000 EA | 19.81 |
| PC-3793 18CT AIDA PRECUT | 18.0000 EA | 36.00 |
| PC-NC35 35CT NRTHRN CR PRECUT | 2.0000 EA | 3.66 |
| PEC-12-B12 "PIECEMAKERS" #12 BETWEENS/QUILTING | 1.0000 EA | 9.45 |
| PEC-12-B510 "PIECEMAKERS" #5/10 BETWEENS/QUILTING | 1.0000 EA | 9.45 |
| PEC-12-B812 "PIECEMAKERS" #8/12 BETWEENS/QUILTING | 1.0000 EA | 9.45 |
| PEC-12-E08 "PIECEMAKERS" #8 EMBROIDERY SIZE | 1.0000 EA | 9.45 |
| PEC-12-E510 "PIECEMAKERS" EMBROIDERY SIZE NEEDLES | 1.0000 EA | 9.45 |
| PEC-12-T28 "PIECEMAKERS" #28 TAPESTRY NEEDLES 12 | 1.0000 EA | 10.29 |
| PMX-131-F321 PREMAX 3.5" EMBROIDERY SCISSORS - | 1.0000 EA | 5.46 |
| PMX-1911 PREMAX RINGLOCK 3.5" EMBROIDERY CURVED | 2.0000 EA | 17.82 |
| PMX-603-012D PREMAX LAFLEUR PETITE SCISSORS (D-I) | 2.0000 EA | 7.62 |
| PMX-605-000D PREMAX (D) LAFLEUR GRAND SCISSORS | 13.0000 EA | 69.81 |
| PRS-05-2240 FINCA FLOSS #2240 | 2.0000 BOX | 6.30 |
| PRS-05-3151 FINCA FLOSS #3151 | 1.0000 BOX | 4.20 |
| PRS-05-4000 FINCA FLOSS #4000 | 1.0000 BOX | 4.50 |
| PRS-P05-0007 FINCA PERLE #5 - #0007 BLACK/NEGRO | 1.0000 BOX | 10.15 |
| PRS-P08-1000 FINCA PERLE #8 - #1000 (SO) (D-I) | 1.0000 BOX | 9.45 |
| PRS-P16-1000 FINCA PERLE #16 - #1000 (SO) | 1.0000 BOX | 10.49 |
| PRS-P16-2627 FINCA PERLE #16 - #2627 (SO) | 1.0000 BOX | 10.85 |
| QR-8340Z A-Z OF EMBROIDERED FLOWERS (D) | 4.0000 EA | 39.92 |
| RNB-0903 RAINBOW #903 CHARCOAL | 1.0000 EA | 0.59 |
| RRF-30-349 30CT VINTAGE GREY [W] (D) | 0.5000 YD | 0.00 |
| RRF-BC10 BABY CHENILLE TRIM 5YD - VAMPIRE'S CAPE (D-I) | 1.0000 EA | 2.50 |
| RRF-RR1209 1/2" RICK RACK 5YD - CHRISTMAS WREATH (D) | 1.0000 EA | 3.50 |
| STH-KH401-AST (D) KNIT HAPPY WRITE HPY PENS 24/PACK | 1.0000 EA | 20.16 |
| STR-M005 5" MINI STRETCHER BARS - PAIR | 5.0000 EA | 4.10 |
| STR-M008 8" MINI STRETCHER BARS - PAIR | 7.0000 EA | 5.95 |
| STR-M009 9" MINI STRETCHER BARS - PAIR | 11.0000 EA | 9.46 |

12/21/2017 11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| STR-M010 10" MINI STRETCHER BARS - PAIR | 1.0000 EA | 0.88 |
| STR-M012 12" MINI STRETCHER BARS - PAIR | 38.0000 EA | 34.58 |
| STR-M013 13" MINI STRETCHER BARS - PAIR | 7.0000 EA | 6.72 |
| STR-M014 14" MINI STRETCHER BARS - PAIR | 79.0000 EA | 98.75 |
| STR-R008 8" STRETCHER BARS - PAIR (D-I) | 1.0000 EA | 0.90 |
| STR-R015 15" STRETCHER BARS - PAIR (D-I) | 1.0000 EA | 1.01 |
| STR-R017 17" STRETCHER BARS - PAIR | 6.0000 EA | 6.24 |
| STR-R020 20" STRETCHER BARS - PAIR | 4.0000 EA | 4.36 |
| STR-R022 22" STRETCHER BARS - PAIR | 6.0000 EA | 8.40 |
| STR-R024 24" STRETCHER BARS - PAIR | 10.0000 EA | 22.50 |
| STR-R026 26" STRETCHER BARS - PAIR | 16.0000 EA | 41.60 |
| STR-R031 31" STRETCHER BARS - PAIR (D) | 15.0000 EA | 33.45 |
| STR-R033 33" STRETCHER BARS - PAIR (D) | 13.0000 EA | 31.20 |
| STR-R034 34" STRETCHER BARS - PAIR (D) | 5.0000 EA | 12.00 |
| STR-R035 35" STRETCHER BARS - PAIR (SO) (D) | 1.0000 EA | 2.70 |
| STR-R036 36" STRETCHER BARS - PAIR (SO) (D) | 3.0000 EA | 10.20 |
| STR-R038 38" STRETCHER BARS - PAIR (SO) (D) | 6.0000 EA | 18.60 |
| SUD-21081 BOOKENDS PAIR - MAHOGANY (SO) | 1.0000 EA | 16.88 |
| SUD-99046 MINI BOX - RED | 1.0000 EA | 7.50 |
| SUD-99158 SMALL OAK BOX 3.25" X 3.25" | 1.0000 EA | 15.00 |
| SUD-99527 NEW BETSY BOX - BLACK | 1.0000 EA | 22.50 |
| SUL-35000 SULLIVANS #5 PEARL COTTON #35000 - ECRU | 1.0000 BOX | 1.68 |
| SUL-35001 SULLIVANS #5 PEARL COTTON #35001 - WHITE | 1.0000 BOX | 1.68 |
| SUL-35002 SULLIVANS #5 PEARL COTTON #35002 - SNOW | 1.0000 BOX | 1.68 |
| SUL-35040 SULLIVANS #5 PEARL COTTON #35040 | 1.0000 BOX | 1.68 |
| SUL-35060 SULLIVANS #5 PEARL COTTON #35060 | 1.0000 BOX | 1.32 |
| SUL-35077 SULLIVANS #5 PEARL COTTON #35077 | 1.0000 BOX | 1.32 |
| SUL-35126 SULLIVANS #5 PEARL COTTON #35126 | 1.0000 BOX | 1.32 |
| SUL-35165 SULLIVANS #5 PEARL COTTON #35165 | 1.0000 BOX | 1.68 |
| SUL-35179 SULLIVANS #5 PEARL COTTON #35179 | 1.0000 BOX | 1.68 |
| SUL-35183 SULLIVANS #5 PEARL COTTON #35183 | 1.0000 BOX | 1.32 |
| SUL-35223 SULLIVANS #5 PEARL COTTON #35223 | 1.0000 BOX | 1.32 |
| SUL-35240 SULLIVANS #5 PEARL COTTON #35240 | 1.0000 BOX | 1.32 |
| SUL-35252 SULLIVANS #5 PEARL COTTON #35252 | 1.0000 BOX | 1.32 |
| SUL-35274 SULLIVANS #5 PEARL COTTON #35274 | 1.0000 BOX | 1.32 |

12/21/2017 11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| SUL-35337 SULLIVANS #5 PEARL COTTON #35337 | 1.0000 BOX | 1.32 |
| SUL-35514 SULLIVANS OVERDYED #5 PEARL #35514 | 1.0000 BOX | 2.70 |
| SUL-35521 SULLIVANS OVERDYED #5 PEARL #35521 | 1.0000 BOX | 2.10 |
| SUL-35523 SULLIVANS OVERDYED #5 PEARL #35523 | 1.0000 BOX | 2.70 |
| SUL-35537 SULLIVANS OVERDYED #5 PEARL #35537 | 1.0000 BOX | 2.70 |
| SUL-35539 SULLIVANS OVERDYED #5 PEARL #35539 | 1.0000 BOX | 2.70 |
| SUL-35547 SULLIVANS OVERDYED #5 PEARL #35547 | 1.0000 BOX | 2.70 |
| SUL-35560 SULLIVANS OVERDYED #5 PEARL #35560 | 1.0000 BOX | 2.70 |
| SUL-35600 SULLIVANS #8 PEARL COTTON BALL #35600 - | 1.0000 BOX | 1.92 |
| SUL-35604 SULLIVANS #8 PEARL COTTON BALL #35604 - | 1.0000 BOX | 1.92 |
| SUL-35605 SULLIVANS #8 PEARL COTTON BALL #35605 - | 1.0000 BOX | 1.92 |
| SUL-35607 SULLIVANS #8 PEARL COTTON BALL #35607 - | 1.0000 BOX | 1.92 |
| SUL-35608 SULLIVANS #8 PEARL COTTON BALL #35608 - | 1.0000 BOX | 1.92 |
| SUL-35609 SULLIVANS #12 PEARL COTTON BALL #35609 - | 1.0000 BOX | 2.80 |
| SUL-35611 SULLIVANS #12 PEARL COTTON BALL #35611 - | 1.0000 BOX | 2.80 |
| SUL-35613 SULLIVANS #12 PEARL COTTON BALL #35613 - | 1.0000 BOX | 1.92 |
| SUL-35614 SULLIVANS #12 PEARL COTTON BALL #35614 - | 1.0000 BOX | 1.92 |
| SUL-39848 4" GOLD LEAF HANDLE EMBROIDERY SCISSOR | 2.0000 EA | 10.44 |
| SUL-44506 SULLIVANS #5 METALLIC PEARL COTTON #44506 | 1.0000 BOX | 3.00 |
| SUL-44507 SULLIVANS #5 METALLIC PEARL COTTON #44507 | 1.0000 BOX | 3.00 |
| SUL-44508 SULLIVANS #5 METALLIC PEARL COTTON #44508 | 3.0000 BOX | 0.00 |
| SUL-44509 SULLIVANS #5 METALLIC PEARL COTTON #44509 | 1.0000 BOX | 0.00 |
| SUL-44510 SULLIVANS #5 METALLIC PEARL COTTON #44510 | 1.0000 BOX | 0.00 |
| SUL-44511 SULLIVANS #5 METALLIC PEARL COTTON #44511 | 1.0000 BOX | 3.00 |
| SUL-45000 SULLIVANS FLOSS #45000 - ECRU | 2.0000 BOX | 3.12 |
| SUL-45001 SULLIVANS FLOSS #45001 - WHITE | 2.0000 BOX | 3.12 |
| SUL-45002 SULLIVANS FLOSS #45002 - SNOW WHITE | 1.0000 BOX | 1.56 |
| SUL-45040 SULLIVANS FLOSS #45040 | 1.0000 BOX | 1.56 |
| SUL-45041 SULLIVANS FLOSS #45041 | 1.0000 BOX | 1.56 |
| SUL-45042 SULLIVANS FLOSS #45042 | 1.0000 BOX | 1.56 |
| SUL-45043 SULLIVANS FLOSS #45043 | 1.0000 BOX | 1.56 |
| SUL-45046 SULLIVANS FLOSS #45046 | 1.0000 BOX | 1.56 |
| SUL-45047 SULLIVANS FLOSS #45047 | 1.0000 BOX | 1.56 |
| SUL-45048 SULLIVANS FLOSS #45048 | 1.0000 BOX | 1.56 |
| SUL-45049 SULLIVANS FLOSS #45049 | 1.0000 BOX | 1.56 |

12/21/2017  11:53:38AM
Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| SUL-45050 SULLIVANS FLOSS #45050 | 1.0000 BOX | 1.56 |
| SUL-45051 SULLIVANS FLOSS #45051 | 1.0000 BOX | 1.56 |
| SUL-45052 SULLIVANS FLOSS #45052 | 1.0000 BOX | 1.56 |
| SUL-45053 SULLIVANS FLOSS #45053 - BLACK | 4.0000 BOX | 6.24 |
| SUL-45054 SULLIVANS FLOSS #45054 | 1.0000 BOX | 1.56 |
| SUL-45057 SULLIVANS FLOSS #45057 | 1.0000 BOX | 1.56 |
| SUL-45058 SULLIVANS FLOSS #45058 | 1.0000 BOX | 1.56 |
| SUL-45059 SULLIVANS FLOSS #45059 | 1.0000 BOX | 1.56 |
| SUL-45061 SULLIVANS FLOSS #45061 | 1.0000 BOX | 1.56 |
| SUL-45063 SULLIVANS FLOSS #45063 | 1.0000 BOX | 1.56 |
| SUL-45064 SULLIVANS FLOSS #45064 | 1.0000 BOX | 1.56 |
| SUL-45065 SULLIVANS FLOSS #45065 | 1.0000 BOX | 1.56 |
| SUL-45066 SULLIVANS FLOSS #45066 | 1.0000 BOX | 1.56 |
| SUL-45067 SULLIVANS FLOSS #45067 | 1.0000 BOX | 1.56 |
| SUL-45068 SULLIVANS FLOSS #45068 | 1.0000 BOX | 1.56 |
| SUL-45069 SULLIVANS FLOSS #45069 | 1.0000 BOX | 1.56 |
| SUL-45070 SULLIVANS FLOSS #45070 | 1.0000 BOX | 1.56 |
| SUL-45071 SULLIVANS FLOSS #45071 | 1.0000 BOX | 1.56 |
| SUL-45072 SULLIVANS FLOSS #45072 | 1.0000 BOX | 1.56 |
| SUL-45073 SULLIVANS FLOSS #45073 | 1.0000 BOX | 1.56 |
| SUL-45074 SULLIVANS FLOSS #45074 | 1.0000 BOX | 1.56 |
| SUL-45075 SULLIVANS FLOSS #45075 | 1.0000 BOX | 1.56 |
| SUL-45076 SULLIVANS FLOSS #45076 | 1.0000 BOX | 1.56 |
| SUL-45077 SULLIVANS FLOSS #45077 | 1.0000 BOX | 1.56 |
| SUL-45078 SULLIVANS FLOSS #45078 | 1.0000 BOX | 1.56 |
| SUL-45079 SULLIVANS FLOSS #45079 | 1.0000 BOX | 1.56 |
| SUL-45080 SULLIVANS FLOSS #45080 | 1.0000 BOX | 1.56 |
| SUL-45081 SULLIVANS FLOSS #45081 | 1.0000 BOX | 1.56 |
| SUL-45082 SULLIVANS FLOSS #45082 | 1.0000 BOX | 1.56 |
| SUL-45083 SULLIVANS FLOSS #45083 | 1.0000 BOX | 1.56 |
| SUL-45084 SULLIVANS FLOSS #45084 | 1.0000 BOX | 1.56 |
| SUL-45085 SULLIVANS FLOSS #45085 | 1.0000 BOX | 1.56 |
| SUL-45086 SULLIVANS FLOSS #45086 | 1.0000 BOX | 1.56 |
| SUL-45087 SULLIVANS FLOSS #45087 | 1.0000 BOX | 1.56 |
| SUL-45088 SULLIVANS FLOSS #45088 | 1.0000 BOX | 1.56 |

12/21/2017 11:53:38AM

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| SUL-45091 SULLIVANS FLOSS #45091 | 1.0000 **BOX** | 1.56 |
| SUL-45093 SULLIVANS FLOSS #45093 | 1.0000 **BOX** | 1.56 |
| SUL-45094 SULLIVANS FLOSS #45094 | 1.0000 **BOX** | 1.56 |
| SUL-45096 SULLIVANS FLOSS #45096 | 1.0000 **BOX** | 1.56 |
| SUL-45097 SULLIVANS FLOSS #45097 | 1.0000 **BOX** | 1.56 |
| SUL-45099 SULLIVANS FLOSS #45099 | 1.0000 **BOX** | 1.32 |
| SUL-45101 SULLIVANS FLOSS #45101 | 1.0000 **BOX** | 1.56 |
| SUL-45102 SULLIVANS FLOSS #45102 | 1.0000 **BOX** | 1.56 |
| SUL-45103 SULLIVANS FLOSS #45103 | 1.0000 **BOX** | 1.56 |
| SUL-45104 SULLIVANS FLOSS #45104 | 1.0000 **BOX** | 1.56 |
| SUL-45106 SULLIVANS FLOSS #45106 | 1.0000 **BOX** | 1.56 |
| SUL-45107 SULLIVANS FLOSS #45107 | 1.0000 **BOX** | 1.56 |
| SUL-45108 SULLIVANS FLOSS #45108 | 1.0000 **BOX** | 1.56 |
| SUL-45109 SULLIVANS FLOSS #45109 | 1.0000 **BOX** | 1.56 |
| SUL-45110 SULLIVANS FLOSS #45110 | 1.0000 **BOX** | 1.56 |
| SUL-45111 SULLIVANS FLOSS #45111 | 1.0000 **BOX** | 1.56 |
| SUL-45112 SULLIVANS FLOSS #45112 | 1.0000 **BOX** | 1.56 |
| SUL-45113 SULLIVANS FLOSS #45113 | 1.0000 **BOX** | 1.56 |
| SUL-45114 SULLIVANS FLOSS #45114 | 1.0000 **BOX** | 1.56 |
| SUL-45115 SULLIVANS FLOSS #45115 | 1.0000 **BOX** | 1.56 |
| SUL-45116 SULLIVANS FLOSS #45116 | 1.0000 **BOX** | 1.56 |
| SUL-45117 SULLIVANS FLOSS #45117 | 1.0000 **BOX** | 1.56 |
| SUL-45118 SULLIVANS FLOSS #45118 | 1.0000 **BOX** | 1.56 |
| SUL-45119 SULLIVANS FLOSS #45119 | 1.0000 **BOX** | 1.56 |
| SUL-45120 SULLIVANS FLOSS #45120 | 1.0000 **BOX** | 1.56 |
| SUL-45121 SULLIVANS FLOSS #45121 | 1.0000 **BOX** | 1.56 |
| SUL-45122 SULLIVANS FLOSS #45122 | 1.0000 **BOX** | 1.56 |
| SUL-45123 SULLIVANS FLOSS #45123 | 2.0000 **BOX** | 3.12 |
| SUL-45124 SULLIVANS FLOSS #45124 | 1.0000 **BOX** | 1.56 |
| SUL-45125 SULLIVANS FLOSS #45125 | 1.0000 **BOX** | 1.56 |
| SUL-45128 SULLIVANS FLOSS #45128 | 1.0000 **BOX** | 1.56 |
| SUL-45129 SULLIVANS FLOSS #45129 | 1.0000 **BOX** | 1.56 |
| SUL-45130 SULLIVANS FLOSS #45130 | 1.0000 **BOX** | 1.56 |
| SUL-45131 SULLIVANS FLOSS #45131 | 2.0000 **BOX** | 3.12 |
| SUL-45132 SULLIVANS FLOSS #45132 | 1.0000 **BOX** | 1.56 |

12/21/2017  11:53:38AM
Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| SUL-45133 SULLIVANS FLOSS #45133 | 1.0000 **BOX** | 1.56 |
| SUL-45134 SULLIVANS FLOSS #45134 | 1.0000 **BOX** | 1.56 |
| SUL-45135 SULLIVANS FLOSS #45135 | 1.0000 **BOX** | 1.56 |
| SUL-45136 SULLIVANS FLOSS #45136 | 1.0000 **BOX** | 1.56 |
| SUL-45137 SULLIVANS FLOSS #45137 | 1.0000 **BOX** | 1.56 |
| SUL-45138 SULLIVANS FLOSS #45138 | 1.0000 **BOX** | 1.56 |
| SUL-45139 SULLIVANS FLOSS #45139 | 1.0000 **BOX** | 1.56 |
| SUL-45140 SULLIVANS FLOSS #45140 | 1.0000 **BOX** | 1.56 |
| SUL-45141 SULLIVANS FLOSS #45141 | 1.0000 **BOX** | 1.56 |
| SUL-45142 SULLIVANS FLOSS #45142 | 1.0000 **BOX** | 1.32 |
| SUL-45144 SULLIVANS FLOSS #45144 | 1.0000 **BOX** | 1.56 |
| SUL-45145 SULLIVANS FLOSS #45145 | 1.0000 **BOX** | 1.56 |
| SUL-45146 SULLIVANS FLOSS #45146 | 1.0000 **BOX** | 1.56 |
| SUL-45147 SULLIVANS FLOSS #45147 | 1.0000 **BOX** | 1.56 |
| SUL-45150 SULLIVANS FLOSS #45150 | 1.0000 **BOX** | 1.56 |
| SUL-45151 SULLIVANS FLOSS #45151 | 1.0000 **BOX** | 1.56 |
| SUL-45152 SULLIVANS FLOSS #45152 | 2.0000 **BOX** | 3.12 |
| SUL-45153 SULLIVANS FLOSS #45153 | 1.0000 **BOX** | 1.56 |
| SUL-45154 SULLIVANS FLOSS #45154 | 2.0000 **BOX** | 3.12 |
| SUL-45155 SULLIVANS FLOSS #45155 | 1.0000 **BOX** | 1.56 |
| SUL-45156 SULLIVANS FLOSS #45156 | 1.0000 **BOX** | 1.56 |
| SUL-45157 SULLIVANS FLOSS #45157 | 2.0000 **BOX** | 3.12 |
| SUL-45159 SULLIVANS FLOSS #45159 | 1.0000 **BOX** | 1.56 |
| SUL-45160 SULLIVANS FLOSS #45160 | 1.0000 **BOX** | 1.56 |
| SUL-45161 SULLIVANS FLOSS #45161 | 1.0000 **BOX** | 1.56 |
| SUL-45162 SULLIVANS FLOSS #45162 | 1.0000 **BOX** | 1.56 |
| SUL-45163 SULLIVANS FLOSS #45163 | 1.0000 **BOX** | 1.56 |
| SUL-45164 SULLIVANS FLOSS #45164 | 3.0000 **BOX** | 4.68 |
| SUL-45165 SULLIVANS FLOSS #45165 | 1.0000 **BOX** | 1.56 |
| SUL-45166 SULLIVANS FLOSS #45166 | 1.0000 **BOX** | 1.56 |
| SUL-45167 SULLIVANS FLOSS #45167 | 1.0000 **BOX** | 1.56 |
| SUL-45168 SULLIVANS FLOSS #45168 | 1.0000 **BOX** | 1.56 |
| SUL-45169 SULLIVANS FLOSS #45169 | 1.0000 **BOX** | 1.56 |
| SUL-45170 SULLIVANS FLOSS #45170 | 1.0000 **BOX** | 1.56 |
| SUL-45171 SULLIVANS FLOSS #45171 | 1.0000 **BOX** | 1.56 |

12/21/2017 11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| SUL-45172 SULLIVANS FLOSS #45172 | 1.0000 BOX | 1.56 |
| SUL-45173 SULLIVANS FLOSS #45173 | 1.0000 BOX | 1.56 |
| SUL-45175 SULLIVANS FLOSS #45175 | 1.0000 BOX | 1.56 |
| SUL-45176 SULLIVANS FLOSS #45176 | 1.0000 BOX | 1.56 |
| SUL-45178 SULLIVANS FLOSS #45178 | 1.0000 BOX | 1.56 |
| SUL-45179 SULLIVANS FLOSS #45179 | 2.0000 BOX | 3.12 |
| SUL-45181 SULLIVANS FLOSS #45181 | 1.0000 BOX | 1.56 |
| SUL-45182 SULLIVANS FLOSS #45182 | 1.0000 BOX | 1.56 |
| SUL-45183 SULLIVANS FLOSS #45183 | 1.0000 BOX | 1.56 |
| SUL-45184 SULLIVANS FLOSS #45184 | 1.0000 BOX | 1.56 |
| SUL-45185 SULLIVANS FLOSS #45185 | 1.0000 BOX | 1.56 |
| SUL-45186 SULLIVANS FLOSS #45186 | 1.0000 BOX | 1.56 |
| SUL-45187 SULLIVANS FLOSS #45187 | 1.0000 BOX | 1.56 |
| SUL-45188 SULLIVANS FLOSS #45188 | 1.0000 BOX | 1.56 |
| SUL-45190 SULLIVANS FLOSS #45190 | 1.0000 BOX | 1.56 |
| SUL-45191 SULLIVANS FLOSS #45191 | 1.0000 BOX | 1.56 |
| SUL-45192 SULLIVANS FLOSS #45192 | 1.0000 BOX | 1.56 |
| SUL-45194 SULLIVANS FLOSS #45194 | 1.0000 BOX | 1.56 |
| SUL-45195 SULLIVANS FLOSS #45195 | 1.0000 BOX | 1.56 |
| SUL-45196 SULLIVANS FLOSS #45196 | 1.0000 BOX | 1.56 |
| SUL-45197 SULLIVANS FLOSS #45197 | 1.0000 BOX | 1.56 |
| SUL-45198 SULLIVANS FLOSS #45198 | 1.0000 BOX | 1.56 |
| SUL-45199 SULLIVANS FLOSS #45199 | 1.0000 BOX | 1.56 |
| SUL-45200 SULLIVANS FLOSS #45200 | 1.0000 BOX | 1.56 |
| SUL-45201 SULLIVANS FLOSS #45201 | 1.0000 BOX | 1.56 |
| SUL-45204 SULLIVANS FLOSS #45204 | 1.0000 BOX | 1.56 |
| SUL-45206 SULLIVANS FLOSS #45206 | 1.0000 BOX | 1.56 |
| SUL-45207 SULLIVANS FLOSS #45207 | 1.0000 BOX | 1.56 |
| SUL-45208 SULLIVANS FLOSS #45208 | 1.0000 BOX | 1.56 |
| SUL-45209 SULLIVANS FLOSS #45209 | 1.0000 BOX | 1.56 |
| SUL-45210 SULLIVANS FLOSS #45210 | 1.0000 BOX | 1.56 |
| SUL-45211 SULLIVANS FLOSS #45211 | 1.0000 BOX | 1.56 |
| SUL-45212 SULLIVANS FLOSS #45212 | 1.0000 BOX | 1.56 |
| SUL-45213 SULLIVANS FLOSS #45213 | 1.0000 BOX | 1.56 |
| SUL-45215 SULLIVANS FLOSS #45215 | 1.0000 BOX | 1.56 |

12/21/2017  11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| SUL-45216 SULLIVANS FLOSS #45216 | 1.0000 BOX | 1.56 |
| SUL-45217 SULLIVANS FLOSS #45217 | 1.0000 BOX | 1.56 |
| SUL-45219 SULLIVANS FLOSS #45219 | 1.0000 BOX | 1.56 |
| SUL-45221 SULLIVANS FLOSS #45221 | 1.0000 BOX | 1.56 |
| SUL-45222 SULLIVANS FLOSS #45222 | 1.0000 BOX | 1.56 |
| SUL-45223 SULLIVANS FLOSS #45223 | 1.0000 BOX | 1.56 |
| SUL-45225 SULLIVANS FLOSS #45225 | 1.0000 BOX | 1.56 |
| SUL-45226 SULLIVANS FLOSS #45226 | 1.0000 BOX | 1.56 |
| SUL-45227 SULLIVANS FLOSS #45227 | 1.0000 BOX | 1.56 |
| SUL-45228 SULLIVANS FLOSS #45228 | 1.0000 BOX | 1.56 |
| SUL-45229 SULLIVANS FLOSS #45229 | 1.0000 BOX | 1.56 |
| SUL-45230 SULLIVANS FLOSS #45230 | 1.0000 BOX | 1.56 |
| SUL-45232 SULLIVANS FLOSS #45232 | 1.0000 BOX | 1.56 |
| SUL-45233 SULLIVANS FLOSS #45233 | 1.0000 BOX | 1.56 |
| SUL-45234 SULLIVANS FLOSS #45234 | 1.0000 BOX | 1.56 |
| SUL-45235 SULLIVANS FLOSS #45235 | 1.0000 BOX | 1.56 |
| SUL-45236 SULLIVANS FLOSS #45236 | 1.0000 BOX | 1.56 |
| SUL-45237 SULLIVANS FLOSS #45237 | 1.0000 BOX | 1.56 |
| SUL-45238 SULLIVANS FLOSS #45238 | 1.0000 BOX | 1.56 |
| SUL-45239 SULLIVANS FLOSS #45239 | 1.0000 BOX | 1.56 |
| SUL-45240 SULLIVANS FLOSS #45240 | 1.0000 BOX | 1.56 |
| SUL-45243 SULLIVANS FLOSS #45243 | 1.0000 BOX | 1.56 |
| SUL-45244 SULLIVANS FLOSS #45244 | 1.0000 BOX | 1.56 |
| SUL-45245 SULLIVANS FLOSS #45245 | 1.0000 BOX | 1.56 |
| SUL-45246 SULLIVANS FLOSS #45246 | 1.0000 BOX | 1.56 |
| SUL-45247 SULLIVANS FLOSS #45247 | 1.0000 BOX | 1.32 |
| SUL-45248 SULLIVANS FLOSS #45248 | 1.0000 BOX | 1.56 |
| SUL-45250 SULLIVANS FLOSS #45250 | 1.0000 BOX | 1.56 |
| SUL-45251 SULLIVANS FLOSS #45251 | 1.0000 BOX | 1.56 |
| SUL-45252 SULLIVANS FLOSS #45252 | 1.0000 BOX | 1.56 |
| SUL-45253 SULLIVANS FLOSS #45253 | 1.0000 BOX | 1.56 |
| SUL-45254 SULLIVANS FLOSS #45254 | 1.0000 BOX | 1.56 |
| SUL-45255 SULLIVANS FLOSS #45255 | 1.0000 BOX | 1.56 |
| SUL-45256 SULLIVANS FLOSS #45256 | 1.0000 BOX | 1.56 |
| SUL-45257 SULLIVANS FLOSS #45257 | 1.0000 BOX | 1.56 |

12/21/2017  11:53:38AM

Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Most Recent Cost | Valuation |
|---|---|---|---|
| SUL-45258 SULLIVANS FLOSS #45258 | 1.0000 BOX | 1.56 | |
| SUL-45259 SULLIVANS FLOSS #45259 | 1.0000 BOX | 1.56 | |
| SUL-45260 SULLIVANS FLOSS #45260 | 1.0000 BOX | 1.56 | |
| SUL-45262 SULLIVANS FLOSS #45262 | 1.0000 BOX | 1.56 | |
| SUL-45263 SULLIVANS FLOSS #45263 | 1.0000 BOX | 1.56 | |
| SUL-45264 SULLIVANS FLOSS #45264 | 1.0000 BOX | 1.56 | |
| SUL-45265 SULLIVANS FLOSS #45265 | 1.0000 BOX | 1.56 | |
| SUL-45266 SULLIVANS FLOSS #45266 | 1.0000 BOX | 1.56 | |
| SUL-45267 SULLIVANS FLOSS #45267 | 1.0000 BOX | 1.56 | |
| SUL-45268 SULLIVANS FLOSS #45268 | 1.0000 BOX | 1.56 | |
| SUL-45273 SULLIVANS FLOSS #45273 | 1.0000 BOX | 1.56 | |
| SUL-45274 SULLIVANS FLOSS #45274 | 1.0000 BOX | 1.56 | |
| SUL-45277 SULLIVANS FLOSS #45277 | 1.0000 BOX | 1.56 | |
| SUL-45279 SULLIVANS FLOSS #45279 | 1.0000 BOX | 1.56 | |
| SUL-45282 SULLIVANS FLOSS #45282 | 1.0000 BOX | 1.56 | |
| SUL-45283 SULLIVANS FLOSS #45283 | 1.0000 BOX | 1.56 | |
| SUL-45284 SULLIVANS FLOSS #45284 | 1.0000 BOX | 1.56 | |
| SUL-45285 SULLIVANS FLOSS #45285 | 1.0000 BOX | 1.32 | |
| SUL-45286 SULLIVANS FLOSS #45286 | 1.0000 BOX | 1.56 | |
| SUL-45287 SULLIVANS FLOSS #45287 | 1.0000 BOX | 1.56 | |
| SUL-45288 SULLIVANS FLOSS #45288 | 1.0000 BOX | 1.56 | |
| SUL-45289 SULLIVANS FLOSS #45289 | 1.0000 BOX | 1.56 | |
| SUL-45290 SULLIVANS FLOSS #45290 | 1.0000 BOX | 1.56 | |
| SUL-45291 SULLIVANS FLOSS #45291 | 1.0000 BOX | 1.56 | |
| SUL-45292 SULLIVANS FLOSS #45292 | 1.0000 BOX | 1.56 | |
| SUL-45293 SULLIVANS FLOSS #45293 | 1.0000 BOX | 1.56 | |
| SUL-45294 SULLIVANS FLOSS #45294 | 1.0000 BOX | 1.56 | |
| SUL-45295 SULLIVANS FLOSS #45295 | 1.0000 BOX | 1.56 | |
| SUL-45296 SULLIVANS FLOSS #45296 | 1.0000 BOX | 1.56 | |
| SUL-45299 SULLIVANS FLOSS #45299 | 1.0000 BOX | 1.56 | |
| SUL-45300 SULLIVANS FLOSS #45300 | 1.0000 BOX | 1.56 | |
| SUL-45301 SULLIVANS FLOSS #45301 | 1.0000 BOX | 1.56 | |
| SUL-45302 SULLIVANS FLOSS #45302 | 1.0000 BOX | 1.56 | |
| SUL-45303 SULLIVANS FLOSS #45303 | 1.0000 BOX | 1.56 | |
| SUL-45304 SULLIVANS FLOSS #45304 | 1.0000 BOX | 1.56 | |

12/21/2017  11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Most Recent Cost | Valuation |
|---|---|---|---|
| SUL-45305 SULLIVANS FLOSS #45305 | 1.0000 BOX | 1.56 | |
| SUL-45306 SULLIVANS FLOSS #45306 | 1.0000 BOX | 1.56 | |
| SUL-45307 SULLIVANS FLOSS #45307 | 1.0000 BOX | 1.56 | |
| SUL-45308 SULLIVANS FLOSS #45308 | 1.0000 BOX | 1.56 | |
| SUL-45309 SULLIVANS FLOSS #45309 | 1.0000 BOX | 1.56 | |
| SUL-45310 SULLIVANS FLOSS #45310 | 1.0000 BOX | 1.56 | |
| SUL-45311 SULLIVANS FLOSS #45311 | 1.0000 BOX | 1.56 | |
| SUL-45312 SULLIVANS FLOSS #45312 | 1.0000 BOX | 1.56 | |
| SUL-45313 SULLIVANS FLOSS #45313 | 1.0000 BOX | 1.56 | |
| SUL-45314 SULLIVANS FLOSS #45314 | 1.0000 BOX | 1.56 | |
| SUL-45315 SULLIVANS FLOSS #45315 | 1.0000 BOX | 1.56 | |
| SUL-45317 SULLIVANS FLOSS #45317 | 1.0000 BOX | 1.56 | |
| SUL-45318 SULLIVANS FLOSS #45318 | 1.0000 BOX | 1.56 | |
| SUL-45320 SULLIVANS FLOSS #45320 | 1.0000 BOX | 1.56 | |
| SUL-45321 SULLIVANS FLOSS #45321 | 1.0000 BOX | 1.56 | |
| SUL-45322 SULLIVANS FLOSS #45322 | 1.0000 BOX | 1.56 | |
| SUL-45324 SULLIVANS FLOSS #45324 | 1.0000 BOX | 1.56 | |
| SUL-45325 SULLIVANS FLOSS #45325 | 1.0000 BOX | 1.56 | |
| SUL-45329 SULLIVANS FLOSS #45329 | 1.0000 BOX | 1.56 | |
| SUL-45331 SULLIVANS FLOSS #45331 | 1.0000 BOX | 1.56 | |
| SUL-45333 SULLIVANS FLOSS #45333 | 1.0000 BOX | 1.56 | |
| SUL-45334 SULLIVANS FLOSS #45334 | 1.0000 BOX | 1.56 | |
| SUL-45335 SULLIVANS FLOSS #45335 | 1.0000 BOX | 1.56 | |
| SUL-45336 SULLIVANS FLOSS #45336 | 1.0000 BOX | 1.56 | |
| SUL-45337 SULLIVANS FLOSS #45337 | 1.0000 BOX | 1.56 | |
| SUL-45338 SULLIVANS FLOSS #45338 | 1.0000 BOX | 1.56 | |
| SUL-45339 SULLIVANS FLOSS #45339 | 1.0000 BOX | 1.56 | |
| SUL-45340 SULLIVANS FLOSS #45340 | 1.0000 BOX | 1.56 | |
| SUL-45341 SULLIVANS FLOSS #45341 | 1.0000 BOX | 1.56 | |
| SUL-45342 SULLIVANS FLOSS #45342 | 1.0000 BOX | 1.56 | |
| SUL-45343 SULLIVANS FLOSS #45343 | 1.0000 BOX | 1.56 | |
| SUL-45344 SULLIVANS FLOSS #45344 | 1.0000 BOX | 1.56 | |
| SUL-45345 SULLIVANS FLOSS #45345 | 1.0000 BOX | 1.56 | |
| SUL-45346 SULLIVANS FLOSS #45346 | 1.0000 BOX | 1.56 | |
| SUL-45348 SULLIVANS FLOSS #45348 | 1.0000 BOX | 1.56 | |

12/21/2017 11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| SUL-45350 SULLIVANS FLOSS #45350 | 1.0000 BOX | 1.56 |
| SUL-45352 SULLIVANS FLOSS #45352 | 1.0000 BOX | 1.56 |
| SUL-45353 SULLIVANS FLOSS #45353 | 1.0000 BOX | 1.56 |
| SUL-45354 SULLIVANS FLOSS #45354 | 1.0000 BOX | 1.56 |
| SUL-45355 SULLIVANS FLOSS #45355 | 1.0000 BOX | 1.56 |
| SUL-45356 SULLIVANS FLOSS #45356 | 1.0000 BOX | 1.56 |
| SUL-45357 SULLIVANS FLOSS #45357 | 1.0000 BOX | 1.56 |
| SUL-45358 SULLIVANS FLOSS #45358 | 1.0000 BOX | 1.56 |
| SUL-45360 SULLIVANS FLOSS #45360 | 1.0000 BOX | 1.56 |
| SUL-45361 SULLIVANS FLOSS #45361 | 1.0000 BOX | 1.56 |
| SUL-45362 SULLIVANS FLOSS #45362 | 1.0000 BOX | 1.56 |
| SUL-45363 SULLIVANS FLOSS #45363 | 1.0000 BOX | 1.56 |
| SUL-45364 SULLIVANS FLOSS #45364 | 1.0000 BOX | 1.56 |
| SUL-45365 SULLIVANS FLOSS #45365 | 1.0000 BOX | 1.56 |
| SUL-45367 SULLIVANS FLOSS #45367 | 1.0000 BOX | 1.56 |
| SUL-45368 SULLIVANS FLOSS #45368 | 1.0000 BOX | 1.56 |
| SUL-45369 SULLIVANS FLOSS #45369 | 1.0000 BOX | 1.56 |
| SUL-45370 SULLIVANS FLOSS #45370 | 1.0000 BOX | 1.56 |
| SUL-45371 SULLIVANS FLOSS #45371 | 1.0000 BOX | 1.56 |
| SUL-45372 SULLIVANS FLOSS #45372 | 1.0000 BOX | 1.56 |
| SUL-45373 SULLIVANS FLOSS #45373 | 1.0000 BOX | 1.56 |
| SUL-45374 SULLIVANS FLOSS #45374 | 1.0000 BOX | 1.56 |
| SUL-45375 SULLIVANS FLOSS #45375 | 1.0000 BOX | 1.56 |
| SUL-45376 SULLIVANS FLOSS #45376 | 1.0000 BOX | 1.56 |
| SUL-45377 SULLIVANS FLOSS #45377 | 1.0000 BOX | 1.56 |
| SUL-45378 SULLIVANS FLOSS #45378 | 1.0000 BOX | 1.56 |
| SUL-45379 SULLIVANS FLOSS #45379 | 1.0000 BOX | 1.56 |
| SUL-45380 SULLIVANS FLOSS #45380 | 1.0000 BOX | 1.56 |
| SUL-45381 SULLIVANS FLOSS #45381 | 1.0000 BOX | 1.56 |
| SUL-45382 SULLIVANS FLOSS #45382 | 1.0000 BOX | 1.56 |
| SUL-45383 SULLIVANS FLOSS #45383 | 1.0000 BOX | 1.56 |
| SUL-45385 SULLIVANS FLOSS #45385 | 1.0000 BOX | 1.56 |
| SUL-45386 SULLIVANS FLOSS #45386 | 1.0000 BOX | 1.56 |
| SUL-45387 SULLIVANS FLOSS #45387 | 1.0000 BOX | 1.56 |
| SUL-45388 SULLIVANS FLOSS #45388 | 1.0000 BOX | 1.56 |

12/21/2017 11:53:38AM
Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| SUL-45389 SULLIVANS FLOSS #45389 | 1.0000 BOX | 1.56 |
| SUL-45390 SULLIVANS FLOSS #45390 | 1.0000 BOX | 1.56 |
| SUL-45391 SULLIVANS FLOSS #45391 | 1.0000 BOX | 1.56 |
| SUL-45392 SULLIVANS FLOSS #45392 | 1.0000 BOX | 1.56 |
| SUL-45394 SULLIVANS FLOSS #45394 | 1.0000 BOX | 1.56 |
| SUL-45398 SULLIVANS FLOSS #45398 | 1.0000 BOX | 1.56 |
| SUL-45399 SULLIVANS FLOSS #45399 | 1.0000 BOX | 1.56 |
| SUL-45400 SULLIVANS FLOSS #45400 | 1.0000 BOX | 1.56 |
| SUL-45401 SULLIVANS FLOSS #45401 | 1.0000 BOX | 1.56 |
| SUL-45402 SULLIVANS FLOSS #45402 | 1.0000 BOX | 1.56 |
| SUL-45403 SULLIVANS FLOSS #45403 | 1.0000 BOX | 1.56 |
| SUL-45404 SULLIVANS FLOSS #45404 | 1.0000 BOX | 1.56 |
| SUL-45405 SULLIVANS FLOSS #45405 | 1.0000 BOX | 1.56 |
| SUL-45406 SULLIVANS FLOSS #45406 | 1.0000 BOX | 1.56 |
| SUL-45407 SULLIVANS FLOSS #45407 | 1.0000 BOX | 1.56 |
| SUL-45408 SULLIVANS FLOSS #45408 | 1.0000 BOX | 1.56 |
| SUL-45409 SULLIVANS FLOSS #45409 | 1.0000 BOX | 1.56 |
| SUL-45410 SULLIVANS FLOSS #45410 | 1.0000 BOX | 1.56 |
| SUL-45411 SULLIVANS FLOSS #45411 | 1.0000 BOX | 1.56 |
| SUL-45412 SULLIVANS FLOSS #45412 | 1.0000 BOX | 1.56 |
| SUL-45413 SULLIVANS FLOSS #45413 | 1.0000 BOX | 1.56 |
| SUL-45414 SULLIVANS FLOSS #45414 | 1.0000 BOX | 1.56 |
| SUL-45415 SULLIVANS FLOSS #45415 | 1.0000 BOX | 1.56 |
| SUL-45417 SULLIVANS FLOSS #45417 | 1.0000 BOX | 1.56 |
| SUL-45418 SULLIVANS FLOSS #45418 | 1.0000 BOX | 1.56 |
| SUL-45420 SULLIVANS FLOSS #45420 | 1.0000 BOX | 1.56 |
| SUL-45421 SULLIVANS FLOSS #45421 | 1.0000 BOX | 1.56 |
| SUL-45422 SULLIVANS FLOSS #45422 | 1.0000 BOX | 1.56 |
| SUL-45423 SULLIVANS FLOSS #45423 | 1.0000 BOX | 1.56 |
| SUL-45424 SULLIVANS FLOSS #45424 | 1.0000 BOX | 1.56 |
| SUL-45426 SULLIVANS FLOSS #45426 | 1.0000 BOX | 1.56 |
| SUL-45427 SULLIVANS FLOSS #45427 | 1.0000 BOX | 1.56 |
| SUL-45428 SULLIVANS FLOSS #45428 | 1.0000 BOX | 1.56 |
| SUL-45429 SULLIVANS FLOSS #45429 | 1.0000 BOX | 1.56 |
| SUL-45430 SULLIVANS FLOSS #45430 | 1.0000 BOX | 1.56 |

12/21/2017  11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| SUL-45431 SULLIVANS FLOSS #45431 | 1.0000 **BOX** | 1.56 |
| SUL-45432 SULLIVANS FLOSS #45432 | 1.0000 **BOX** | 1.56 |
| SUL-45433 SULLIVANS FLOSS #45433 | 1.0000 **BOX** | 1.56 |
| SUL-45434 SULLIVANS FLOSS #45434 | 1.0000 **BOX** | 1.56 |
| SUL-45435 SULLIVANS FLOSS #45435 | 1.0000 **BOX** | 1.56 |
| SUL-45436 SULLIVANS FLOSS #45436 | 1.0000 **BOX** | 1.56 |
| SUL-45437 SULLIVANS FLOSS #45437 | 1.0000 **BOX** | 1.56 |
| SUL-45438 SULLIVANS FLOSS #45438 | 1.0000 **BOX** | 1.56 |
| SUL-45439 SULLIVANS FLOSS #45439 | 1.0000 **BOX** | 1.56 |
| SUL-45440 SULLIVANS FLOSS #45440 | 1.0000 **BOX** | 1.56 |
| SUL-45441 SULLIVANS FLOSS #45441 | 1.0000 **BOX** | 1.56 |
| SUL-45442 SULLIVANS FLOSS #45442 | 1.0000 **BOX** | 1.56 |
| SUL-45443 SULLIVANS FLOSS #45443 | 1.0000 **BOX** | 1.56 |
| SUL-45444 SULLIVANS FLOSS #45444 | 1.0000 **BOX** | 1.56 |
| SUL-45445 SULLIVANS FLOSS #45445 | 1.0000 **BOX** | 1.56 |
| SUL-45446 SULLIVANS FLOSS #45446 | 1.0000 **BOX** | 1.56 |
| SUL-45447 SULLIVANS FLOSS #45447 | 1.0000 **BOX** | 1.56 |
| SUL-45448 SULLIVANS FLOSS #45448 | 1.0000 **BOX** | 1.32 |
| SUL-45449 SULLIVANS FLOSS #45449 | 1.0000 **BOX** | 1.56 |
| SUL-45450 SULLIVANS FLOSS #45450 | 1.0000 **BOX** | 1.56 |
| SUL-45451 SULLIVANS FLOSS #45451 | 1.0000 **BOX** | 1.56 |
| SUL-45452 SULLIVANS FLOSS #45452 | 1.0000 **BOX** | 1.56 |
| SUL-45453 SULLIVANS FLOSS #45453 | 1.0000 **BOX** | 1.56 |
| SUL-45454 SULLIVANS FLOSS #45454 | 1.0000 **BOX** | 1.56 |
| SUL-45455 SULLIVANS FLOSS #45455 | 1.0000 **BOX** | 1.56 |
| SUL-45456 SULLIVANS FLOSS #45456 | 1.0000 **BOX** | 1.56 |
| SUL-45457 SULLIVANS FLOSS #45457 | 1.0000 **BOX** | 1.56 |
| SUL-45458 SULLIVANS FLOSS #45458 | 1.0000 **BOX** | 1.56 |
| SUL-45459 SULLIVANS FLOSS #45459 | 1.0000 **BOX** | 1.56 |
| SUL-45461 SULLIVANS FLOSS #45461 | 1.0000 **BOX** | 1.56 |
| SUL-45462 SULLIVANS FLOSS #45462 | 1.0000 **BOX** | 1.56 |
| SUL-45464 SULLIVANS FLOSS #45464 | 1.0000 **BOX** | 1.56 |
| SUL-45466 SULLIVANS FLOSS #45466 | 2.0000 **BOX** | 3.12 |
| SUL-45467 SULLIVANS FLOSS #45467 | 1.0000 **BOX** | 1.56 |
| SUL-45468 SULLIVANS FLOSS #45468 | 1.0000 **BOX** | 1.56 |

12/21/2017 11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| SUL-45469 SULLIVANS FLOSS #45469 | 1.0000 BOX | 1.56 |
| SUL-45470 SULLIVANS FLOSS #45470 | 1.0000 BOX | 1.56 |
| SUL-45472 SULLIVANS FLOSS #45472 | 1.0000 BOX | 1.56 |
| SUL-45473 SULLIVANS FLOSS #45473 | 1.0000 BOX | 1.56 |
| SUL-45474 SULLIVANS FLOSS #45474 | 1.0000 BOX | 1.56 |
| SUL-45475 SULLIVANS FLOSS #45475 | 1.0000 BOX | 1.56 |
| SUL-45476 SULLIVANS FLOSS #45476 | 1.0000 BOX | 1.56 |
| SUL-45477 SULLIVANS FLOSS #45477 | 1.0000 BOX | 1.56 |
| SUL-45478 SULLIVANS FLOSS #45478 | 1.0000 BOX | 1.56 |
| SUL-45479 SULLIVANS FLOSS #45479 | 1.0000 BOX | 1.32 |
| SUL-45480 SULLIVANS FLOSS #45480 | 1.0000 BOX | 1.56 |
| SUL-45481 SULLIVANS FLOSS #45481 | 1.0000 BOX | 1.56 |
| SUL-45482 SULLIVANS FLOSS #45482 | 1.0000 BOX | 1.56 |
| SUL-45483 SULLIVANS FLOSS #45483 | 1.0000 BOX | 1.56 |
| SUL-45484 SULLIVANS FLOSS #45484 | 1.0000 BOX | 1.56 |
| SUL-45490 SULLIVANS FLOSS #45490 | 1.0000 BOX | 1.32 |
| SUL-45491 SULLIVANS FLOSS #45491 | 1.0000 BOX | 1.56 |
| SUL-45492 SULLIVANS FLOSS #45492 | 1.0000 BOX | 1.56 |
| SUL-45493 SULLIVANS FLOSS #45493 | 1.0000 BOX | 1.56 |
| SUL-45494 SULLIVANS FLOSS #45494 | 1.0000 BOX | 1.56 |
| SUL-45495 SULLIVANS FLOSS #45495 | 1.0000 BOX | 1.32 |
| SUL-D35703 SULLIVANS OVERDYED FLOSS #35703 | 1.0000 BOX | 1.44 |
| SUL-D35706 SULLIVANS OVERDYED FLOSS #35706 | 2.0000 BOX | 2.88 |
| SUL-M44057 SULLIVANS METALLIC FLOSS #44057 | 1.0000 BOX | 3.36 |
| TAM-BB104-AG 3.5" STORK SCISSOR ANT GOLD W/SHEATH | 6.0000 EA | 18.00 |
| TAM-BB107-GM 3.5" FLORENTINE SCISSOR GUNMETAL | 6.0000 EA | 18.00 |
| TAM-BB121-GM 2.5" STRAIGHT SCISSOR GUNMETAL | 6.0000 EA | 18.00 |
| TAM-BB386-BK MICRO SNIPPER BLACK HANDLE W/SHEATH | 2.0000 EA | 10.00 |
| TAM-BB386-BL MICRO SNIPPER BLUE HANDLE W/SHEATH | 2.0000 EA | 10.00 |
| TAM-BB386-FBL MICRO SNIPPER BLUE FOAM HANDLE | 2.0000 EA | 10.00 |
| TAM-BB386-FPI MICRO SNIPPER PINK FOAM HANDLE | 2.0000 EA | 10.00 |
| TAM-BB386-FRE MICRO SNIPPER RED FOAM HANDLE | 2.0000 EA | 10.00 |
| TAM-BB386-PI MICRO SNIPPER PINK HANDLE W/SHEATH | 2.0000 EA | 10.00 |
| TAM-BB386-SS MICRO SNIPPER STAINLESS STEEL | 24.0000 EA | 120.00 |
| TUC-0006 TINY TUCKABLE - LT BLUE (D) | 11.0000 EA | 26.40 |

12/21/2017 11:53:38AM
I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| TUC-0009 TINY TUCKABLE - SPRING PINK (D) | 2.0000 EA | 4.80 |
| WDW-01086 ICICLE #1086 - WEEKS 6 STRAND FLOSS (D-I) | 8.0000 EA | 8.00 |
| WDW-01107 CATTAIL #1107 - WEEKS 6 STRAND FLOSS (D-I) | 1.0000 EA | 1.00 |
| WDW-01108 HONEYSUCKLE #1108 - WEEKS 6 STRAND | 1.0000 EA | 1.00 |
| WDW-01109 ANGEL HAIR #1109 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01111 FAWN #1111 - WEEKS 6 STRAND FLOSS | 2.0000 EA | 2.00 |
| WDW-01114 LEMONADE #1114 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01123 CORNSILK #1123 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01131 PEACH #1131 - WEEKS 6 STRAND FLOSS | 5.0000 EA | 5.00 |
| WDW-01133 CONCH #1133 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01171 DOVE #1171 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01193 GUACAMOLE #1193 - WEEKS 6 STRAND FLOSS | 9.0000 EA | 9.00 |
| WDW-01198 LONDON FOG #1198 - WEEKS 6 STRAND FLOSS | 2.0000 EA | 2.00 |
| WDW-01201 PUTTY #1201 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01226 BUTTERSCOTCH #1226 - WEEKS 6 STRAND | 6.0000 EA | 6.00 |
| WDW-01230 HAVANA #1230 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01233 COCOA #1233 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01266 CAPER #1266 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01269 CHESTNUT #1269 - WEEKS 6 STRAND FLOSS | 3.0000 EA | 3.00 |
| WDW-01276 BLUE SPRUCE #1276 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01299 PORPOISE #1299 - WEEKS 6 STRAND FLOSS | 4.0000 EA | 4.00 |
| WDW-01307 AMERICANA #1307 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-01336 RASPBERRY #1336 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-02102 FATHOM #2102 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-02104 DEEP SEA #2104 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-02149 PEACOCK #2149 - WEEKS 6 STRAND FLOSS | 2.0000 EA | 2.00 |
| WDW-02181 CACTUS #2181 - WEEKS 6 STRAND FLOSS (D-I) | 1.0000 EA | 1.00 |
| WDW-02219 WHISKEY #2219 - WEEKS 6 STRAND FLOSS | 4.0000 EA | 4.00 |
| WDW-02243 CANTALOUPE #2243 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-02245 GRAPEFRUIT #2245 - WEEKS 6 STRAND FLOSS | 2.0000 EA | 2.00 |
| WDW-02256 ADOBE #2256 - WEEKS 6 STRAND FLOSS | 3.0000 EA | 3.00 |
| WDW-02269 LIBERTY #2269 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-02286 THISTLE #2286 - WEEKS 6 STRAND FLOSS (D-I) | 3.0000 EA | 3.00 |
| WDW-02333 PEORIA PURPLE #2333 - WEEKS 6 STRAND | 1.0000 EA | 1.00 |
| WDW-02339 BLUE BONNET #2339 - WEEKS 6 STRAND FLOSS | 2.0000 EA | 2.00 |

12/21/2017 11:53:38AM

Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| WDW-04101 TRICK OR TREAT #4101 - WEEKS 6 STRAND | 1.0000 EA | 1.00 |
| WDW-04111 LUCKY #4111 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-04125 SNOWFLAKE #4125 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-04133 OLD GLORY #4133 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-04139 BETHLEHEM #4139 - WEEKS 6 STRAND FLOSS | 1.0000 EA | 1.00 |
| WDW-04143 CALYPSO #4143 - WEEKS 6 STRAND FLOSS | 6.0000 EA | 6.00 |
| WDW-04145 AZALEAS #4145 - WEEKS 6 STRAND FLOSS | 2.0000 EA | 2.00 |
| WDW-04149 BEACHCOMBER #4149 - WEEKS 6 STRAND | 1.0000 EA | 1.00 |
| WDW-06650 BUTTERCUP #6650 - WEEKS 6 STRAND FLOSS | 6.0000 EA | 6.00 |
| WDW-2108A SHEPARD'S BLUE #2108A - WEEKS 6 STRAND | 33.0000 EA | 33.00 |
| WDW-2268A CANDY APPLE #2268A - WEEKS 6 STRAND | 2.0000 EA | 2.00 |
| WDW-32156 HUNTER #32156 - WEEKS #3 PEARL | 3.0000 EA | 4.32 |
| WDW-51313 PURPLE HAZE #51313 - WEEKS #5 PEARL | 1.0000 EA | 1.44 |
| WDW-51331 BRICK #51331 - WEEKS #5 PEARL | 1.0000 EA | 1.44 |
| WDW-52171 EMERALD #52171 - WEEKS #5 PEARL (D-I) | 1.0000 EA | 1.40 |
| WDW-52201 MOSS #52201 - WEEKS #5 PEARL | 1.0000 EA | 1.44 |
| WDW-L20-1332 20CT WEEKS LINEN - #1332 RED PEAR | 0.5000 YD | 20.40 |
| WDW-L35-1304 35CT WEEKS LINEN - ONYX #1304 | 0.5000 YD | 16.95 |
| WDW-L35-2196 35CT WEEKS LINEN - SCUPPERNONG #2196 | 0.5000 YD | 16.95 |
| WDW-L35-2200 35CT WEEKS LINEN - KUDZU #2200 | 2.0000 YD | 67.80 |
| WDW-WF1155-GP BLUE HERON WOOL GLEN PLAID (SO) (D-I) | 1.0000 EA | 12.00 |
| WDW-WF1269-HT CHESTNUT WOOL HOUNDSTOOTH | 1.0000 EA | 12.00 |
| WDW-WF1282 OCEAN WOOL FABRIC - FAT QUARTER | 1.0000 EA | 10.40 |
| WDW-WF1329-HT BLACKBERRY WOOL HOUNDSTOOTH | 1.0000 EA | 8.80 |
| WDW-WF1333-HB LANCASTER RED WOOL HERRINGBONE | 1.0000 EA | 12.00 |
| WDW-WF1339-HB BORDEAUX WOOL HERRINGBONE | 1.0000 EA | 12.00 |
| WDW-WF2104-HT DEEP SEA WOOL HOUNDSTOOTH | 1.0000 EA | 12.00 |
| WDW-WF2129-HB ROBINS EGG WOOL HERRINGBONE | 1.0000 EA | 12.00 |
| WDW-WF2217-HB LEMON CHIFFON WOOL HERRINGBONE | 1.0000 EA | 7.20 |
| WDW-WF2219-HT WHISKEY WOOL HOUNDSTOOTH | 1.0000 EA | 11.20 |
| WDW-WF2263 BEGONIA WOOL FABRIC - FAT QTR (D-I) | 1.0000 EA | 10.40 |
| WDW-WF2266A-HT LOUISIANA HOT SAUCE(A) | 1.0000 EA | 12.00 |
| WL-302-003 (D)2" PAIR W/CORD XMAS RED | 2.0000 EA | 3.80 |
| WL-302-004 (D)2" PAIR W/CORD XMAS GREEN | 2.0000 EA | 3.80 |
| WL-303-003 (D)3" PAIR W/CORD XMAS RED | 4.0000 EA | 8.00 |

12/21/2017  11:53:38AM
Norden Crafts, Ltd.

I/C Item Valuation (ICVALU01)

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation Most Recent Cost |
|---|---|---|
| WL-303-009 (D)3" PAIR W/CORD BLACK | 1.0000 EA | 1.99 |
| WL-303-010 (D)3" PAIR W/CORD METALLIC GOLD | 2.0000 EA | 3.98 |
| WL-307-008 (D)7" PAIR W/CORD WHITE | 1.0000 EA | 2.47 |
| WL-309-004 (D)9" PAIR W/CORD XMAS GREEN | 1.0000 EA | 2.60 |
| ZE-1008-43001 HARDANGER WHITE *< | 1.0000 YD | 11.20 |
| ZE-1008-43095 HARDANGER BLACK (ND) | 0.2000 YD | 2.23 |
| ZE-103-133 FINE ARIOSA NEEDLEWORK IDEAS BOOK (ND) | 2.0000 EA | 7.42 |
| ZE-1282-40010 BROWN ORANGE MONO CANVAS 10M 40" < | 2.0000 YD | 32.20 |
| ZE-1282-40013 BROWN ORANGE MONO CANVAS 13M 40"* < | 1.6000 YD | 25.76 |
| ZE-1282-40018 BROWN ORANGE MONO CANVAS 18M 40"* < | 2.0000 YD | 32.20 |
| ZE-1840-57099 TERESA CLOTH 14C CREAM (D-I) | 0.2000 YD | 4.49 |
| ZE-1896-55101 TANNENBAUM 18C ANTIQUE WHITE (D) | 0.3000 YD | 6.74 |
| ZE-1898-012 WESTERLAND TABLETOPPER EGGSHELL (D-I) | 2.0000 EA | 33.90 |
| ZE-3251-43550 AIDA 16C ICE BLUE *< | 1.9000 YD | 23.62 |
| ZE-3270-55505 28C LUGANA LAVENDER BLISS (ND) | 0.2000 YD | 3.29 |
| ZE-3281-55052 CASHEL 28C FLAX *< | 1.0000 YD | 25.20 |
| ZE-3281-552089 CASHEL 28C OPAL/YELLOW DUST (ND) | 0.1000 YD | 2.92 |
| ZE-3322-55101 VIENNA 22CT ANT WHITE (D-I) | 0.1000 YD | 1.68 |
| ZE-3340-55100 CORK 19C WHITE *< | 0.8000 YD | 24.64 |
| ZE-3340-55101 CORK 19C ANTIQUE WHITE *< | 3.1000 YD | 95.48 |
| ZE-3609-55018 BELFAST 32C GOLD/RAW | 1.0000 YD | 28.70 |
| ZE-3609-55100 BELFAST 32C WHITE *< | 0.4000 YD | 10.64 |
| ZE-3609-553009 BELFAST 32C VINTAGE COUNTRY MOCHA *< | 1.0000 YD | 28.70 |
| ZE-3609-55346 BELFAST 32C WILLOW GREEN < | 1.5000 YD | 39.90 |
| ZE-3609-55615 BELFAST 32C MIRACLE MINT (D-I) | 0.1000 YD | 2.45 |
| ZE-3706-43118 AIDA 14C GOLD/CREAM (SO) *< | 2.9000 YD | 59.89 |
| ZE-3706-43264 AIDA 14C IVORY *< | 0.8000 YD | 9.94 |
| ZE-3793-439021 AIDA 18C PUMPKIN SPICE (D-I) | 0.1000 YD | 1.39 |
| ZE-3835-55264 25C LUGANA IVORY *< | 1.0000 YD | 19.60 |
| ZE-3882-55906 KLOSTERN 7C VICTORIAN RED (D-I) | 0.9000 YD | 16.97 |
| ZE-3991-555139 TULA 10C VINTAGE BLUE WHISPER (ND) | 0.1000 YD | 2.10 |
| ZE-3993-55100 QUAKER 28C WHITE *< | 1.0000 YD | 21.00 |
| ZE-3993-55222 QUAKER 28C CREAM *< (D-I) | 0.1000 YD | 2.10 |
| ZE-3998-55053 FLOBA 14C OATMEAL (D-I) | 0.4000 YD | 8.38 |
| ZE-500-24012 WASTE CANVAS 12M 24" | 0.2000 YD | 0.97 |

12/21/2017 11:53:38AM

I/C Item Valuation (ICVALU01)

Norden Crafts, Ltd.

| Item Number / Description | Quantity Stocking On Hand Unit | Valuation — Most Recent Cost |
|---|---|---|
| ZE-500-24075 WASTE CANVAS 7.5M 24" (D-I) | 0.3000 YD | 1.46 |
| ZE-7003-003 BANDING 16C (S) IVORY *< (SO) | 6.2000 YD | 8.49 |
| ZE-7195-011 BANDING 16C ANTIQUE WHITE *(ND) | 0.4000 YD | 1.47 |
| ZE-7272-011 BANDING 24C LINEN WHITE (SO) | 2.0000 YD | 9.80 |
| ZE-7273-016 BANDING 24C LINEN GREEN/WHITE | 2.5000 YD | 14.90 |
| ZE-7273-034 BANDING 24C LINEN MAUVE/NATURAL (ND) | 0.9000 YD | 5.36 |
| ZE-7273-053 BANDING 24C LINEN NATURAL < | 9.3000 YD | 58.59 |
| ZE-7563-57001 ANNE CLOTH-ACRYLIC-WHITE * | 1.2000 YD | 19.27 |
| ZE-7563-57041 ANNE CLOTH-ACRYLIC-WHITE/PINK (ND) | 0.8000 YD | 13.41 |
| ZE-7563-57372 ANNE CLOTH-ACRYLIC-TAUPE (SO | 1.7000 YD | 28.49 |
| ZE-7563-57688 ANNE CLOTH-ACRYLIC-LT TEAL (SO) | 0.6000 YD | 10.06 |
| ZE-7666-551269 BELFAST 32C CARRE ANT. WHITE W/ RED | 1.0000 YD | 28.70 |
| ZE-9281-40016 16M 40" WHITE ORANGE LINE MONO CANVAS | 2.0000 YD | 30.10 |
| ZE-9281-40427 18 MESH MONO 40" - OVERDYED LOVERLY | 1.0000 YD | 21.67 |
| ZE-9281-40670 18 MESH MONO 40" - SANTE FE SAGE < (D-I) | 0.1000 YD | 1.68 |
| ZE-9281-54014 14M 54" WHITE ORANGE LINE MONO CANVAS | 8.0000 YD | 162.40 |
| | Grand Total: | 16,070.63 |

1,164 items printed

**Fill in this information to identify the case:**

Debtor name  **Norden Crafts LTD**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

---

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 1 of 1

**Fill in this information to identify the case:**

Debtor name    **Norden Crafts LTD**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $151.00 |
| --- | --- | --- | --- |

**Abby Rose Designs**
**11099 Sierra Avenue**
**La Feria, TX 78559**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$151.00

| 3.2 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**All Thorugh The Night**
**1476 Ewald Ave SE**
**Salem, OR 97302**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$979.00

| 3.3 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Alvin & Company Inc.**
**PO Box 188**
**Windsor, CT 06095**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$1,193.00

| 3.4 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**American Express**
**Box 0001**
**Los Angeles, CA 90096-8000**

Date(s) debt was incurred  **2007-2017**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

$24,160.78

| Debtor | **Norden Crafts LTD** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$716.00** |
|---|---|---|---|

**AMTrust North America Inc.**
**PO Box 6939**
**Cleveland, OH 44101-1939**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$352.00** |
|---|---|---|---|

**Annalee Waite Designs**
**5161 San Felipe**
**Houston, TX 77056**

Date(s) debt was incurred  **2012**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,909.00** |
|---|---|---|---|

**Artful Offerings**
**15 Old Hickhory Rd**
**Tyngsborough, MA 01879-2434**

Date(s) debt was incurred  **2013**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,935.00** |
|---|---|---|---|

**Aury TM Designs**
**1265 Burningbush Ct.**
**Temperance, MI 48182**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,770.00** |
|---|---|---|---|

**Bank of America**
**P.O. Box 15796**
**Wilmington, DE 19886-5796**

Date(s) debt was incurred  **2007**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,434.00** |
|---|---|---|---|

**Bank of America**
**PO Box 37271**
**Baltimore, MD 21297-3271**

Date(s) debt was incurred  **2007**

Last 4 digits of account number  **7768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,383.00** |
|---|---|---|---|

**Bank of America**
**PO Box 851001**
**Dallas, TX 75285**

Date(s) debt was incurred  **2012**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Norden Crafts LTD** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |
|---|---|---|---|

**Bea Brock Designs**
**409 Woodcrest Dr.**
**Kerrville, TX 78028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2010**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,993.00** |
|---|---|---|---|

**Bent Creek Inc.**
**1262 West 112 Dr.**
**Jenks, OK 74037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,045.00** |
|---|---|---|---|

**Blackberry Lane Designs LLC**
**1101 Spain Dr.**
**Petersburg, VA 23805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,681.00** |
|---|---|---|---|

**Blackbird Designs**
**11065 W. 175 th St,**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2009**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$724.00** |
|---|---|---|---|

**Blue Ribbon Design LLC**
**413 29th St.**
**West Des Moines, IA 50265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2008**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,372.00** |
|---|---|---|---|

**Bohin France**
**Saint Sulprice Sur Risle**
**L'Aigle 61300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.00** |
|---|---|---|---|

**Briar Cottage Studio**
**2330 Wyland Ave**
**Allison Park, PA 15101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Norden Crafts LTD** | Case number (*if known*) | |
|---|---|---|---|

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Brittercup Designs**
**11395 Forty Corners Rd. NW**
**Massillon, OH 44647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2009**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.00** |
|---|---|---|---|

**Bush Mountains Designs**
**87 West Brookfield Rd.**
**North Brookfield, MA 01535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,966.00** |
|---|---|---|---|

**Business Card Platnium P**
**Po Box 15710**
**Wilmington, DE 19886-5710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Credit card**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,679.00** |
|---|---|---|---|

**Business Card Platnium P**
**Po Box 15710**
**Wilmington, DE 19886-5710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2007**

Basis for the claim:  **Credit card**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Buttermilk Basin**
**2630 Clearview Ave**
**Mounds View, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2008**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$271.00** |
|---|---|---|---|

**By The Bay Needleart**
**341 York St.**
**York, ME 03909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176.00** |
|---|---|---|---|

**C Street Sampleworks**
**108 C Street**
**La Porte, IN 46350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2010**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Norden Crafts LTD | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,844.66** |
|---|---|---|---|

**Capital One, F.S.B.**
**PO Box 6492**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Credit card**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,805.00** |
|---|---|---|---|

**Cardmember Service**
**PO Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Credit card**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,361.00** |
|---|---|---|---|

**Cedar Hill Designs**
**175 East Alex Bell Rd.**
**Centerville, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,255.00** |
|---|---|---|---|

**Cherished Stitches Designs**
**1310 Westridge Rd**
**Greensboro, NC 27410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,909.00** |
|---|---|---|---|

**Cherry Hill Stitchery**
**1495 N 330 W**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,981.00** |
|---|---|---|---|

**CitiBusiness Card**
**P.O. Box 78045**
**Phoenix, AZ 85062-8045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Credit card**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.00** |
|---|---|---|---|

**Coats and Clark**
**601 Holly Dr.**
**Albany, GA 31705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Norden Crafts LTD** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$338.00**

**Comcast Cable**
**Processing Center 27**
**PO Box 55126**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014__

Basis for the claim:  __Telecommunications__

Last 4 digits of account number  __0497__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$579.00**

**ComEd**
**3 Lincoln Center**
**ATTN: Bankruptcy Claims Dept**
**Oak Brook Terrace, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2003__

Basis for the claim:  __Utility__

Last 4 digits of account number  __0497__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,935.00**

**Consorzio Premax**
**23834 Premana (LC)**
**Via Giabbio Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016__

Basis for the claim:  __Supplies__

Last 4 digits of account number  __0497__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,809.00**

**Cottage Garden Samplings**
**No. 12A Jalan ChempahUEP Subang Jay**
**Tanamera, Selangor 476550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2012__

Basis for the claim:  __Supplies__

Last 4 digits of account number  __0497__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00**

**Country & Colonial Stitches**
**Po Box 403**
**202 Drinkwater Rd.**
**Hampton Falls, NH 03844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2010__

Basis for the claim:  __Suppliers__

Last 4 digits of account number  __0497__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,014.00**

**Country Cottage Needleworks**
**1669 W. Chimayo Pl.**
**Tucson, AZ 85704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2013__

Basis for the claim:  __Supplies__

Last 4 digits of account number  __0497__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$162.00**

**Country Garden Stitchery**
**2633 Elizabeth Parkway**
**Fallon, NV 89406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2010__

Basis for the claim:  __Supplies__

Last 4 digits of account number  __0497__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Norden Crafts LTD** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,375.00** |
|---|---|---|---|

**Coutney Collections**
**2523 S. Rocking Horse Ln.**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,470.00** |
|---|---|---|---|

**Craftline**
**49 W. Peachtree St.**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,959.00** |
|---|---|---|---|

**Cross-Eyed Cricket Inc.**
**Box 6367**
**Chesterfield, MO 63006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2008**

**Basis for the claim:** **Suppliers**

Last 4 digits of account number **0497**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,350.00** |
|---|---|---|---|

**D&D Development LLC**
**655 Lunt Ave**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

**Basis for the claim:** **Property Lease**

Last 4 digits of account number **orse**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$286.00** |
|---|---|---|---|

**Dames of the Needles**
**2940 Hohnson Ferry Rd.**
**Suite B 337**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,557.00** |
|---|---|---|---|

**Debbee's Designs**
**27 White Oak Dr.**
**Conway, AR 72034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2008**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$101.00** |
|---|---|---|---|

**Doodledog Primitivies**
**11123 Hilton Ave**
**La Plata, MO 63549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Norden Crafts LTD** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,396.00** |
|---|---|---|---|

**Dutch Treat Design**
PO Box 8214
Catalina, AZ 85738

Date(s) debt was incurred **2016**

Last 4 digits of account number **0497**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$307.00** |
|---|---|---|---|

**East Side Moldings**
2987 State Route 25
Millersburg, PA 17061

Date(s) debt was incurred **2015**

Last 4 digits of account number **0497**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,171.16** |
|---|---|---|---|

**Erica Michaels**
344 Wells Ct
Clarksville, TN 37043

Date(s) debt was incurred **2009**

Last 4 digits of account number **0497**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$899.00** |
|---|---|---|---|

**Ewe & Eye Friends**
7912 East Brainerd Rd.
Chattanooga, TN 37421

Date(s) debt was incurred **2007**

Last 4 digits of account number **0497**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,297.00** |
|---|---|---|---|

**Fabric Flair**
105 Church street
Ware, MA 01082

Date(s) debt was incurred **2013**

Last 4 digits of account number **0497**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |
|---|---|---|---|

**Fancy Work**
4233 Glenforest Way
Roswell, GA 30075

Date(s) debt was incurred **2013**

Last 4 digits of account number **0497**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$922.00** |
|---|---|---|---|

**Fedex**
PO Box 94515
Palatine, IL 60095

Date(s) debt was incurred **2008**

Last 4 digits of account number **0497**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Norden Crafts LTD** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$273.00** |

**Fiddlestix Designs**
**402 10th St.**
**Dallas Center, IA 50063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17.00** |

**Finger Work**
**2940 Johnson Ferry Rd.**
**Suite B 337**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$658.00** |

**Fireside Originals**
**2083 Tamarin Dr.**
**Columbus, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,826.00** |

**Fleur De Paris**
**2860 N. Ontario**
**Burbank, CA 91504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$287.00** |

**Foust Textiles**
**608 Canterbury Rd**
**PO Box 576**
**Kings Mountain, NC 28086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |

**Fox Valley Fire & Safety**
**2730 Pinnacie Dr.**
**Elgin, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,027.00** |

**Foxwood Crossings**
**3325 Butler St.**
**Pigeon Forge, TN 37863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  **Norden Crafts LTD**
_____
Name

Case number *(if known)* _____

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |
|---|---|---|---|

**Frank A Edmunds & Co Inc.**
6111 S. Sayre Ave.
Chicago, IL 60638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,071.00** |
|---|---|---|---|

**From Nancy's Needle**
3502 Meadow Lane
Rockford, IL 61107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

**Basis for the claim:  Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$903.00** |
|---|---|---|---|

**From The Heart, Needleart By Wendy**
1425 Lowell Dr.
Idaho Falls, ID 83402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

**Basis for the claim:  Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$910.00** |
|---|---|---|---|

**GHI Inc.**
305 Wildberry Ct.
Suite B-1
Schaumburg, IL 60193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:  Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$738.00** |
|---|---|---|---|

**Glendon Place**
4317 Glendon Place
Valrico, FL 33596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2009**

**Basis for the claim:  Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.00** |
|---|---|---|---|

**Glissen Gloss Fibers**
307 NW Kerron St.
Winlock, WA 98596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

**Basis for the claim:  Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,721.00** |
|---|---|---|---|

**Gloriana Threads**
PO Box 83
Woodinville, WA 98072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:  Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Norden Crafts LTD** | Case number (*if known*) | |
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,062.00** |
|---|---|---|---|

**GM Business Card**
Po Box 29019
Phoenix, AZ 85038-9019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2005**

Basis for the claim:  **Credit card**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,902.00** |
|---|---|---|---|

**Guilia Punti Antichi Designs**
Via Palestro 16
54100 Massa, Italy

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2008**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,240.00** |
|---|---|---|---|

**Hands on Design**
2400 Apache Dr.
Sioux City, IA 51104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Heartstring Samplery**
PO Box 1303
Sandy, OR 97055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$984.00** |
|---|---|---|---|

**Historic Stiches**
2770 Carillon Crossing
Marietta, GA 30066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2008**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,214.00** |
|---|---|---|---|

**Homespun Elegance Ltd.**
104 Holly Circle
Fredericksburg, VA 22405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00** |
|---|---|---|---|

**Iciniti Corporation**
291 King St. Suite 710
London, ON N6B1R8

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Norden Crafts LTD** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,655.00** |
|---|---|---|---|

**Ink Circles**
**4436 Melinda Dr.**
**West Richland, WA 99353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2010**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106.00** |
|---|---|---|---|

**Jack Douda**
**140 Oak Land Dr.**
**Troy, IL 62294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2007**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,455.00** |
|---|---|---|---|

**Jeannette Douglas Designs**
**708 Coach Bluff Crescent SW**
**Calgary, Alberta T3H 1A8 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John S. Biallas**
**3N 918 Sunrise Ln**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Notice only attorney for Kremesmery Properties**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John S. Biallas**
**3N918 Sunrise Ln**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **notice only**
**attorney for D&D Development**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.79** |
|---|---|---|---|

**Just Another Button Company**
**116 W. Market St.**
**Troy, IL 62294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,112.00** |
|---|---|---|---|

**K'S Creations**
**PO Box 161446**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Norden Crafts LTD** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$477.00** |
|---|---|---|---|

**Kathy Barrick**
**122 West Crestlyn Dr. .**
**York, PA 17408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,284.00** |
|---|---|---|---|

**Keepsake Stitches Designs**
**13346 W. Bellflower Dr.**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2009**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657.00** |
|---|---|---|---|

**Kit & Bixby**
**5208 Everhard Rd.**
**Apt. 3**
**Canton, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00** |
|---|---|---|---|

**Knotted Tree Needleart**
**1728 SW 3rd St**
**Pendleton, OR 97801-9441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$615.00** |
|---|---|---|---|

**Kreinik MFG**
**PO Box 1966**
**Parkersburg, WV 26102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kresmery Properties LLC**
**PO Box 671**
**Elgin, IL 60121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Notice only**

Last 4 digits of account number  **orse**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,132.00** |
|---|---|---|---|

**LA-D-DA**
**1226 Cleveland Ave.**
**Racine, WI 53405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2008**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Norden Crafts LTD** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,556.00 |
|---|---|---|---|

**Laura J. Perin**
**112 Witeria Circle**
**Cloverdale, CA 95425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2010**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $743.00 |
|---|---|---|---|

**Libeco Lagae Linen**
**230 Fifth Ave**
**Suite 1300**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,273.00 |
|---|---|---|---|

**Lindsay Lane Designs**
**2104 Lindsay Dr.**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2013**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|---|---|---|---|

**Little By Little**
**14610 Huntersville Concord Rd.**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2009**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Little House Needleworks**
**3321 W. Cinnamon Dr.**
**Tucson, AZ 85741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2008**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|

**Long & Short Productions**
**2339 N. Oak St.**
**Falls Church, VA 22046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,876.00 |
|---|---|---|---|

**Madame Chantilly Cross Stitch**
**Via Roma, 5**
**Cerrina, AL 15020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Supplies**

Last 4 digits of account number **0497**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Norden Crafts LTD** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.96** | Nonpriority creditor's name and mailing address

**Mandi Di Donna**
**Via S Pincherle 120**
**Rome, 00146 Italy**

Date(s) debt was incurred __2014__

Last 4 digits of account number __0497__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$1,837.00**

---

**3.97** | Nonpriority creditor's name and mailing address

**Merry Wind Farm**
**4831 Rudy Rd.**
**Tipp City, OH 45371**

Date(s) debt was incurred __2016__

Last 4 digits of account number __0497__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$44.00**

---

**3.98** | Nonpriority creditor's name and mailing address

**Midnight Stitching**
**4429 NE 72ND St.**
**Walton, KS 67151**

Date(s) debt was incurred __2008__

Last 4 digits of account number __0497__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$738.00**

---

**3.99** | Nonpriority creditor's name and mailing address

**Milady's Needle**
**16615 W. Roosevelt St.**
**Goodyear, AZ 85338**

Date(s) debt was incurred __2011__

Last 4 digits of account number __0497__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$177.00**

---

**3.100** | Nonpriority creditor's name and mailing address

**Mosey 'N Me**
**Po Box 1347**
**Katy, TX 77492-1347**

Date(s) debt was incurred __2008__

Last 4 digits of account number __0497__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$1,132.00**

---

**3.101** | Nonpriority creditor's name and mailing address

**Myrtle Grace Motifs**
**103 North Cedar Rd**
**New Lenox, IL 60451**

Date(s) debt was incurred __2016__

Last 4 digits of account number __0497__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$361.00**

---

**3.102** | Nonpriority creditor's name and mailing address

**Needle Bling Designs**
**766 North Bend**
**Amery, WI 54001**

Date(s) debt was incurred __2017__

Last 4 digits of account number __0497__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$709.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Norden Crafts LTD** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,334.00** |
|---|---|---|---|

**Needle Delights Originals**
**4129 Argenta Way**
**Pensacola, FL 32504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$162.00** |
|---|---|---|---|

**Needlemade Designs**
**2115 W. Shawnee Dr.**
**Chandler, AZ 85224-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,793.00** |
|---|---|---|---|

**Needlework Press**
**23819 S. 150 th St.**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,620.00** |
|---|---|---|---|

**Needlework Retailer**
**117 Alexander Ave**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$462.00** |
|---|---|---|---|

**Neofunds By Neopost**
**PO Box 30193**
**Tampa, FL 33630-3193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,312.00** |
|---|---|---|---|

**NiCor**
**Correspondence/Bankruptcy**
**PO Box 190**
**Aurora, IL 60507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Utility**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$303.00** |
|---|---|---|---|

**Northern Pine Design**
**510 Cherriman Rd Po Box 141**
**Noelville, Ontario P0M 2N0 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Norden Crafts LTD** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.00 |
|---|---|---|---|

**3.110**

Nonpriority creditor's name and mailing address

**Noteworthy Needle**
**9 Marion Dr.**
**Highland Lakes, NJ 07422**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*            **$261.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.111**

Nonpriority creditor's name and mailing address

**Piecemakers**
**2011 B Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2008**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*            **$440.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.112**

Nonpriority creditor's name and mailing address

**Pine Mountain Design**
**260 W Bubbling Brook Ln**
**Draper, UT 84020**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*            **$416.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.113**

Nonpriority creditor's name and mailing address

**Pineberry Lane**
**1082 43rd St.**
**Caledonia, WI 53108**

Date(s) debt was incurred  **2012**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*            **$352.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.114**

Nonpriority creditor's name and mailing address

**Poppy Kreations**
**5905 SW 14th St.**
**Des Moines, IA 50315**

Date(s) debt was incurred  **2012**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*            **$4,411.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.115**

Nonpriority creditor's name and mailing address

**Praiseworthy Stitches**
**PO Box 781**
**Dallas, NC 28034-4000**

Date(s) debt was incurred  **2008**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*            **$1,081.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.116**

Nonpriority creditor's name and mailing address

**Primitive Traditions**
**286 Oak Lane**
**Gettysburg, PA 17325**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*            **$1,799.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Norden Crafts LTD** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,489.00** |
|---|---|---|---|

**Queenstown Sampler Designs**
**284 Wye Knot Ct.**
**Queenstown, MD 21658**

Date(s) debt was incurred  **2010**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$277.00** |
|---|---|---|---|

**Quench**
**780 5th Ave**
**Suite 200**
**King of Prussia, PA 19406**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
|---|---|---|---|

**Quill Corporation**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$526.00** |
|---|---|---|---|

**Romancing The Past**
**20502 NE Interlachen Ln.**
**Fairview, OR 97024**

Date(s) debt was incurred  **2014**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,195.00** |
|---|---|---|---|

**Rosewood Manor**
**500 Gulf Shore Rd.**
**#220**
**Destin, FL 32541**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.00** |
|---|---|---|---|

**Rustic Country Handcrafts**
**66 Powwow River Rd**
**East Kingston, NH 03827**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$391.00** |
|---|---|---|---|

**Samplers Not Forgotten**
**39W235 Longmeadow Ln**
**Saint Charles, IL 60175**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Norden Crafts LTD** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$581.00**

**Samplers Remembered**
**3553 N. 159th Lane**
**Goodyear, AZ 85395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.00**

**Samplers Revisited**
**6 Cedar Grove Court**
**Ocean View, DE 19970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,719.00**

**Samsarah Design Studio**
**140 Oak Land Dr.**
**Troy, IL 62294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00**

**Scattered Seed Samplers**
**W4253 County Road B**
**West Salem, WI 54669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00**

**Scissortail Designs**
**6528 E. 101st St.**
**Ste D-1 #263**
**Tulsa, OK 74133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$641.00**

**Serenity Stitches Designs**
**80 Heyburn Rd.**
**Chadds Ford, PA 19317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00**

**Shakespeare's Peddler**
**6102 US 98 #6**
**Hattiesburg, MS 39402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Norden Crafts LTD** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,798.00 |
|---|---|---|---|

**Sheperd's Bush Printworks**
**220 24th St.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2008**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,957.00 |
|---|---|---|---|

**Silver Creek Samplers**
**2289 Silver Creek Samplers**
**Montrose, PA 18801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.00 |
|---|---|---|---|

**Stitchy Kitty**
**PO Box 355**
**Scarborough, ME 04070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2010**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.00 |
|---|---|---|---|

**Sudberry House, LLC**
**24 West Main St. Suite #101**
**Clinton, CT 06413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,977.00 |
|---|---|---|---|

**Sue Hillis Designs**
**8205 Vine st.**
**Cincinnati, OH 45216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**Sullivans USA Inc.**
**4341 Middaugh Ave**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.00 |
|---|---|---|---|

**Summer House Stitche Workes**
**483 Woodcrest Dr.**
**Mechanicsburg, PA 17050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Norden Crafts LTD** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,647.00** |
|---|---|---|---|

**T A Smith Designs**
**7455 Fawn Lak DR NE**
**Stacy, MN 55079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,973.00** |
|---|---|---|---|

**Teresa Kogut Inc.**
**9109 Slyker Rd.**
**Otisville, MI 48463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.00** |
|---|---|---|---|

**Teresa Layman Designs**
**8 White Oak Ln**
**Warren, CT 06754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00** |
|---|---|---|---|

**The Breadsmith/Helby Import Co**
**37 Hayward Ave**
**Carteret, NJ 07008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,822.00** |
|---|---|---|---|

**The DMC Corporation**
**10 Basin Dr., Suite 130**
**Kearny, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.00** |
|---|---|---|---|

**The Marking Samplar**
**7501 Cherokee Springs Way**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,742.00** |
|---|---|---|---|

**The Needle's Content**
**Plutolaan 523 Groningen 9742 GP**
**The Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Norden Crafts LTD** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.00 |
|---|---|---|---|

**The Nostalgic Needle**
**19 Hermon Avenue**
**North Adams, MA 01247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2012__

Basis for the claim: __Supplies__

Last 4 digits of account number __0497__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.00 |
|---|---|---|---|

**The Prairie Grove Peddler**
**7701 East Mt. Hope Road**
**Columbia, MO 65202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2010__

Basis for the claim: __Supplies__

Last 4 digits of account number __0497__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.00 |
|---|---|---|---|

**The Sampler Girl**
**PO Box 225**
**Mount Vernon, VA 22121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2008__

Basis for the claim: __Supplies__

Last 4 digits of account number __0497__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,365.00 |
|---|---|---|---|

**The Stitcherhood**
**PO Box 278**
**Athens, OH 45701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2010__

Basis for the claim: __Supplies__

Last 4 digits of account number __0497__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |
|---|---|---|---|

**The Stitching Bear**
**1000 Dogwood Dr.**
**Raymore, MO 64083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Supplies__

Last 4 digits of account number __0497__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $907.00 |
|---|---|---|---|

**The Stitching Parlor, Inc.**
**2918 Club Drive**
**Gastonia, NC 28054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Supplies__

Last 4 digits of account number __0497__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593.00 |
|---|---|---|---|

**The Sunflower Seed**
**5724 SW Westport Circle**
**Topeka, KS 66614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Supplies__

Last 4 digits of account number __0497__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Norden Crafts LTD** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.00 |
|---|---|---|---|

**The Workbasket**
**303 S. Broadway - Ste B**
**Denver, CO 80209-1511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2009**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $452.00 |
|---|---|---|---|

**Thistles**
**Opzoomerlaan 120 Hellevoetsluis, AP**
**3221 The Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.00 |
|---|---|---|---|

**Threads of Memory**
**809 Huntsman Dr.**
**Durham, NC 27713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,104.00 |
|---|---|---|---|

**Threads That Bind**
**113 N. Rollins**
**Macon, MO 63552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.00 |
|---|---|---|---|

**Threadwork Primitives**
**919 Arnold St.**
**Philadelphia, PA 19111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.00 |
|---|---|---|---|

**Three Sheep Studio**
**506 Bluebird Rd.**
**Lititz, PA 17543-1302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $521.00 |
|---|---|---|---|

**Three Swan Studios**
**PO Box 32059**
**Edmonton, Alberta T6K 4C2 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2008**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Norden Crafts LTD** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,916.00 |
|---|---|---|---|

**Threedles Needleart Design**
2265 Keota Ln.
Superior, CO 80027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630.00 |
|---|---|---|---|

**Tiny Modernist Inc.**
942 Shaw St.
Toronto, Ontario M6G 3M6

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |
|---|---|---|---|

**Tomorrow's Antiques**
167 Weatherstone Drive
Berea, OH 44017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $631.00 |
|---|---|---|---|

**Tooltron Industries**
103 Parkway
Boerne, TX 78006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2008**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $471.00 |
|---|---|---|---|

**Tree of Life Sampling**
7332 Belfonte Ln.
Terre Haute, IN 47802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,669.00 |
|---|---|---|---|

**United Parcel Service**
Lockbox 577
Carol Stream, IL 60132-0557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2006**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $577.00 |
|---|---|---|---|

**Val's Stuff**
106 Cobblestone Hills
O Fallon, IL 62269-9000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2008**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **0497**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Norden Crafts LTD** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.00 |
|---|---|---|---|

**Waxing Moon Designs**
609 Mechanic St.
Osage, IA 50461-1311

Date(s) debt was incurred **2011**

Last 4 digits of account number **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,780.00 |
|---|---|---|---|

**Weeks Dye Works**
1510 Mechanical BLVD - Ste 103
Garner, NC 27529

Date(s) debt was incurred **2016**

Last 4 digits of account number **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $886.00 |
|---|---|---|---|

**Widgets & Wool**
39649 State Highway 22
Genoa, NE 68640

Date(s) debt was incurred **2012**

Last 4 digits of account number **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.00 |
|---|---|---|---|

**With My Needle**
7433 Shaker Run Lane
West Chester, OH 45069

Date(s) debt was incurred **2015**

Last 4 digits of account number **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.00 |
|---|---|---|---|

**Yarn Works**
W8334 Town Hall Rd.
Sharon, WI 53585

Date(s) debt was incurred **2017**

Last 4 digits of account number **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 508,134.39 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 508,134.39 |

**Fill in this information to identify the case:**

Debtor name **Norden Crafts LTD**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Debtor rejects the lease on property located at 502 Morse Avenue, Units J & K, Schaumburg IL 60193** |
| State the term remaining | **4 months** |
| List the contract number of any government contract | **502 Morse Avenue LLC**<br>**53 W. Jackson Blvd. Suite 1256**<br>**Chicago, IL 60604** |

**Fill in this information to identify the case:**

Debtor name   **Norden Crafts LTD**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name   **Norden Crafts LTD**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$997,374.00** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | **$1,227,978.00** |
| **For the fiscal year:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other _____ | **$1,462,559.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

| Debtor | **Norden Crafts LTD** | | Case number *(if known)* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **502 Morse Avenue LLC**<br>**53 W. Jackson Blvd, Suite 1256**<br>**Chicago, IL 60604** | **Paid November's rent of $3750.00 Paid December's rent of $3750.00** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Landlord** |
| 3.2. | **UPS Inc.**<br>**750 Hicks Rd**<br>**Palatine, IL 60067** | **UPS payments last 90 Days $5,760.43** | **$5,760.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Mailing Service** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **David Stott**<br>**1042 Lighthouse Drive**<br>**Schaumburg, IL 60193**<br>**Owner of business** | **David Stott owner of business paid himself approximately $20,100.00 in the last year as compensation.** | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Subaru Finance** | **Debtor lease on his vehicle which was thru his business ended in 12/2017 and the vehcile was returned back to the bank.** | **12/2017** | **$0.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

| Debtor | **Norden Crafts LTD** | Case number *(if known)* |
|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<br>

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Various clients** | **Approximately 10 clients would receive small anniversary gifts in the amount of $50.00** | **2016** | **$480.00** |
| **Recipients relationship to debtor**<br>**Clients of business** | | | |

<br>

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Norden Crafts LTD**                                      Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Office of Joseph P. Doyle LLC** **105 S. Roselle Road, Suite 203** **Schaumburg, IL 60193** | $1,050.00 | | $0.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

  ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

  ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

  ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

  ■ No. Go to Part 9.
  ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Norden Crafts LTD**_____    Case number _(if known)_____

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

_Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Norden Crafts LTD** | Case number *(if known)* | |

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
| --- | --- | --- |
| 25.1. **David W Stott
1042 Lighthouse Drive
Schaumburg, IL 60193** | **Owner 100%** | EIN:

**From-To   03/01/1994 - 12/31/2017** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
| --- | --- |
| 26a.1. **David W Stott
1042 Lighthouse Drive
Schaumburg, IL 60193** | **1994 - 12/31/2017** |
| 26a.2. **Michael S. Solheim, CPA
180 N. LaSalle Street, Suite 2200
Chicago, IL 60601** | **1994 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Norden Crafts LTD**                                        Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Michael S. Solheim, CPA<br>180 N. LaSalle Street, Suite 2200<br>Chicago, IL 60601** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1    **David Stott** | **12/2017** | **Physical count and the value is based on most recent costs which is approximately $16,000.00 however debtor believes that he may only be able to sell it for no more than $8,000.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **David Stott<br>1042 Lighthouse Drive<br>Schaumburg, IL 60193** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Stott** | **1042 Lighthouse Drive<br>Schaumburg, IL 60193** | **Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

Debtor   **Norden Crafts LTD**                                             Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 29, 2018**

**/s/ David W Stott**                                    **David W Stott**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Norden Crafts LTD** _____   Case No. _____
                                    Debtor(s)               Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,050.00** |
| Prior to the filing of this statement I have received | $ | **1,050.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor    ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 29, 2018** _____     **/s/ Joseph P. Doyle** _____
_Date_                                            **Joseph P. Doyle 6277393**
                                                  _Signature of Attorney_
                                                  **Law Office of Joseph P. Doyle LLC**
                                                  **105 S. Roselle Road, Suite 203**
                                                  **Schaumburg, IL 60193**
                                                  **847-985-1100  Fax: 847-985-1126**
                                                  **joe@fightbills.com**
                                                  _Name of law firm_

---

# BANKRUPTCY CONTRACT   (Effective Aug. 1, 2015)

| SECURED DEBTS: | | UNSECURED DEBTS | | NON-DISCHARGEABLE | |
|---|---|---|---|---|---|
| Mortgage Arrears | _____ | *Business* | | Tax | _____ |
| Mortgage Balance | _____ | *Bmkruptcy* | | Student Loans | _____ |
| Car Balance | _____ | *broken Cecse* | | Gov't. Fines | _____ |
| Car #2 Balance | _____ | | | Child Support | _____ |
| Loans | _____ | | | ← ? → | _____ |

| TOTAL SECURED'S | $ | TOTAL UNSECURED'S | $ | TOTAL NON-DISCH. | $ |
|---|---|---|---|---|---|

Chapter 7 - eliminates dischargeable unsecured debts. Certain debts may not be dischargeable.

1) Today you paid us $ *1385* as your retainer on our total attorney's fee of $ *1050*   1) You agree to pay your balance of $ *00100* in four (4) installments of _____ before _____

2) Today you paid us $ _____ as your retainer on our total attorney's fee of $ _____   You agree to pay $ _____ more prior to your case being filed.

Client agrees that $335.00 filing fee is a separate cost and is not included in the agreed legal fee. Client agrees that the $40.00 fee for the credit report (per person) is a separate cost and is not included in the agreed legal fee. **Client agrees that 1) TIMELY PAYMENT** - Client will pay in full prior to the last payment date; **2) REFUNDS** - If client decides to discontinue legal services at any time, client is only entitled to a refund or unearned fees. Firm will take about 30 days to do an accounting and issue a refund check. Firm's hourly rate is $250 per hour for purposes of determining what refund client is entitled to in the event that client discharges Firm as client's attorney. In order to discharge Firm, client must submit a written request. **3) COLLECTIONS** - Client agrees that if Firm is unable to collect its fees through the terms stated in this contract, Firm will be forced to refer your account to collections. Client is liable for all attorney's fees and costs incurred to collect the debt, including court costs, which will amount to no less than $400.00. **4) LAW CHANGES** - Firm's advice to client is subject to changes in applicable State and Federal laws. Client agrees to hold Firm harmless for damages related to changes in the law that affect client's ability to qualify for bankruptcy relief or to discharge debts within a bankruptcy case. The law may change any day and Firm is not responsible for any delay. Pay in full immediately so Firm can get client's case filed or risk that changes in laws or court decisions will change the advice we give client. **5) RESCISSIONS** - Once client reaffirms a debt, client may only rescind the reaffirmation agreement by sending a written request, certified mail, return receipt requested, to Firm no less than two weeks prior to the bar date for rescissions. **6) STATE LAW PROCEEDINGS** - Client has been advised by Firm that Firm will not represent client in ANY state law matter, including, but not limited to, divorce proceedings, civil lawsuits, or contempt proceedings. Client is hereby advised to appear at any and all state court proceedings, unless specifically advised otherwise in writing. **7) ADDITIONAL FEES** - Client will be charged, and agrees to pay, additional fees for **a) Failing to list debts** by the time of filing that later have to be added to client's bankruptcy documents. The court charges $30 to amend a petition. **b) Missing court date.** Client must attend a meeting of creditors approximately four weeks after client's case is filed. Firm still has to appear even if client does not, so Firm charges $150 additional fee for any missed court date. Client agrees to call Firm three weeks after client's case has been filed to obtain the section 341 meeting date if client has not received notice of the meeting. **c) Adversary objections** to discharge based on fraudulent use on credit cards or other discharge issues. Firm's fee for negotiating a settlement is approximately $300 to be paid in advance of settlement. Firm's fee for litigating a discharge issue is $200 per hour, ten hours to be paid in advance. **d) Delays** - If client delays in paying the fees, returning the petition or in providing information to Firm, including appraisals, titles, bank account information. Firm reserves the right to charge additional fees which will amount to no less than $100. **e) Lien avoidance** - Client agrees that the above quote fee does not include services provided to avoid judgment liens ($250) _____, non-purchase money security interests ($200) _____, or redemptions on vehicles ($650) _____ to be paid prior to Firm drafting the motion. Client understands and agrees that if client does not pay the fee the firm will not bring the motion and the lien will survive the bankruptcy. **f) Bounced checks** - Client agrees to pay a $25 bounced check fee for any checks not honored by client's bank. **8) FULL DISCLOSURE** - Client agrees to fully disclose all financial information to Firm. Client agrees to disclose all of assets and debts and understands that it is a Federal crime to omit a creditor or other information from a bankruptcy petition.

X _____ DATE _____ RECORD # _____ X _____

No part of this contract is meant to conflict with any part of the Court-Approved Retention Agreement, revised as of March 15, 2011, by the United States Bankruptcy Court for the Northern District of Illinois, and in any real or perceived conflict, the Provision of the Court-Approved Retention Agreement prevails.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Norden Crafts LTD**                                          Case No.

                                                  Debtor(s)              Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                   **170**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **January 29, 2018**                 **/s/ David W Stott**

                                              **David W Stott/Owner**
                                              Signer/Title

502 Morse Avenue LLC
53 W. Jackson Blvd. Suite 1256
Chicago, IL 60604


Abby Rose Designs
11099 Sierra Avenue
La Feria, TX 78559


All Thorugh The Night
1476 Ewald Ave SE
Salem, OR 97302


Alvin & Company Inc.
PO Box 188
Windsor, CT 06095


American Express
Box 0001
Los Angeles, CA 90096-8000


AMTrust North America Inc.
PO Box 6939
Cleveland, OH 44101-1939


Annalee Waite Designs
5161 San Felipe
Houston, TX 77056


Artful Offerings
15 Old Hickhory Rd
Tyngsborough, MA 01879-2434


Aury TM Designs
1265 Burningbush Ct.
Temperance, MI 48182


Bank of America
P.O. Box 15796
Wilmington, DE 19886-5796


Bank of America
PO Box 37271
Baltimore, MD 21297-3271

Bank of America
PO Box 851001
Dallas, TX 75285


Bea Brock Designs
409 Woodcrest Dr.
Kerrville, TX 78028


Bent Creek Inc.
1262 West 112 Dr.
Jenks, OK 74037


Blackberry Lane Designs LLC
1101 Spain Dr.
Petersburg, VA 23805


Blackbird Designs
11065 W. 175 th St,
Olathe, KS 66062


Blue Ribbon Design LLC
413 29th St.
West Des Moines, IA 50265


Bohin France
Saint Sulprice Sur Risle
L'Aigle 61300


Briar Cottage Studio
2330 Wyland Ave
Allison Park, PA 15101


Brittercup Designs
11395 Forty Corners Rd. NW
Massillon, OH 44647


Bush Mountains Designs
87 West Brookfield Rd.
North Brookfield, MA 01535


Business Card Platnium P
Po Box 15710
Wilmington, DE 19886-5710

Buttermilk Basin
2630 Clearview Ave
Mounds View, MN 55112


By The Bay Needleart
341 York St.
York, ME 03909


C Street Sampleworks
108 C Street
La Porte, IN 46350


Capital One, F.S.B.
PO Box 6492
Carol Stream, IL 60197


Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423


Cedar Hill Designs
175 East Alex Bell Rd.
Centerville, OH 45459


Cherished Stitches Designs
1310 Westridge Rd
Greensboro, NC 27410


Cherry Hill Stitchery
1495 N 330 W
Pleasant Grove, UT 84062


CitiBusiness Card
P.O. Box 78045
Phoenix, AZ 85062-8045


Coats and Clark
601 Holly Dr.
Albany, GA 31705


Comcast Cable
Processing Center 27
PO Box 55126
Boston, MA 02205

ComEd
3 Lincoln Center
ATTN: Bankruptcy Claims Dept
Oak Brook Terrace, IL 60181


Consorzio Premax
23834 Premana (LC)
Via Giabbio Italy


Cottage Garden Samplings
No. 12A Jalan ChempahUEP Subang Jay
Tanamera, Selangor 476550


Country & Colonial Stitches
Po Box 403
202 Drinkwater Rd.
Hampton Falls, NH 03844


Country Cottage Needleworks
1669 W. Chimayo Pl.
Tucson, AZ 85704


Country Garden Stitchery
2633 Elizabeth Parkway
Fallon, NV 89406


Coutney Collections
2523 S. Rocking Horse Ln.
Flagstaff, AZ 86001


Craftline
49 W. Peachtree St.
Norcross, GA 30071


Cross-Eyed Cricket Inc.
Box 6367
Chesterfield, MO 63006


D&D Development LLC
655 Lunt Ave
Schaumburg, IL 60193

Dames of the Needles
2940 Hohnson Ferry Rd.
Suite B 337
Marietta, GA 30062


Debbee's Designs
27 White Oak Dr.
Conway, AR 72034


Doodledog Primitivies
11123 Hilton Ave
La Plata, MO 63549


Dutch Treat Design
PO Box 8214
Catalina, AZ 85738


East Side Moldings
2987 State Route 25
Millersburg, PA 17061


Erica Michaels
344 Wells Ct
Clarksville, TN 37043


Ewe & Eye Friends
7912 East Brainerd Rd.
Chattanooga, TN 37421


Fabric Flair
105 Church street
Ware, MA 01082


Fancy Work
4233 Glenforest Way
Roswell, GA 30075


Fedex
PO Box 94515
Palatine, IL 60095


Fiddlestix Designs
402 10th St.
Dallas Center, IA 50063

Finger Work
2940 Johnson Ferry Rd.
Suite B 337
Marietta, GA 30062


Fireside Originals
2083 Tamarin Dr.
Columbus, OH 43235


Fleur De Paris
2860 N. Ontario
Burbank, CA 91504


Foust Textiles
608 Canterbury Rd
PO Box 576
Kings Mountain, NC 28086


Fox Valley Fire & Safety
2730 Pinnacie Dr.
Elgin, IL 60124


Foxwood Crossings
3325 Butler St.
Pigeon Forge, TN 37863


Frank A Edmunds & Co Inc.
6111 S. Sayre Ave.
Chicago, IL 60638


From Nancy's Needle
3502 Meadow Lane
Rockford, IL 61107


From The Heart, Needleart By Wendy
1425 Lowell Dr.
Idaho Falls, ID 83402


GHI Inc.
305 Wildberry Ct.
Suite B-1
Schaumburg, IL 60193

Glendon Place
4317 Glendon Place
Valrico, FL 33596


Glissen Gloss Fibers
307 NW Kerron St.
Winlock, WA 98596


Gloriana Threads
PO Box 83
Woodinville, WA 98072


GM Business Card
Po Box 29019
Phoenix, AZ 85038-9019


Guilia Punti Antichi Designs
Via Palestro 16
54100 Massa, Italy


Hands on Design
2400 Apache Dr.
Sioux City, IA 51104


Heartstring Samplery
PO Box 1303
Sandy, OR 97055


Historic Stiches
2770 Carillon Crossing
Marietta, GA 30066


Homespun Elegance Ltd.
104 Holly Circle
Fredericksburg, VA 22405


Iciniti Corporation
291 King St. Suite 710
London, ON N6B1R8


Ink Circles
4436 Melinda Dr.
West Richland, WA 99353

Jack Douda
140 Oak Land Dr.
Troy, IL 62294


Jeannette Douglas Designs
708 Coach Bluff Crescent SW
Calgary, Alberta T3H 1A8 Canada


John S. Biallas
3N 918 Sunrise Ln
Saint Charles, IL 60174


John S. Biallas
3N918 Sunrise Ln
Saint Charles, IL 60174


Just Another Button Company
116 W. Market St.
Troy, IL 62294


K'S Creations
PO Box 161446
Austin, TX 78746


Kathy Barrick
122 West Crestlyn Dr. .
York, PA 17408


Keepsake Stitches Designs
13346 W. Bellflower Dr.
Boise, ID 83713


Kit & Bixby
5208 Everhard Rd.
Apt. 3
Canton, OH 44718


Knotted Tree Needleart
1728 SW 3rd St
Pendleton, OR 97801-9441


Kreinik MFG
PO Box 1966
Parkersburg, WV 26102

Kresmery Properties LLC
PO Box 671
Elgin, IL 60121


LA-D-DA
1226 Cleveland Ave.
Racine, WI 53405


Laura J. Perin
112 Witeria Circle
Cloverdale, CA 95425


Libeco Lagae Linen
230 Fifth Ave
Suite 1300
New York, NY 10001


Lindsay Lane Designs
2104 Lindsay Dr.
Naperville, IL 60564


Little By Little
14610 Huntersville Concord Rd.
Huntersville, NC 28078


Little House Needleworks
3321 W. Cinnamon Dr.
Tucson, AZ 85741


Long & Short Productions
2339 N. Oak St.
Falls Church, VA 22046


Madame Chantilly Cross Stitch
Via Roma, 5
Cerrina, AL 15020


Mandi Di Donna
Via S Pincherle 120
Rome, 00146 Italy


Merry Wind Farm
4831 Rudy Rd.
Tipp City, OH 45371

Midnight Stitching
4429 NE 72ND St.
Walton, KS 67151


Milady's Needle
16615 W. Roosevelt St.
Goodyear, AZ 85338


Mosey 'N Me
Po Box 1347
Katy, TX 77492-1347


Myrtle Grace Motifs
103 North Cedar Rd
New Lenox, IL 60451


Needle Bling Designs
766 North Bend
Amery, WI 54001


Needle Delights Originals
4129 Argenta Way
Pensacola, FL 32504


Needlemade Designs
2115 W. Shawnee Dr.
Chandler, AZ 85224-4000


Needlework Press
23819 S. 150 th St.
Chandler, AZ 85249


Needlework Retailer
117 Alexander Ave
Ames, IA 50010


Neofunds By Neopost
PO Box 30193
Tampa, FL 33630-3193


NiCor
Correspondence/Bankruptcy
PO Box 190
Aurora, IL 60507

Northern Pine Design
510 Cherriman Rd Po Box 141
Noelville, Ontario P0M 2N0 Canada


Noteworthy Needle
9 Marion Dr.
Highland Lakes, NJ 07422


Piecemakers
2011 B Placentia Ave
Costa Mesa, CA 92627


Pine Mountain Design
260 W Bubbling Brook Ln
Draper, UT 84020


Pineberry Lane
1082 43rd St.
Caledonia, WI 53108


Poppy Kreations
5905 SW 14th St.
Des Moines, IA 50315


Praiseworthy Stitches
PO Box 781
Dallas, NC 28034-4000


Primitive Traditions
286 Oak Lane
Gettysburg, PA 17325


Queenstown Sampler Designs
284 Wye Knot Ct.
Queenstown, MD 21658


Quench
780 5th Ave
Suite 200
King of Prussia, PA 19406


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Romancing The Past
20502 NE Interlachen Ln.
Fairview, OR 97024


Rosewood Manor
500 Gulf Shore Rd.
#220
Destin, FL 32541


Rustic Country Handcrafts
66 Powwow River Rd
East Kingston, NH 03827


Samplers Not Forgotten
39W235 Longmeadow Ln
Saint Charles, IL 60175


Samplers Remembered
3553 N. 159th Lane
Goodyear, AZ 85395


Samplers Revisited
6 Cedar Grove Court
Ocean View, DE 19970


Samsarah Design Studio
140 Oak Land Dr.
Troy, IL 62294


Scattered Seed Samplers
W4253 County Road B
West Salem, WI 54669


Scissortail Designs
6528 E. 101st St.
Ste D-1 #263
Tulsa, OK 74133


Serenity Stitches Designs
80 Heyburn Rd.
Chadds Ford, PA 19317


Shakespeare's Peddler
6102 US 98 #6
Hattiesburg, MS 39402

Sheperd's Bush Printworks
220 24th St.
Ogden, UT 84401


Silver Creek Samplers
2289 Silver Creek Samplers
Montrose, PA 18801


Stitchy Kitty
PO Box 355
Scarborough, ME 04070


Sudberry House, LLC
24 West Main St. Suite #101
Clinton, CT 06413


Sue Hillis Designs
8205 Vine st.
Cincinnati, OH 45216


Sullivans USA Inc.
4341 Middaugh Ave
Downers Grove, IL 60515


Summer House Stitche Workes
483 Woodcrest Dr.
Mechanicsburg, PA 17050


T A Smith Designs
7455 Fawn Lak DR NE
Stacy, MN 55079


Teresa Kogut Inc.
9109 Slyker Rd.
Otisville, MI 48463


Teresa Layman Designs
8 White Oak Ln
Warren, CT 06754


The Breadsmith/Helby Import Co
37 Hayward Ave
Carteret, NJ 07008

The DMC Corporation
10 Basin Dr., Suite 130
Kearny, NJ 07032


The Marking Samplar
7501 Cherokee Springs Way
Knoxville, TN 37919


The Needle's Content
Plutolaan 523 Groningen 9742 GP
The Netherlands


The Nostalgic Needle
19 Hermon Avenue
North Adams, MA 01247


The Prairie Grove Peddler
7701 East Mt. Hope Road
Columbia, MO 65202


The Sampler Girl
PO Box 225
Mount Vernon, VA 22121


The Stitcherhood
PO Box 278
Athens, OH 45701


The Stitching Bear
1000 Dogwood Dr.
Raymore, MO 64083


The Stitching Parlor, Inc.
2918 Club Drive
Gastonia, NC 28054


The Sunflower Seed
5724 SW Westport Circle
Topeka, KS 66614


The Workbasket
303 S. Broadway - Ste B
Denver, CO 80209-1511

Thistles
Opzoomerlaan 120 Hellevoetsluis, AP
3221 The Netherlands


Threads of Memory
809 Huntsman Dr.
Durham, NC 27713


Threads That Bind
113 N. Rollins
Macon, MO 63552


Threadwork Primitives
919 Arnold St.
Philadelphia, PA 19111


Three Sheep Studio
506 Bluebird Rd.
Lititz, PA 17543-1302


Three Swan Studios
PO Box 32059
Edmonton, Alberta T6K 4C2 Canada


Threedles Needleart Design
2265 Keota Ln.
Superior, CO 80027


Tiny Modernist Inc.
942 Shaw St.
Toronto, Ontario M6G 3M6


Tomorrow's Antiques
167 Weatherstone Drive
Berea, OH 44017


Tooltron Industries
103 Parkway
Boerne, TX 78006


Tree of Life Sampling
7332 Belfonte Ln.
Terre Haute, IN 47802

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0557


Val's Stuff
106 Cobblestone Hills
O Fallon, IL 62269-9000


Waxing Moon Designs
609 Mechanic St.
Osage, IA 50461-1311


Weeks Dye Works
1510 Mechanical BLVD - Ste 103
Garner, NC 27529


Widgets & Wool
39649 State Highway 22
Genoa, NE 68640


With My Needle
7433 Shaker Run Lane
West Chester, OH 45069


Yarn Works
W8334 Town Hall Rd.
Sharon, WI 53585

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Norden Crafts LTD** _____    Case No. _____
                                            Debtor(s)                Chapter    **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Norden Crafts LTD**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 29, 2018** _____        **/s/ Joseph P. Doyle** _____
Date                                                **Joseph P. Doyle 6277393**
                                                    Signature of Attorney or Litigant
                                                    Counsel for   **Norden Crafts LTD** _____
                                                    **Law Office of Joseph P. Doyle LLC**
                                                    **105 S. Roselle Road, Suite 203**
                                                    **Schaumburg, IL 60193**
                                                    **847-985-1100 Fax:847-985-1126**
                                                    **joe@fightbills.com**